**WATERS KRAUS & PAUL**
Jennifer McIntosh (CA Bar No. 264903)
jmcintosh@waterskraus.com
711 Van Ness Ave.
Suite 220
San Francisco, CA 94102
Telephone: (415) 296-6060
and (800) 226-9880
Fax: (214) 777-0470

**WATERS & KRAUS**
Wm. Paul Lawrence, II (*Pro Hac Vice* pending)
plawrence@waterskraus.com
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
Fax: (540) 687-5457

Attorneys for Plaintiff/Relator

**WATERS & KRAUS**
Loren Jacobson (*Pro Hac Vice* pending)
ljacobson@waterskraus.com
3219 McKinney Ave.
Dallas, TX 75204
Telephone: (214) 357-6244
and (800) 226-9880
Fax: (214) 357-7252

**SEALED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. LOYD F. SCHMUCKLEY, JR.,<br>Relator, §§§§ | No. **2:12−CV−01699−KJM−EFB**<br>***SEALED*** |
| STATE OF CALIFORNIA ex rel. Loyd F.<br>Schmuckley, Jr., Relator, §§§ | |
| | JURY TRIAL DEMAND |
| STATE OF COLORADO ex rel. Loyd F.<br>Schmuckley, Jr., Relator §§§ | |
| | **FILED IN CAMERA** |
| STATE OF CONNECTICUT ex rel. Loyd<br>F. Schmuckley, Jr., Relator §§§§ | **AND UNDER SEAL**<br>**PURSUANT TO**<br>**31 U.S.C. § 3730** |
| STATE OF DELAWARE ex rel. Loyd F.<br>Schmuckley, Jr., Relator, §§§ | |
| DISTRICT OF COLUMBIA ex rel. Loyd<br>F. Schmuckley, Jr., Relator, §§§ | **ORDER GRANTING**<br>**PLAINTIFF'S REQUEST TO**<br>**SEAL DOCUMENTS** |
| STATE OF GEORGIA ex rel. Loyd F.<br>Schmuckley, Jr., Relator, §§§ | |
| STATE OF INIDIANA ex rel. Loyd F.<br>Schmuckley, Jr., Relator, §§ | |

| | | |
|---|---|---|
| 1 | STATE OF LOUISIANA ex rel. Loyd F. Schmuckley, Jr., Relator, | § § |
| 2 | | § |
| 3 | STATE OF MARYLAND ex rel. Loyd F. Schmuckley, Jr., Relator | § § |
| 4 | STATE OF MASSACHUSETTS ex rel. Loyd F. Schmuckley, Jr., Relator, | § § § |
| 5 | | § |
| 6 | STATE OF MICHIGAN ex rel. Loyd F. Schmuckley, Jr., Relator, | § § |
| 7 | | § |
| 8 | STATE OF NEVADA ex rel. Loyd F. Schmuckley, Jr., Relator, | § § |
| 9 | STATE OF NEW JERSEY ex rel. Loyd F. Schmuckley, Jr., Relator | § § |
| 10 | | § |
| 11 | STATE OF NEW YORK ex rel. Loyd F. Schmuckley, Jr., Relator | § § |
| 12 | | § |
| 13 | STATE OF NORTH CAROLINA ex rel. Loyd F. Schmuckley, Jr., Relator | § § |
| 14 | | § |
| 15 | STATE OF RHODE ISLAND ex rel. Loyd F. Schmuckley, Jr., Relator | § § |
| 16 | STATE OF TENNESSEE ex rel. Loyd F. Schmuckley, Jr., Relator, | § § |
| 17 | | § |
| 18 | STATE OF VIRGINIA ex rel. Loyd F. Schmuckley, Jr. Relator | § § |
| 19 | | § |
| 20 | STATE OF WASHINGTON ex rel. Loyd F. Schmuckley, Jr., Relator, | § § |
| 21 | | § § |
| 22 | vs. | § § |
| 23 | | § § |
| 24 | RITE AID CORPORATION, | § § |
| 25 | Defendant. | § § |

26   Plaintiff/Relator Loyd F. Schmuckley Jr. ("Relator") has requested the sealing of his

27   Complaint, Notice of Request to Seal Documents, Request to Seal Documents, this proposed Order,

28

1   the *pro hac vice* applications of Wm. Paul Lawrence, II., and Loren Jacobson, and any future

2   documents filed in this case while the Complaint remains under seal.  There being good cause shown,

3   the Court GRANTS Plaintiff's Request as follows:

- Plaintiff's Complaint shall be filed under seal for at least 60 days in compliance with 31 U.S.C. § 3730(b)(2)-(3).

- Plaintiff's Notice of Request to Seal Documents, Plaintiff's Request to Seal Documents, and Order Granting Plaintiff's Request to Seal Documents shall be filed under seal so long as the Complaint remains under seal.

- The *pro hac vice* applications of Wm. Paul Lawrence, II. and Loren Jacobson shall be filed under seal so long as the Complaint remains under seal.

- This Order and all future documents filed in this case shall also be filed under seal so long as the Complaint remains under seal.

- While this seal is in effect, no person or party, other than the court and the government, shall have access to these sealed documents.

IT IS SO ORDERED.

Dated:  August 14, 2012.

_____
UNITED STATES DISTRICT JUDGE