BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States of America

**FILED**
Jul 11, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, and WASHINGTON *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE-AID CORPORATION,<br><br>Defendants. | 2:12-CV-1699 KJM EFB<br><br>**UNITED STATES'** *EX PARTE* **APPLICATION FOR PARTIAL LIFT OF THE SEAL**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the United States hereby respectfully applies, *ex parte*, for an order to partially lift the seal in this case so that the United States may, at its discretion, disclose the allegations raised by Relator and provide a copy of the complaint and any amended complaints subsequently filed to (1) relators and their counsel in other qui tam actions against defendant Rite Aid Corporation which may be pending in other federal

///

///

///

judicial districts, and (2) courts in which such matters are or may be pending.  A memorandum in support of this application and a proposed order are filed herewith.

DATED: July 10, 2013            Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

By:   */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney