BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, and WASHINGTON *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> RITE-AID CORPORATION, <br><br> Defendants. | 2:12-CV-1699 KJM EFB <br><br> **ORDER ON THE UNITED STATES' THIRD REQUEST FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT** <br><br> **FILED UNDER SEAL** |

Upon consideration of the United States' *ex parte* application for an extension of the seal period and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as follows:

1. The United States and plaintiff states shall have through and including February 28, 2014, to notify the Court of their respective decisions on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court; and

/////

Order on the U.S. Third Request for an Extension of Time to Decide Whether to Intervene and Extension of the Seal on the *Qui Tam* Complaint

1

3. The status (pretrial scheduling) conference shall be set for a time after the United States and plaintiff states notify the Court of their respective decisions on whether to intervene in this action.

IT IS SO ORDERED.

DATE: September 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order on the U.S. Third Request for an Extension of Time to Decide Whether to Intervene and Extension of the Seal on the *Qui Tam* Complaint

2