1   BENJAMIN B. WAGNER
    United States Attorney
2   CATHERINE J. SWANN
    Assistant United States Attorney
3   501 I Street, 10th Floor
    Sacramento, California  95814
4   Telephone:  (916) 554-2762
    Facsimile:  (916) 554-2900
5

6   Attorneys for the United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA , and the          2:12-CV-1699 KJM EFB
    STATES OF CALIFORNIA, COLORADO,
12  CONNECTICUT, DELAWARE, DISTRICT OF
    COLUMBIA, GEORGIA, INDIANA,
13  LOUISIANA, MARYLAND,                         **ORDER ON THE UNITED STATES'**
    MASSACHUSETTS, MICHIGAN, NEVADA,             **FOURTH REQUEST FOR AN EXTENSION**
14  NEW JERSEY, NEW YORK, NORTH                  **OF TIME TO DECIDE WHETHER TO**
    CAROLINA, RHODE ISLAND, TENNESSEE,           **INTERVENE AND EXTENSION OF THE**
15  VIRGINIA, and WASHINGTON *ex rel.* LOYD F.   **SEAL ON THE *QUI TAM* COMPLAINT**
    SCHMUCKLEY, JR.,
16
                Plaintiffs,
17
          vs.                                    **FILED UNDER SEAL**
18
    RITE-AID CORPORATION,
19
                Defendants.
20

21        Upon consideration of the United States' *ex parte* application for an extension of the seal period

22  and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as

23  follows:

24        1.  The United States and plaintiff states shall have through and including August 28, 2014, to

25  notify the Court of their respective decisions on whether to intervene in this action;

26        2.  The complaint and all other filings shall remain under seal until the United States notices its

27  election, or until further order of this Court; and

28  ///

    Order on the U.S. Fourth Request for an Extension of Time        1
      to Decide Whether to Intervene and Extension of the Seal
      on the *Qui Tam* Complaint

1    3. The status (pretrial scheduling) conference shall be set for a time after the United States and

2  plaintiff states notify the Court of their respective decisions on whether to intervene in this action.

3      IT IS SO ORDERED.

4  DATE:  March 24, 2014.

5

6  _____

7      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on the U.S. Fourth Request for an Extension of Time        2
to Decide Whether to Intervene and Extension of the Seal
on the *Qui Tam* Complaint