# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, and WASHINGTON *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> RITE-AID CORPORATION, <br><br> Defendants. | 2:12-CV-1699 KJM EFB <br><br> **ORDER ON THE UNITED STATES'** ***EX PARTE*** **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** ***QUI TAM*** **COMPLAINT** <br><br> **FILED UNDER SEAL** |

Upon consideration of the United States' *Ex Parte* Application for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that, at its option, the United States may disclose the existence of this *qui tam* action along with the allegations raised by Relator, and provide a copy of the complaint and any subsequent amended complaints filed, to defendant Rite-Aid Corporation.

/////

/////

/////

ORDER ON **THE UNITED STATES'** *EX PARTE* **APPLICATION TO PARTIALLY LIFT THE SEAL ON THE** *QUI TAM* **COMPLAINT**

1

1  IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

DATE:  July 31, 2014.

_____
UNITED STATES DISTRICT JUDGE