1  KAMALA D. HARRIS
   Attorney General of California
2  MARK GEIGER
   Senior Assistant Attorney General
3  SARALYN M. ANGOLSON
   Supervising Deputy Attorney General
4  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
5   1425 River Park Drive, Suite 300
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone:  (916) 263-0404
7   Fax:  (916) 274-2949
    E-mail:  Bernice.Yew@doj.ca.gov
8
   *Attorneys for State of California*
9

**SEALED**

FILED

Feb 19, 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

15  [UNDER SEAL],                          2:12-CV-1699 KJM EFB

                        Plaintiffs,        **FILED IN CAMERA AND UNDER
16                                         SEAL**

17         v.

18  [UNDER SEAL],

19                        Defendant.

20

21

22

23

24

25

26

27

28

1

KAMALA D. HARRIS
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
SARALYN M. ANGOLSON
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
 1425 River Park Drive, Suite 300
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 263-0404
 Fax:  (916) 274-2949
 E-mail:  Bernice.Yew@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, and WASHINGTON ex rel. LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. | 2:12-CV-1699 KJM EFB <br><br> **DECLARATION OF BERNICE L. LOUIE YEW IN SUPPORT OF STATE OF CALIFORNIA'S SECOND UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME TO CONSIDER INTERVENTION AND TO RETAIN STATUTORY SEAL** <br><br> **FILED IN CAMERA AND UNDER SEAL** |

I, Bernice L. Louie Yew, declare as follows:

1.     This declaration is filed *in camera* and under seal pursuant to the California False

Claims Act, Cal. Gov't Code § 12652(c)(5), and the federal False Claims Act, 31 U.S.C. §

1

1  3730(b)(3), which expressly permit *in camera* submission of such documents when seeking

2  extensions of the statutory seal in qui tam actions like the matter herein.  This declaration contains

3  information concerning California's ongoing investigation, specific detail of which are recited

4  herein in support of California's Ex Parte Motion for Extension of Time to Consider Intervention

5  and to Retain Statutory Seal filed concurrently herewith.

6      2.    I am a deputy attorney general with the California Department of Justice ("CA

7  DOJ"), Bureau of Medi-Cal Fraud and Elder Abuse ("BMFEA").  I have been with the CA DOJ

8  for over 23 years, with the last 11 years serving as a prosecutor in BMFEA.

9      3.    The above-captioned *qui tam* complaint, filed under seal against defendant Rite Aid

10  Corporation ("Rite Aid") on June 26, 2012, by Loyd F. Schmuckley, Jr. ("Relator"), named as

11  plaintiffs the United States, the State of California ("California"), and other states.  As the deputy

12  attorney general assigned to investigate this matter on behalf of California, I have worked closely

13  and collaboratively with the attorneys representing the United States and those representing other

14  states in the ensuing joint investigation.

15      4.    The joint investigation targeted the following:  (a) compliance by Rite Aid with drug

16  utilization review ("DUR") screening standards; and (b) pharmacy's alleged failure to comply

17  with requirements applicable to certain ("Code 1") drugs on the formulary.  In the joint

18  investigation, certain sets of paid claims were sampled, documents were requested and received

19  from the defendant, and the data was collected and analyzed.  These efforts included

20  collaboration with California's single state agency, the California Department of Health Care

21  Services ("California DHCs").

22      5.    As a result of the above-mentioned collaborative efforts with our agency, California

23  DHCS, new information of particular interest to California emerged about the paid claims data at

24  issue.  Specifically, California was made aware of the potential use of a specific subset of paid

25  claims for evaluating whether or not Code 1 restrictions were ignored and summarily overridden

26  by pharmacy employees, as the Relator alleges.  California DOJ/BMFEA in further collaboration

27  with California DHCS undertook further analysis – this time focused on only the specific subset

28  of paid claims.  In this more focused effort, the specific subset of paid claims were sampled,

2

1   documents requested and received from defendant, medical records in connection with such

2   subset of paid claims were gathered and secured from prescribers, and the data was collected and

3   analyzed by expert staff at California DHCS.  Preliminary findings from the data tend to show a

4   pattern of statewide non-compliance of Code 1 requirements by Rite Aid pharmacy employees.

5   As a result, California is diligently conferring with the United States and the defendants on the

6   implications of such preliminary assessments and will need to review additional claims as well as

7   interview key Rite Aid employees.

8      6.  Due to the complexity of California's further investigation, California seeks a second

9   extension of six months for the seal/intervention period, from February 27, 2015, to and including

10   August 27, 2015, in order to complete its investigation and make a determination with regard to

11   intervention in this *qui tam* action.  Relator does not oppose this application, and the United

12   States has advised it does not oppose.

13      7.  Since November 2012, I have been serving as a liaison for the named plaintiff states

14   in the above-captioned matter in coordination with the National Association of Medicaid Fraud

15   Control Units (NAMFCU) .  In that capacity, I have informed the other states of California's

16   application for a second extension of the statutory seal to and including August 27, 2015.  I am

17   informed the other plaintiff states do not oppose this application

18      I declare under the penalty of perjury under the laws of the United States that the foregoing

19   is true and correct.

20      Executed on this 14 of February 2015, in Sacramento, California.

21

22                       BERNICE L. LOUIE YEW
                    Deputy Attorney General

23   SA2012106746 / 2.19.15 BLY dec for seal ext to 8.27.15.doc

24

25

26

27

28

3