KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
 2329 Gateway Oaks Drive, Suite 200
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 621-1795
 Fax:  (916) 274-2949
 E-mail:  Bernice.Yew@doj.ca.gov

*Attorneys for State of California*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | 2:12-CV-1699 KJM EFB<br><br>**ORDER ON STATE OF CALIFORNIA'S SUPPLEMENTED EX PARTE MOTION ON FOURTH EXTENSION OF TIME TO CONSIDER INTERVENTION AND TO RETAIN STATUTORY SEAL**<br><br>**FILED UNDER SEAL** |

Upon consideration of the State of California's ex parte motion on fourth extension of the seal period and continuance of the scheduling conference, notwithstanding the court's most recent order, and for good cause shown, this Court hereby rules as follows:

1

1.     The State of California and all other co-plaintiff states shall have through and including July 20, 2016, to notify the Court of their respective decisions on whether to intervene in this action;

2.     The complaint and all other filings shall remain under seal until the State of California and all other co-plaintiff states notice their election, or until further order of this Court; and

3.     A status (pretrial scheduling) conference is set for August 4, 2016 at 2:30 p.m., by which time the State of California and all other co-plaintiff states shall notify the Court of their respective decisions on whether to intervene in this action.

IT IS SO ORDERED.

DATED:  May 3, 2016.

_____
UNITED STATES DISTRICT JUDGE