# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA ex rel. LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. | No. 2:12-CV-1699 KJM EFB <br><br> ORDER UNDER SEAL |

On July 20, 2016, the Commonwealth of Massachusetts and the District of Columbia filed a notice of election to decline intervention. ECF No. 53. California has filed an ex parte motion seeking a fifth extension of time to consider intervention and retain the statutory seal. ECF No. 52. The court held an *in camera* status with counsel for the State of California on August 4, 2016. Senior Deputy Attorney General Vincent DiCarlo, Supervising Deputy Attorney

1

General Bernice Yew, and Deputy Attorney General Emmanuel Salazar appeared. Ms. Yew noted she was authorized to speak for the other plaintiff states.

1. Massachusetts's and District of Columbia's Notice of Election to Decline Intervention

Massachusetts and the District of Columbia decline to intervene, but request the court provide them with an opportunity to consent before the court's ruling on any dismissal, settlement or discontinuance of the action. ECF 53 at 2. Massachusetts and the District of Columbia further request all pleadings and orders issued by the court be served on them. *Id.* They also reserve the right to order deposition transcripts, intervene for good cause at a later date, and to seek dismissal of the relator's action or claim. *Id.* at 4. Lastly, they request the relators' Complaint, the notice of election to decline intervention, and their proposed order be unsealed. *Id.* They request all other documents in the action remain under seal, even after any extensions, because those documents discuss the content and extent of their investigation. *Id.*

The court declines to address Massachusetts's and the District of Columbia's request to unseal any documents in this case until the State of California and all other co-plaintiff states notice their election, or until further order of this court. In the interim, the court ORDERS the following: The Clerk of the Court shall arrange for all prospective orders of this court to be sent to Massachusetts and the District of Columbia. The parties shall hereafter serve all pleadings and motions filed in this action, including supporting memoranda, as well as any notices of appeal upon Massachusetts and the District of Columbia. Massachusetts and the District of Columbia may order deposition transcripts and are entitled to seek to intervene in this action, for good cause, at any time.

2. California's Motion to Extend Time

Upon consideration of the State of California's unopposed ex parte application for an extension of the seal period, after discussion with counsel at hearing and for good cause shown, the court orders as follows:

/////

1      A. With the exception of Massachusetts and the District of Columbia, the State of California and all other co-plaintiff states shall have through and including November 10, 2016, to notify the court of their respective decisions on whether to intervene in this action; and

B. The complaint and all other filings shall remain under seal until November 10, 2016.

A further *in camera* status is set for **November 10, 2016, at 2:30 p.m.** before the undersigned. By seven (7) days before the status, the State of California and other co-plaintiff states shall file a status report describing further settlement efforts and whether settlement has been exhausted, and if the case will not settle when a complaint in intervention will be filed.

IT IS SO ORDERED.

DATED: August 16, 2016

_____
UNITED STATES DISTRICT JUDGE