UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA ex rel. LOYD F. SCHMUCKLEY, JR., <br><br>Plaintiffs, <br><br>v. <br><br>RITE AID CORPORATION, <br><br>Defendant. | No.  12-CV-1699 KJM EFB <br><br>ORDER ON STATE OF CALIFORNIA'S EX PARTE MOTION ON SIXTH EXTENSION OF TIME TO CONSIDER INTERVENTION AND TO RETAIN STATUTORY SEAL <br><br>FILED UNDER SEAL |

Upon consideration of the State of California's ex parte motion on sixth extension of the seal period and continuance of the scheduling conference, and for good cause shown, this court hereby rules as follows:

1. The status (pretrial scheduling) conference currently set for November 10, 2016 is continued to **December 8, 2016 at 2:30 p.m.**  At that time, the State of California shall provide an update on pending tasks 1, 3 and 4 as identified in the Ms. Yew's declaration of November 3,

2016, and be prepared to explain the implications of the steps taken in this case for the related cases.

2. The court tentatively approves the State of California's request to have through and including March 10, 2017, to notify the court of its decision on whether to intervene in this action, subject to hearing from counsel on December 8, 2016.

3. The complaint and all other filings shall remain under seal until the State of California and all other co-plaintiff states notice their election, or until further order of this court.

IT IS SO ORDERED.

DATED: November 7, 2016

_____
UNITED STATES DISTRICT JUDGE