1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, and the<br>      STATES OF CALIFORNIA, COLORADO,<br>12   CONNECTICUT, DELAWARE, GEORGIA,<br>      INDIANA, LOUISIANA, MARYLAND,<br>13   MASSACHUSETTS, MICHIGAN, NEVADA,<br>      NEW JERSEY, NEW YORK, NORTH<br>14   CAROLINA, RHODE ISLAND, TENNESSEE,<br>      VIRGINIA, WASHINGTON, and the<br>15   DISTRICT OF COLUMBIA ex rel. LOYD F.<br>      SCHMUCKLEY, JR.,<br>16<br>              Plaintiffs,<br>17<br>        v.<br>18<br>      RITE AID CORPORATION,<br>19<br>              Defendant.<br>20 | No.  2:12-cv-01699-KJM-EFB *SEALED*<br><br><br><br>ORDER ON STATE OF CALIFORNIA'S<br>EX PARTE MOTION  ON SIXTH<br>EXTENSION OF TIME TO CONSIDER<br>INTERVENTION AND TO RETAIN<br>STATUTORY SEAL<br><br><br><br>FILED UNDER SEAL |

21

22          The court has received and reviewed the supplemental brief submitted by the State

23 of California, ECF No. 63, and the statement of interest submitted by the United States, ECF No.

24 64.  In light of its review, the court finds good cause to approve the State of California's ex parte

25 motion for a sixth extension of the seal period.  ECF No. 58.  Accordingly, the court confirms that

26 it GRANTS the State of California's request.  The State of California shall have through and

27 including March 10, 2017, to notify the court of its decision on whether to intervene in this

28 action.

1    An order will follow explaining the court's reasoning for this decision and

2    providing focused questions for the State of California to address in any future requests for

3    additional extensions.

4    The complaint and all other filings shall at this time remain under seal until the

5    State of California and all other co-plaintiff states notice their election, or until further order of

6    this court.

7    IT IS SO ORDERED.

8    DATED:  January 13, 2017.

9

10

11    _____
      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28