XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 621-1835
 Fax: (916) 274-2949

*Attorneys for State of California*

**FILED**
**May 11, 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | 2:12-CV-1699 KJM EFB<br><br>**STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION**<br><br>**FILED UNDER SEAL** |

///

1

STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION

The State of California hereby notifies the Court of its election to intervene, in part, and decline to intervene, in part, of the above-captioned case, pursuant to the California False Claims Act, Cal. Gov't Code §§ 12650-12656, and the federal False Claims Act, 31 U.S.C. §§ 3730-3732.

**A.     Election to Intervene in Part**

The State of California elects to intervene in the part of the above-captioned action that alleges that Rite Aid Corporation ( "Defendant") knowingly and falsely submitted claims to the California Medicaid Program ("Medi-Cal") relating to drugs identified with an "*" on the Medi-Cal contract drug list ("Code 1 drugs").

**B.     Declination to Intervene in Part**

The State of California declines to intervene as to all other allegations.

**C.     Time to File Complaint-in-Intervention**

The State of California requests it be given one hundred twenty (120) days to file and serve its complaint-in-intervention in accordance with Rule 4 of the Federal Rules of Civil Procedure. The requested time will allow the State of California and Defendant to identify, meet and confer on, and litigate, if necessary, issues relating to Defendant's claimed privileges and protections on, and federal and state health privacy laws affecting information and documents that the State of California plans to include in its complaint-in-intervention. The State of California anticipates the following timeline:

| Task/Event | Expected Timeline |
| --- | --- |
| 1. The State of California identifies and informs Defendant about Defendant's information and documents that the State of California intends to include in its complaint-in-intervention ("information and documents"). | The State of California has initiated the task. |
| 2. Defendant identifies and informs the State of California any claim of privilege or protection on any information and documents. | 30 days |
| 3. Parties meet and confer about Defendant's claims of privilege or | 30 days |

2

| | |
|---|---|
| protection on information and documents. | |
| 4. File motion(s), if necessary, regarding any dispute relating to claimed privilege or protection, including joint statement regarding disagreement. | 15 days |
| 5. Hearing of motion(s). | At least 21 days from the notice of motion |
| 6. File and serve complaint-in-intervention. | 7 days from latest court order on motion(s) regarding disputes relating to claimed privilege or protection |

**D.     Maintaining the Seal**

Considering the issues identified in Section C. above, the State of California requests the Court to maintain the seal until the time the State of California files a complaint-in-intervention. *Qui Tam* Plaintiff Loyd F. Schmuckley, Jr., ("*Qui Tam* Plaintiff") by and through his counsel, agrees to this request.

**E.     Relator's Complaint**

The State of California requests that *Qui Tam* Plaintiff be ordered to file a separate amended complaint within 14 days after the State of California files its complaint-in-intervention. *Qui Tam* Plaintiff has indicated through counsel that he does not oppose the relief requested herein.

**F.     Service of Order**

Finally, the State of California requests the Court to allow the State of California, in its discretion, to furnish Defendant a copy of the order issuing from this Notice. Such a proposed order accompanies this Notice.

Dated: May 11, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*[signature]*

EMMANUEL R. SALAZAR
Deputy Attorney General
*Attorneys for State of California*

3

STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION

**CERTIFICATE OF SERVICE BY MAIL**

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practices at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

**STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION**

**[PROPOSED] ORDER RE: THE STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION**

**VIA UNITED STATES MAIL:**

I am readily familiar with the Office of the Attorney General's practice for causing documents to be served by mail. Following that practice, I caused the aforementioned document(s) to be mailed to the addressee(s) specified below.

Loren Jacobson
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

Louisa O. Kirakosian
Waters & Kraus, LLP
222 N. Sepulveda Blvd., Suite 1900
El Segundo, CA 90245

Wm. Paul Lawrence II
Waters & Kraus, LLP
37163 Mountville Road
Middleburg, VA 20117

United States Attorney's Office
Catherine J. Swann
501 I Street, Suite 10-100
Sacramento, CA 95814

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Sacramento, California, on May 11, 2017.

_____
SHARON BRECHT