PHILLIP A. TALBERT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

Attorneys for the United States

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, and WASHINGTON *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>RITE-AID CORPORATION,<br><br>　　　　　　Defendant. | 2:12-CV-1699 KJM EFB <br><br> THE UNITED STATES' CONSENT TO PARTIAL DISMISSAL <br><br> **FILED UNDER SEAL** |

　　The United States having declined intervention, and pursuant to 31 U.S.C. § 3730(b)(1), hereby consents to the dismissal without prejudice of the following allegations of the this action:

　　1.　　COUNT ONE – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR FALSE OR FRAUDULENT CLAIMS SUBMITTED DUE TO FAILURE TO PERFORM DRUG UTILIZATION REVIEW (31 U.S.C. §3729(a)(1)(A));

　　2.　　COUNT TWO – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR FALSE RECORDS & STATEMENTS REGARDING COMPLIANCE WITH DRUG UTILIAZATION REVIEW REGULATIONS (31 U.S.C. §3729(a)(1)(B));

3.      COUNT FIVE – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR CONCEALING OR AVOIDING AN OBLIGATION TO PAY THE GOVERNMENT DUE TO ITS FAILURE TO PERFORM DRUG UTILIZATION REVIEW (31 U.S.C. §3729(a)(1)(G));

4.      COUNT NINE – VIOLATION OF THE COLORADO MEDICAID FALSE CLAIMS ACT;

5.      COUNT TEN – VIOLATION OF THE CONNECTICUT FALSE CLAIMS ACT;

6.      COUNT ELEVEN – VIOLATION OF THE DELAWARE FALSE CLAIMS ACT;

7.      COUNT TWELVE – VIOLATION OF THE DISTRICT OF COLUMBIA PROCUREMENT REFORM AMENDMENT ACT;

8.      COUNT THIRTEEN – VIOLATION OF THE GEORGIA STATE FALSE MEDICAID CLAIMS ACT;

9.      COUNT FOURTEEN – VIOLATION OF THE INDIANA FALSE CLAIMS AND WHISTLEBLOWER PROTECTION ACT;

10.     COUNT FIFTEEN – VIOLATION OF THE LOUISIANA MEDICAL ASSISTANCE PROGRAMS INTEGRITY LAW;

11.     COUNT SIXTEEN – VIOLATION OF THE MARYLAND FALSE HEALTH CLAIMS ACT;

12.     COUNT SEVENTEEN – VIOLATION OF THE MASSACHUSETTS FALSE CLAIMS ACT;

13.     COUNT EIGHTEEN – VIOLATION OF THE MICHIGAN MEDICAID FALSE CLAIMS ACT;

14.     COUNT NINETEEN – VIOLATION OF THE NEVADA FALSE CLAIMS ACT;

15.     COUNT TWENTY – VIOLATION OF THE NEWJERSEY FALSE CLAIMS ACT;

16.     COUNT TWENTY-ONE – VIOLATION OF THE NEWYORK FALSE CLAIMS ACT;

17.     COUNT TWENTY-TWO – VIOLATION OF THE NORTH CAROLINA FALSE CLAIMS ACT;

18. COUNT TWENTY-THREE - VIOLATION OF THE RHODE ISLAND FALSE CLAIMS ACT;

19. COUNT TWENTY-FOUR – VIOLATION OF THE TENNESSEE FALSE CLAIMS ACT;

20. COUNT TWENTY-FIVE – VIOLATION OF THE VIRGINIA FRAUD AGAINST TAXPAYERS ACT;

21. COUNT TWENTY-SIX – VIOLATION OF THE WASHINGTON MEDICAID FRAUD FALSE CLAIMS ACT; and

22. Allegations concerning false claims liability arising out of defendant's failure to perform drug utilization reviews.

DATED: May 16, 2017           Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney
                                              Eastern District of California

By:     */s/ Catherine J. Swann*
       CATHERINE J. SWANN
       Assistant United States Attorney

THE UNITED STATES' CONSENT TO PARTIAL DISMISSAL

# CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on May 16, 2017, she served

**THE UNITED STATES' CONSENT TO PARTIAL DISMISSAL**

by placing a true and correct copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California.

**ADDRESSES:**
Wm. Paul Lawrence II
Waters & Kraus, LLP
37163 Mountville Road
Middleburg, VA  20117

Yew Bernice
Deputy Attorney General
2329 Gateway Oaks Drive
Suite 200
Sacramento, CA  95833

　　　　　　　　　　　　　　　　　　　　　 /s/ Pamela Beauvais
　　　　　　　　　　　　　　　　　　　　　PAMELA BEAUVAIS

THE UNITED STATES' CONSENT
TO PARTIAL DISMISSAL

4