XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 621-1835
 Fax: (916) 274-2949

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | 2:12-CV-1699 KJM EFB<br><br>**ORDER RE: THE STATE OF CALIFORNIA'S NOTICE OF PARTIAL INTERVENTION**<br><br>**FILED UNDER SEAL** |

///

**ORDER**

The State of California having filed a notice that it intervenes in part of this action and declines to intervene in part of this action, pursuant to Cal. Gov't Code § 12652(c)(6) and 31 U.S.C. §§ 3730-3732, and the United States and all other named governmental plaintiffs having previously filed their notices of declination in this action, the Court rules as follows:

IT IS ORDERED that

1. the State of California shall serve its complaint-in-intervention upon defendant within 90[1] days,

2. the *qui tam* plaintiff within 14 days after the State of California files its complaint-in-intervention shall file his amended complaint in this action,

3. unless otherwise ordered by the Court, the case shall remain under seal for 90 days following the date of this Order and after which time it shall be unsealed; and

4. the State of California, in its discretion, may furnish a copy of this Order to Defendant and its counsel.

IT IS SO ORDERED.

DATED: June 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The time allowed has been adjusted to reflect the date of filing of the proposed order.

**(2:12-CV-1699 KJM EFB )**