XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 621-1835
 Fax: (916) 274-2949

*Attorneys for State of California*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | 2:12-CV-1699 KJM EFB<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF PARTIAL DISMISSAL**<br><br>**FILED UNDER SEAL** |

///

The State of California having intervened, in part, and having declined, in part, and the United States and other named governmental plaintiffs having declined, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1); the State of California and relator Loyd F. Schmuckley Jr. ("Relator"), through their undersigned counsel, filing a notice of stipulation and stipulation of dismissal, and the United States and other named governmental plaintiffs having provided their written consent, and taking into account the best interests of the parties involved and the public purposes behind the Federal and California acts, the Court rules as follows:

IT IS ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the following allegations and counts asserted in the Complaint filed by Relator in the above-captioned action are dismissed without prejudice:

1. COUNT ONE – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR FALSE OR FRAUDULENT CLAIMS SUBMITTED DUE TO FAILURE TO PERFORM DRUG UTILIZATION REVIEW(31 U.S.C. §3729(a)(1)(A));

2. COUNT TWO – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR FALSE RECORDS & STATEMENTS REGARDING COMPLIANCE WITH DRUG UTILIAZATION REVIEW REGULATIONS (31 U.S.C. §3729(a)(1)(B));

3. COUNT FIVE – FEDERAL FALSE CLAIMS ACT VIOLATIONS FOR CONCEALING OR AVOIDING AN OBLIGATION TO PAY THE GOVERNMENT DUE TO ITS FAILURE TO PERFORM DRUG UTILIZATION REVIEW (31 U.S.C. §3729(a)(1)(G));

4. COUNT NINE – VIOLATION OF THE COLORADO MEDICAID FALSE CLAIMS ACT;

5. COUNT TEN – VIOLATION OF THE CONNECTICUT FALSE CLAIMS ACT;

6. COUNT ELEVEN – VIOLATION OF THE DELAWARE FALSE CLAIMS ACT;

7. COUNT TWELVE – VIOLATION OF THE DISTRICT OF COLUMBIA PROCUREMENT REFORM AMENDMENT ACT;

8. COUNT THIRTEEN – VIOLATION OF THE GEORGIA STATE FALSE MEDICAID CLAIMS ACT;

9.     COUNT FOURTEEN – VIOLATION OF THE INDIANA FALSE CLAIMS AND WHISTLEBLOWER PROTECTION ACT;

10.    COUNT FIFTEEN – VIOLATION OF THE LOUISIANA MEDICAL ASSISTANCE PROGRAMS INTEGRITY LAW;

11.    COUNT SIXTEEN – VIOLATION OF THE MARYLAND FALSE HEALTH CLAIMS ACT;

12.    COUNT SEVENTEEN – VIOLATION OF THE MASSACHUSETTS FALSE CLAIMS ACT;

13.    COUNT EIGHTEEN – VIOLATION OF THE MICHIGAN MEDICAID FALSE CLAIMS ACT;

14.    COUNT NINETEEN – VIOLATION OF THE NEVADA FALSE CLAIMS ACT;

15.    COUNT TWENTY – VIOLATION OF THE NEWJERSEY FALSE CLAIMS ACT;

16.    COUNT TWENTY-ONE – VIOLATION OF THE NEWYORK FALSE CLAIMS ACT;

17.    COUNT TWENTY-TWO – VIOLATION OF THE NORTH CAROLINA FALSE CLAIMS ACT;

18.    COUNT TWENTY-THREE - VIOLATION OF THE RHODE ISLAND FALSE CLAIMS ACT;

19.    COUNT TWENTY-FOUR – VIOLATION OF THE TENNESSEE FALSE CLAIMS ACT;

20.    COUNT TWENTY-FIVE – VIOLATION OF THE VIRGINIA FRAUD AGAINST TAXPAYERS ACT;

21.    COUNT TWENTY-SIX – VIOLATION OF THE WASHINGTON MEDICAID FRAUD FALSE CLAIMS ACT; and

///

///

///

///

22. allegations concerning false claims liability arising out of defendant's failure to perform drug utilization reviews.

IT IS SO ORDERED.

DATE: July 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

ORDER REGARDING STIPULATION OF PARTIAL DISMISSAL