UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br>Plaintiffs, <br><br>v. <br><br>RITE AID CORPORATION, <br><br>Defendant. | No. 2:12-CV-1699 KJM EFB <br><br>ORDER |

The court has received the State of California's Complaint-in-Intervention. ECF No. 75. Accordingly, this case is UNSEALED consistent with the court's order in this case dated June 27, 2017. ECF No. 72.

IT IS SO ORDERED.

DATED: September 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

1