UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, GEORGIA, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA ex rel. LOYD F. SCHMUCKLEY, JR., <br><br>          Plaintiff, <br><br>     v. <br><br> RITE AID CORPORATION, <br><br>          Defendant, | No. 2:12-cv-1699 KJM EFB |
| UNITED STATES OF AMERICAN, STATE OF CALIFORNIA, *ex rel.* DEBBIE G. RINEHART, <br><br>          Plaintiffs <br><br>     v. <br><br> WALGREEN CO., <br><br>          Defendants. | No. 2:14-cv-00148-WBS-DB |

1

| | |
|---|---|
| UNITED STATES OF AMERICA, and the states of ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELEWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, and the DISTRICT OF COLUMBIA ex rel. GLENN DABEK,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | No. 2:14-cv-02350 KJM CKD<br><br><br><br><br><br><br><br><br><br><br><br>**RELATED CASE ORDER** |

1        Examination of the above-captioned actions following a status conference in the
2 earliest filed case reveals that they are related within the meaning of Local Rule 123(a).  These
3 actions involve the same claims, albeit against different defendants and different relators, and
4 involve similar questions of fact and law.  These overlapping issues would entail a substantial
5 duplication of labor if heard by different judges.  *See* Local Rule 123(a)(3).  Accordingly, the
6 assignment of these matters to the same judge and magistrate judge is likely to effect a substantial
7 savings of judicial effort and is likely to be convenient for the parties.
8        The parties should be aware that relating cases under Rule 123 causes the actions
9 to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related
10 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
11 assigned.
12        As a result, it is hereby ORDERED that:
13   1.  The action denominated 2:14-cv-00148 WBS DB is reassigned from Senior
14       Judge William B. Shubb to the undersigned and from Magistrate Judge
15       Deborah Barnes to Magistrate Judge Edmund F. Brennan;
16   2.  The action denominated 2:14-cv-02350 KJM CKD is reassigned from
17       Magistrate Judge Carolyn K. Delaney to Magistrate Judge Edmund F.
18       Brennan;
19   3.  ██████████████████████████████████████████████████████
20       ██████████████████████████████████████████████████████
21       ███████████████████████████████████████; and
22   4.  Henceforth, the caption on documents filed in the reassigned cases shall be
23       shown as: 2:14cv00148 KJM EFB, 2:14-cv02350 KJM EFB and ██████
24       ██████████.
25        It is further ORDERED that the Clerk of the Court make appropriate adjustment in
26 the assignment of civil cases to compensate for this reassignment.
27        IT IS SO ORDERED.
28 DATED: August 22, 2016

UNITED STATES DISTRICT JUDGE