MORGAN, LEWIS & BOCKIUS LLP
TERA M. HEINTZ, State Bar No. 241414
tera.heintz@morganlewis.com
One Market Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant.<br><br>STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No.: 2:12-cv-1699 KJM EFB<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT RITE AID CORPORATION'S TIME TO FILE CONSOLIDATED MOTION TO DISMISS STATE OF CALIFORNIA'S COMPLAINT-IN-INTERVENTION AND RELATOR'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 21, 2017 |

Case No.: 2:12-cv-1699 KJM EFB

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND ORDER EXTENDING DEFENDANT RITE AID CORPORATION'S TIME TO FILE CONSOLIDATED MOTION TO DISMISS STATE OF CALIFORNIA'S COMPLAINT-IN-INTERVENTION AND RELATOR'S FIRST AMENDED COMPLAINT

DB1/ 94477943.2

Plaintiff the State of California ("State"), *qui tam* relator Loyd Schmuckley ("Relator"), and defendant Rite Aid Corporation ("Defendant," and jointly with State and Relator, the "Parties") hereby enter into this joint stipulation and proposed order for the Court's consideration:

## **RECITALS**

**WHEREAS**, the State filed its Complaint-in-Intervention ("State's Complaint") with the Court in this action on September 21, 2017 (Dkt. 57);

**WHEREAS**, Defendant agreed to waive formal service of the State's Complaint and summons upon it pursuant to Fed. R. Civ. P. 4(d), establishing Defendant's deadline to respond to the State's Complaint as November 21, 2017 (Dkt. 80);

**WHEREAS**, Relator filed his First Amended Complaint ("Relator's Complaint") with the Court in this action on September 28, 2017 (Dkt. 79);

**WHEREAS**, Defendant has agreed to waive formal service of Relator's Complaint and summons upon it pursuant to Fed. R. Civ. P. 4(d) on November 20, 2017, establishing Defendant's deadline to respond to the Relator's Complaint as January 19, 2018 (Dkt. 91);

**WHEREAS**, the Parties agree for the purposes of efficiency and judicial economy that good cause exists for Defendant's motions to dismiss the State's Complaint and Relator's Complaint to be consolidated;

**WHEREAS**, pursuant to Local Rule 144(a), the Parties may stipulate to one initial 28-day extension of time for Defendant to respond to the State's Complaint, but must obtain the Court's approval for any stipulated extension beyond 28 days;

**WHEREAS**, Defendant has made no prior request or stipulation to extend its deadline to file its response to the State's Complaint;

**WHEREAS**, none of the Parties is waiving any defense, right or claim by entering into this stipulation.

///

///

///

1 Case No.: 2:12-cv-1699 KJM EFB

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 94477943.2

JOINT STIPULATION AND ORDER EXTENDING DEFENDANT RITE AID CORPORATION'S TIME TO FILE CONSOLIDATED MOTION TO DISMISS STATE OF CALIFORNIA'S COMPLAINT-IN-INTERVENTION AND RELATOR'S FIRST AMENDED COMPLAINT

# JOINT STIPULATION

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Pursuant to Local Rule 144(a), Defendant may file a motion to dismiss the State's Complaint on December 19, 2018;

2. Upon Court approval, stipulation no. 1 is superseded, and Defendant shall file a consolidated motion to dismiss both the State's Complaint and Relator's Complaint ("Consolidated Motion") on January 19, 2018;

3. The State and Relator may file separate oppositions to the Consolidated Motion, and Defendant may file separate replies.

**IT IS SO STIPULATED.**

Dated: November 20, 2017         XAVIER BECERRA
                                 Attorney General of the State of California

                                 By  */s/ Emmanuel R. Salazar*
                                     Emmanuel R. Salazar
                                     Deputy Attorney General

                                 Attorneys for STATE OF CALIFORNIA

Dated: November 20, 2017         WATERS & KRAUS

                                 By  */s/ William Paul Lawrence, II*
                                     William Paul Lawrence, II

                                 Attorneys for *Qui Tam* Plaintiff
                                 LOYD F. SCHMUCKLEY

Dated: November 20, 2017         MORGAN, LEWIS & BOCKIUS LLP

                                 By  */s/ Tera M. Heintz*
                                     Tera M. Heintz

                                 Attorneys for Defendant
                                 RITE AID CORPORATION

2    Case No.: 2:12-cv-1699 KJM EFB

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND ORDER EXTENDING DEFENDANT RITE AID CORPORATION'S TIME TO FILE CONSOLIDATED MOTION TO DISMISS STATE OF CALIFORNIA'S COMPLAINT-IN-INTERVENTION AND RELATOR'S FIRST AMENDED COMPLAINT

DB1/ 94477943.2

# ORDER

Based upon the stipulated agreement of the Parties, and the Court finding good cause therefor pursuant to Local Rule 144(a),

IT IS HEREBY ORDERED THAT:

Defendant shall file a Consolidated Motion to Dismiss both the State of California's Complaint and Loyd F. Schmuckley's First Amended Complaint on January 19, 2018. Plaintiffs State of California and Loyd F. Schmuckley may file separate oppositions to the Consolidated Motion, and Defendant may file separate replies.

**IT IS SO ORDERED.**

DATED: November 29, 2017.

_____
UNITED STATES DISTRICT JUDGE

3     Case No.: 2:12-cv-1699 KJM EFB

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND ORDER EXTENDING DEFENDANT RITE AID CORPORATION'S TIME TO FILE CONSOLIDATED MOTION TO DISMISS STATE OF CALIFORNIA'S COMPLAINT-IN-INTERVENTION AND RELATOR'S FIRST AMENDED COMPLAINT

DB1/ 94477943.2