MORGAN, LEWIS & BOCKIUS LLP
TERA M. HEINTZ, State Bar No. 241414
tera.heintz@morganlewis.com
One Market Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No.: 2:12-cv-01699-KJM-EFB<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE, HEARING DATE, AND PAGE LIMITS RELATED TO DEFENDANT RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS AND OPPOSITION BRIEFS**<br><br>Complaint Filed: September 21, 2017 |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

Plaintiff the State of California ("State"), *qui tam* relator Loyd Schmuckley ("Relator"), and defendant Rite Aid Corporation ("Defendant," and jointly with State and Relator, the "Parties") hereby enter into this joint stipulation and proposed order for the Court's consideration:

## **RECITALS**

**WHEREAS**, the State filed its Complaint-in-Intervention ("State's Complaint") with the Court in this action on September 21, 2017 (Dkt. 75) and Defendant agreed to waive service of the State's Complaint on September 22, 2017 (Dkt. 80);

**WHEREAS**, Relator filed his First Amended Complaint ("Relator's Complaint") with the Court in this action on September 28, 2017 (Dkt. 79) and Defendant agreed to waive service of the Relator's Complaint on November 20, 2017 (Dkt. 91);

**WHEREAS**, the Parties previously stipulated and this Court entered an order extending the time for Defendant to file a consolidated motion to dismiss the State's Complaint and Relator's Complaint to January 19, 2018 (Dkt. 94);

**WHEREAS**, the Parties have agreed that good cause exists to extend the time period for the State and Relator to file their opposition briefs in response to Defendants' consolidated motion to dismiss, and to extend the time period for Defendant to file its reply brief in support of Defendant's consolidated motion to dismiss;

**WHEREAS**, the Parties agree for the purposes of efficiency and judicial economy that good cause exists to extend the page limits for Defendant's consolidated motions to dismiss to twenty-fives pages so that both the State's and Relator's Complaints may be addressed in a single motion;

**WHEREAS**, the Parties agree for the purposes of efficiency and judicial economy that, to the extent that Relator and the State choose to file a consolidated opposition to Defendants' consolidated motion to dismiss, good cause exists to extend the page limits for the consolidated opposition to twenty-fives pages, and to extend the page limits of any consolidated reply brief by Defendant to fifteen pages;

**WHEREAS**, none of the Parties is waiving any defense, right or claim by entering into this stipulation.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 94472357.1

1

Case No.: 2:12-cv-01699-KJM-EFB

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND LIMITS RELATED TO DEFENDANT RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS

# JOINT STIPULATION

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The page limit for Defendant's consolidated motion to dismiss the State's and Relator's Complaint shall not exceed twenty-five pages;

2. The State's and Relator's opposition briefs to Defendants' consolidated motion to dismiss shall be due on February 23, 2018;

3. To the extent the State and Relator choose to file a consolidated opposition, the page limits of such consolidated opposition shall not exceed twenty-five pages.

4. Defendant Rite Aid's reply brief shall be due on March 16, 2018;

5. To the extent the State and Relator file a consolidated opposition brief, Defendant's consolidated reply brief shall not exceed fifteen pages;

6. The hearing on Rite Aid's motion shall be set for March 23, 2018, or thereafter, in accordance with the Court's schedule;

**IT IS SO STIPULATED.**

Dated: December 27, 2017

By  */s/ Emmanuel R. Salazar*
Emmanuel R. Salazar
Deputy Attorney General

Attorneys for STATE OF CALIFORNIA

Dated: December 27, 2017

WATERS & KRAUS

By  */s/ William Paul Lawrence, II*
William Paul Lawrence, II

Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY

Dated: December 27, 2017

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Tera M. Heintz*
Tera M. Heintz

Attorneys for Defendant
RITE AID CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Case No.: 2:12-cv-01699-KJM-EFB

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND LIMITS RELATED TO DEFENDANT RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS

DB1/ 94472357.1

# **ORDER**

Based upon the agreement of the Parties, and the Court finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1. The page limit for Defendant's consolidated motion to dismiss the State's and Relator's Complaint shall not exceed twenty-five pages;

2. The State's and Relator's opposition briefs to Defendants' consolidated motion to dismiss shall be due on February 23, 2018;

3. To the extent the State and Relator choose to file a consolidated opposition, the page limits of such consolidated opposition shall not exceed twenty-five pages;

4. Defendant Rite Aid's reply brief shall be due on March 16, 2018;

5. To the extent the State and Relator file a consolidated opposition brief, Defendant's consolidated reply brief shall not exceed fifteen pages; and

6. The hearing on Rite Aid's motion shall be set for March 23, 2018, or thereafter, in accordance with the Court's schedule.

**IT IS SO ORDERED.**

DATED: January 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB1/ 94472357.1

3

Case No.: 2:12-cv-01699-KJM-EFB

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND LIMITS RELATED TO DEFENDANT RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS