1  XAVIER BECERRA
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
4  VINCENT DICARLO
   Supervising Deputy Attorney General
5  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
6  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
7  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
8   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
9   Telephone: (916) 621-1835
    Fax: (916) 274-2949

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | 2:12-CV-1699 KJM EFB<br><br>**JOINT STIPULATION AND ORDER REGARDING PAGE LIMITS RELATED TO STATE OF CALIFORNIA'S OPPOSITION TO RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | |

Plaintiff State of California ("California"), *qui tam* plaintiff Loyd F. Schmuckley, Jr.,

1

| | |
|---|---|
| 1 | ("Schmuckley") and defendant Rite Aid Corporation ("Rite Aid"), jointly hereinafter, "the |
| 2 | Parties," hereby enter into this joint stipulation and proposed order for the Court's consideration: |

### RECITALS

**WHEREAS**, California filed its Complaint-in-Intervention with the Court in this action on September 21, 2017 (Dkt. 57);

**WHEREAS**, Schmuckley filed his First Amended Complaint with the Court in this action on September 28, 2017 (Dkt. 79);

**WHEREAS**, Rite Aid filed a 25-page memorandum of points and authorities in support of its Consolidated Motion to Dismiss California's Complaint-in-Intervention and Schmuckley's First Amended Complaint ("Consolidated Motion to Dismiss") on January 19, 2018;

**WHEREAS**, the Parties have agreed that good cause exists to allow California's memorandum of points and authorities in opposition to Rite Aid's Consolidated Motion to Dismiss to exceed 20 pages but no more than 26 pages;

**WHEREAS**, the Parties have agreed that good cause exists to allow Rite Aid to file, at its option, either (i) a reply to California's opposition not in excess of 13 pages, or (ii) a consolidated reply to Relator's and California's opposition memoranda not in excess of 18 pages;

**WHEREAS**, none of the Parties is waiving any defense, right or claim by entering into this stipulation.

### JOINT STIPULATION

The Parties hereby stipulate and agree that the page limit for California's memorandum of points and authorities in opposition to Rite Aid's Consolidate Motion to Dismiss shall not exceed twenty-six pages, and that Rite Aid may file, at its option, either (i) a reply to California's opposition not in excess of 13 pages, or (ii) a consolidated reply to Relator's and California's opposition memoranda not in excess of 18 pages;

**IT IS SO STIPULATED.**

Dated: 2/14/2018         XAVIER BECERRA
                         Attorney General of California

2

|   |   |
|---|---|
|   | /s/ *Emmanuel R. Salazar* <br> EMMANUEL R. SALAZAR <br> Deputy Attorney General <br> *Attorneys for Plaintiff State of California* |
| Dated: 2/15/2018 | WATERS & KRAUS <br><br> /s/ *William P. Lawrence, II* (as authorized on 2/15/2018) <br> WILLIAM PAUL LAWRENCE, II <br> *Attorneys for Qui Tam Plaintiff Loyd F. Schmuckley, Jr.* |
| Dated: 2/14/2018 | MORGAN, LEWIS & BOCKIUS LLP <br><br> /s/ *Michael Q. Eagan* (as authorized on 2/14/2018) <br> MICHAEL Q. EAGAN <br> *Attorneys for Defendant Rite Aid Corporation* |

**ORDER**

Based upon the agreement of the Parties, and the Court finding good cause therefor,

**IT IS HEREBY ORDERED THAT** the page limit for California's memorandum of points and authorities in opposition to Rite Aid's Consolidated Motion to Dismiss shall not exceed 26 pages, and that Rite Aid may file, at its option, either (i) a reply to California's opposition not in excess of 13 pages, or (ii) a consolidated reply to Relator's and California's opposition memoranda not in excess of 18 pages.

**IT IS SO ORDERED.**

DATED: February 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION AND ORDER REGARDING PAGE LIMITS RELATED TO STATE OF CALIFORNIA'S OPPOSITION TO RITE AID CORPORATION'S CONSOLIDATED MOTION TO DISMISS