# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. LOYD F. SCHMUCKLEY, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | No. 2:12-cv-1699 KJM EFB<br><br><br>ORDER |
| STATE OF CALIFORNIA ex rel. LOYD F. SCHMUCKLEY, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | |

The court having considered the stipulation by and between Rite Aid Corporation and the State of California, ECF No. 108, DECLINES to approve the stipulation. A scheduling order will issue shortly, as will an order on the pending motions to dismiss.

DATED: March 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

1