UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. 2:12-cv-01699-KJM-EFB<br><br>ORDER |
| STATE OF CALIFORNIA, ex rel. LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

In its May 29, 2018 pretrial scheduling order, the court set initial discovery deadlines and directed the parties to submit "more refined proposal[s] for a motion to validate plaintiff's proposed statistical sampling methods, or an alternative proposal to such a motion." Order, ECF No. 128 at 5. The parties filed a joint objection to the scheduling order, Objs., ECF

No. 130, and later filed dueling proposed schedules for a motion to validate plaintiff's proposed statistical sampling methods, Pls.' Proposal, ECF No. 131; Def.'s Proposal, ECF No. 132.

After considering the parties' joint objections to the scheduling order and separate proposed schedules for the validation motion, the court AMENDS the scheduling order as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Plaintiffs' disclosure of sampling methodology expert report and materials | Earliest feasible point. | 7/16/2018 |
| Defendant's Disclosure of Sampling Methodology Expert Report and Materials | N/A | 12/15/2018 |
| Last Day to Depose Defendant's Sampling Methodology and Statistical Expert | N/A | 1/31/2019 |
| Defendant's Motion Challenging Plaintiffs' Sampling Methodology and Design | N/A | 2/1/2019 |
| Plaintiffs' Opposition Brief | N/A | 3/1/2019 |
| Defendant's Reply Brief | N/A | 3/22/2019 |
| Hearing on Motion | N/A | 4/5/2019 at 10:00 A.M. in Courtroom No. 3 |
| First Phase of Discovery Completed | 1/25/2019 | 4/26/2019 |
| Second Phase of Discovery Completed | 5/24/2019 | 8/23/2019 |
| Expert Disclosures (other than sampling methodology/design) | 3/15/2019 | 9/23/2019 |
| Rebuttal Expert Disclosures (other than sampling methodology/design) | 4/18/2019 | 11/19/2019 |
| Expert Discovery Completed | 5/24/2019 | 12/19/2019 |
| Last Day to Hear Dispositive Motions | 7/12/2019 | 4/10/2020 at 10:00 A.M. in Courtroom No. 3. |

Although this order assumes the parties have adhered to the dates agreed to in their joint objections, *see* Objs. at 2, the parties may notify the court of changed circumstances by filing a stipulation to further clarify or modify the scheduling order.

IT IS SO ORDERED.

DATED: September 25, 2018.

UNITED STATES DISTRICT JUDGE