1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DiCARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
7   Telephone: (916) 621-1835
    Fax: (916) 274-2929
8
   *Attorneys for State of California*
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　Defendant. | 2:12-CV-1699 KJM EFB<br><br>**JOINT STIPULATION REGARDING EXTENSION OF DEADLINES FOR DEFENDANT TO FILE AMENDED ANSWERS WITHOUT LEAVE OF COURT AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; ORDER**<br><br>Complaint Filed: September 21, 2017 |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　Defendant. | |

1

**RECITALS**

**WHEREAS**, on September 21, 2017, Plaintiff-Intervenor State of California ("California") filed its Complaint-in-Intervention in the above-captioned False Claims Act *qui tam* matter.

**WHEREAS**, on November 20, 2017, Relator Loyd F. Schmuckley, Jr., ("Relator") served his First Amended Complaint on Defendant Rite Aid Corporation ("Rite Aid").

**WHEREAS**, on January 19, 2018, Rite Aid filed a motion to dismiss California's Complaint-in-Intervention and Relator's First Amended Complaint.

**WHEREAS**, on September 5, 2018, the Court denied Rite Aid's motion to dismiss and ordered Rite Aid to serve its Answer to California's Complaint-in-Intervention and Answer to Relator's First Amended Complaint 21 days therefrom.

**WHEREAS**, on September 26, 2018, Rite Aid filed and served its Answers to California's Complaint-in-Intervention and Relator's First Amended Complaint.

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(1), the deadline for Rite Aid to amend its answers as a matter of course is 21 days after the service of the answers, i.e., October 17, 2018.

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(f)(2), the deadline for California and Relator to file a motion to strike Rite Aid's answers is 21 days from the filing of the answers, i.e., October 17, 2018.

**WHEREAS**, the parties are meeting and conferring regarding plaintiffs' motion to strike and the potential of Rite Aid filing amended answers.

**WHEREAS**, the parties recognize the need to further meet and confer and avoid unnecessary motion practice.

**STIPULATION**

The parties stipulate and agree, therefore, to the following:

- Pursuant to Federal Rule of Civil Procedure 15(a)(2), Rite Aid may, without seeking leave of the Court, file amended answers to California's Complaint-in-Intervention and Relator's First Amended Complaint on or before October 31, 2018, and

2

JOINT STIP. RE EXTENSION OF DEADLINES FOR DEFENDANT TO FILE AMENDED ANSWERS WITHOUT LEAVE OF COURT AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; ORDER (2:12-CV-1699 KJM EFB)

- the deadine for Plaintiffs to file a motion to strike relating to Rite Aid's Answer to California's Complaint-in-Intervention [Dkt. 138] or Answer to Relator's First Amended Complaint [Dkt. 139] shall be extended 21 days, up to and including November 7, 2018.

Dated: October 12, 2018

XAVIER BECERRA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*

Emmanuel R. Salazar
Deputy Attorney General

Attorneys for STATE OF CALIFORNIA

Dated: October 12, 2018

WATERS & KRAUS, LLP

By  */s/ Wm. Paul Lawrence, II (as authorized on 10/12/18)*

Wm. Paul Lawrence, II (*Pro hac vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
Fax: (540) 687-5457
E-mail: plawrence@waterskraus.com

Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: October 12, 2018

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Michael Q. Eagan, Jr. (as authorized on 10/12/18)*

Michael Q. Eagan, Jr.
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: michael.eagan@morganlewis.com

Attorneys for Defendant
RITE AID CORPORATION

3

JOINT STIP. RE EXTENSION OF DEADLINES FOR DEFENDANT TO FILE AMENDED ANSWERS WITHOUT LEAVE OF COURT
AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; ORDER (2:12-CV-1699 KJM EFB)

## **ORDER**

Finding good cause, IT IS ORDERED that the above stipulation is approved. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Rite Aid may, without seeking leave of the Court, file amended answers to California's Complaint-in-Intervention and Relator's First Amended Complaint on or before **October 31, 2018**. The deadline for Plaintiffs to file their motion(s) to strike Rite Aid's Answer to California's Complaint-in-Intervention [Dkt. 138] and Answer to Relator's First Amended Complaint [Dkt. 139] shall be **November 7, 2018.**

IT IS SO ORDERED.

DATED: October 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

4

JOINT STIP. RE EXTENSION OF DEADLINES FOR DEFENDANT TO FILE AMENDED ANSWERS WITHOUT LEAVE OF COURT AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; ORDER (2:12-CV-1699 KJM EFB)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled (*specify*):

**JOINT STIPULATION REGARDING EXTENSION OF DEADLINES FOR DEFENDANT TO FILE AMENDED ANSWERS WITHOUT LEAVE OF COURT AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; [PROPOSED] ORDER THEREON**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 10/17/2018, I served the following persons and/or entities by the Court's CM/ECF service:

Eric W. Sitarchuk
Kelly A. Moore
Tera M. Heintz
Michael Q. Eagan
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596


Catherine J. Swann
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814


Michael L. Armitage
Wm. Paul Lawrence
Charles S. Segal
c/o Waters & Kraus
3141 Hood Street, Suite 700
Dallas, TX 75219


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2018 | Emmanuel R. Salazar | /s/ Emmanuel R. Salazar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7

JOINT STIPULATION REGARDING EXTENSION OF DEADLINE FOR DEFENDANT TO FILE AMENDED ANSWERS AND FOR PLAINTIFFS TO FILE MOTION TO STRIKE ANSWERS; PROPOSED ORDER THEREON (2:12-CV-1699 KJM EFB)