UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>ex rel. LOYD F. SCHMUCKLEY, JR., | No. 2:12-cv-1699-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| RITE AID CORPORATION, | |
| Defendant. | |

| |
|---|
| STATE OF CALIFORNIA, ex rel. LOYD F. SCHMUCKLEY, JR., |
| Plaintiffs, |
| v. |
| RITE AID CORPORATION, |
| Defendant. |

Plaintiff State of California filed a motion for a protective order regarding a deposition, and noticed the motion for hearing on November 28, 2018. ECF No. 151. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by November 21, 2018. Local Rule 251(a)

1

also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed.  *Id.*

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with the State of California's motion for a protective order.  Therefore, the discovery motion (ECF No. 151) is denied without prejudice and the November 28, 2018 hearing thereon is vacated.

So Ordered.

DATED:  November 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE