1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DiCARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
7   Telephone: (916) 621-1835
    Fax: (916) 274-2929
8
*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>**v.**<br><br>RITE AID CORPORATION,<br><br>Defendant. | 2:12-CV-1699 KJM EFB<br><br>**JOINT MOTION FOR CLARIFICATION RE: SCHEDULING ORDER [ECF NO. 176]; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

**JOINT MOTION FOR CLARIFICATION RE: SCHEDULING ORDER [ECF NO. 176]**

Plaintiff-Intervenor State of California, Plaintiff Loyd F. Scmuckley, Jr., and Defendant Rite Aid Corporation (collectively, "the Parties") jointly hereby move the Court for an order clarifying certain dates listed in the Order issued on December 12, 2018, ECF No. 176.

On September 26, 2018, the Court issued an amended scheduling Order, ECF No. 137, which Rite Aid Corporation ("Rite Aid") moved to modify on November 11, 2018, ECF No. 148. On December 12, 2018, the Court granted Rite Aid's motion and found good cause to adopt Rite Aid's proposed extension by two months of all future dates listed in ECF No. 137. *See* ECF No. 176 at 6-7. However, there is an apparent discrepancy between the table of modified dates as proposed by Rite Aid and the table of modified dates as ordered by the Court. *Compare* ECF No. 148 at 12 *with* ECF No. 176 at 7. In particular, the Court listed the new date for "Expert Discovery Completed" as "6/12/2010 at 10 a.m. in Courtroom No. 3" and the Court did not provide a date for the "Last Day to Hear Dispositive Motions." *Id.*

The Parties, therefore, jointly move the Court to clarify and amend the Order, ECF No. 176, to conform to Rite Aid's proposed modified schedule, ECF No. 148, which should read as follows:

| Event | Previous Amended Date | Modified Date |
|---|---|---|
| Expert Discovery Completed | 12/19/2019 | 2/19/2020 |
| Last Day to Hear Dispositive Motions | 4/10/2020 at 10:00 A.M. in Courtoom No. 3. | 6/12/2020 at 10:00 A.M. in Courtroom No. 3. |

All listed dates in ECF No. 176 other than for the two above events should remain the same.

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

December 31, 2018

By    */s/ Emmanuel R. Salazar*
EMMANUEL R. SALAZAR
Deputy Attorney General

Attorneys for STATE OF CALIFORNIA

2

Dated: December 31, 2018

WATERS & KRAUS, LLP

By    */s/ Wm. Paul Lawrence, II*
       *(as authorized on 12/28/2018)*

Wm. Paul Lawrence, II (*Pro hac vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
Fax: (540) 687-5457
E-mail: plawrence@waterskraus.com

BARTLETT BARROW LLP
Brian P. Barrow (CA Bar No. 177906)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 432-7234
brian@bartlettbarrow.com

Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: December 31, 2018

MORGAN, LEWIS & BOCKIUS LLP

By    */s/ Tera M. Heintz*
       *(as authorized on 12/28/2018)*

Tera M. Heintz, State Bar No. 241414
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: tera.heintz@morganlewis.com

Attorneys for Defendant
RITE AID CORPORATION

3

# PROPOSED ORDER

After reviewing the Parties' joint motion seeking a clarification of the Court's Order, ECF No. 176, the Court grants the motion.

IT IS ORDERED that the Order, ECF No. 176, is amended, as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Expert Discovery Completed | 12/19/2019 | 2/19/2020 |
| Last Day to Hear Dispositive Motions | 4/10/2020 at 10:00 A.M. in Courtoom No. 3. | 6/12/2020 at 10:00 A.M. in Courtroom No. 3. |

All listed dates in the Order, ECF No. 176, other than for the two above events, remain the same.

IT IS SO ORDERED.

DATED: January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE