MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
 eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
 kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
 benjamin.smith@morganlewis.com
MICHAEL Q. EAGAN, Jr., Bar No. 275823
 michael.eagan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**DEFENDANT RITE AID CORPORATION'S NOTICE OF REQUEST TO REDACT AND SEAL DOCUMENT**<br><br>[CIVIL L.R. 140, 141] |
| STATE OF CALIFORNIA, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF. RITE AID CORP.'S NTC. OF REQUEST
TO REDACT AND SEAL DOCUMENT
Case No. 2:12-cv-01699-KJM-EFB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rules 140 and 141, and the Court's Standing Orders [ECF No. 128], Defendant Rite Aid Corporation ("Rite Aid") files this Notice ("Notice of Request") of its forthcoming Request to Redact and Seal Document ("Request") with the Court.  This Notice of Request and the Request concern material contained within the *Report No. 1 of Dr. Roy J. Epstein* ("Epstein Report"), which will be attached as an exhibit to the Declaration of Michael Q. Eagan, Jr. in support of Rite Aid's *Motion to Exclude Plaintiff's Proposed Sampling Methodology* ("Sampling Motion") to be filed on April 15, 2019.  Rite Aid seeks leave to file a minimally-redacted version of the Epstein Report in the public file, while seeking to lodge the unredacted Epstein Report with the Court under seal for its consideration in connection with the Sampling Motion.  The Request is justified because the Epstein Report refers in certain areas to both personal health information ("PHI") of certain Medi-Cal beneficiaries and Rite Aid's proprietary information.

First, the PHI of Medi-Cal beneficiaries is prohibited from public disclosure under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") (*see* Pub. L. 104–191 (Aug. 21, 1996)).  Rite Aid seeks to redact from the public record specific, narrowly-tailored portions of the Epstein Report that include such PHI, such as specific prescription numbers, patient prescription records and medical histories, as well as other personally identifying information.  The HIPAA privacy rule prohibits Rite Aid from disclosing individually identifiable health information for purposes other than the "core" healthcare activities of treatment, payment, and health care operations.  45 C.F.R. §§ 164.502, 164.506.  Thus, federal law requires redaction of all such PHI under Local Rule 140(a)(vi).  *See also* ECF Nos. 108, 136 (HIPAA Qualified Protective Order and Addendum thereto).

Second, pursuant to Local Rule 140(b), the Request also seeks to redact proprietary or trade secret information that is protected from public dissemination by Ninth Circuit law.  The Ninth Circuit has held that requests to seal a company's proprietary information are properly granted when the disclosure could cause the company competitive injury.  *Davis v. Soc. Serv. Coordinators, Inc.,* 2012 WL 1940677, at *3 (E.D. Cal. May 29, 2012).  Here, the limited

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEF. RITE AID CORP.'S NTC. OF REQUEST
TO REDACT AND SEAL DOCUMENT
Case No. 2:12-cv-01699-KJM-EFB

portions of the Epstein Report that Rite Aid seeks to redact from the public record are narrowly-tailored to prevent disclosure of images of Rite Aid's proprietary internal computer system for dispensing drugs and maintaining customer prescription records.  Public disclosure would allow Rite Aid's competitors to benefit from the knowledge of Rite Aid's internal system without having to make the investments that Rite Aid made to develop the system.  *See id.*  Thus, good cause exists under federal law to redact Rite Aid's proprietary information under Local Rule 140(b).

As required by Local Rule 141(b), Rite Aid has filed this Notice of Request electronically with the Court.  Rite Aid shall then submit the Request, the proposed order granting the Request, and the documents subject to the Request to the Court by emailing them to the Court's proposed order e-mail box with the subject line "Request to Seal Document."  Rite Aid shall also serve all counsel for parties by copying them on the e-mail to the Court.

Dated:  April 12, 2019               MORGAN, LEWIS & BOCKIUS LLP

                                     By   */s/Michael Q. Eagan, Jr.*
                                          Michael Q. Eagan, Jr.

                                     Attorneys for Defendant
                                     RITE AID CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF. RITE AID CORP.'S NTC. OF REQUEST
TO REDACT AND SEAL DOCUMENT
Case No. 2:12-cv-01699-KJM-EFB

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April 2019, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Michael Q. Eagan, Jr.*
Michael Q. Eagan, Jr.
Attorneys for Defendant
RITE AID CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEF. RITE AID CORP.'S NTC. OF REQUEST
TO REDACT AND SEAL DOCUMENT
Case No. 2:12-cv-01699-KJM-EFB