XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | 2:12-CV-1699 KJM EFB<br><br>**DECLARATION OF EMMANUEL R. SALAZAR**<br><br>**Related to ECF No. 195, 204, 205, 208** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | |

**DECLARATION OF EMMANUEL R. SALAZAR**

I, Emmanuel R. Salazar, declare as follows:

1. I am a Deputy Attorney General assigned to the Bureau of Medi-Cal Fraud and Elder Abuse, Office of the Attorney General, California Department of Justice. I currently am one of the lead attorneys handling the above-captioned matter on behalf of the Attorney General for the State of California ("California").

2. I have personal knowledge of the facts I state below. If I were called as a witness, I could competently testify about what I have written in this declaration.

3. On August 23, 2018, California and Tera Heintz, Michael Eagan, and Elaine Fenna, counsel for Defendant Rite Aid Corporation ("Rite Aid") had a meet-and-confer call to discuss the ongoing discovery between the parties, where California observed that Rite Aid seemed to not understand the materials produced on July 27, 2018. California therefore offered to facilitate informal interviews or draft declarations that may address Rite Aid's questions or concerns. In response, Rite Aid, stated it would like to depose witnesses.

4. Attached hereto as **Exhibit A** is a true and correct copy of an August 24, 2018 letter from California to Rite Aid.

5. Attached hereto as **Exhibit B** is a true and correct copy of an August 27, 2018 email from California to Rite Aid.

6. On August 30, 2018, California and Rite Aid's counsel had another call regarding the ongoing discovery between the parties, where both parties mutually agreed to hold off on discovery of other data materials relating to the claims universe. Attached hereto as **Exhibit C** is a true and correct copy of the August 31, 2018 letter from California to Rite Aid.

7. Attached hereto as **Exhibit D** is a true and correct copy of a September 2018 email thread among Counsel in this matter. Highlighted therein are portions cited in the Opposition to ECF No. 208.

8. Attached hereto as **Exhibit E** is a true and correct copy of a September 19, 2018 email from California to Rite Aid.

9. Attached hereto as **Exhibit F** is a true and correct copy October 9, 2018 email from California to Rite Aid.

10. Despite Plaintiffs' requests, Rite Aid excluded Plaintiffs from its communications with the Department of Health Care Services ("DHCS") and the United States Attorney's Office for the Eastern District of California ("USAO").

11. Attached hereto as **Exhibit G** are true and correct copies of excerpts from the deposition transcript of Michael J. Petron, CPA, CFE, taken in this matter on November 30, 2018. Highlighted therein are portions in the Opposition to ECF No. 208.

12. Attached hereto as **Exhibit H** is a true and correct copy of the January 8, 2019 Letter from Rite Aid's Counsel to the USAO.

13. Rite Aid did not conduct any further discovery relating to the representativeness of the underlying universes with respect to Rite Aid's overall business, volume of drugs dispensed, or overall Medi-Cal business. Nor did it disclose data relating to these topics to support Dr. Epstein's "observations."

14. Attached hereto as **Exhibit I** are true and correct copies of excerpts from the deposition transcript of Roy J. Epstein, Ph.D., taken in this matter on April 10, 2019. Highlighted therein are portions cited in the Opposition to ECF No. 208.

15. Rite Aid did not notice the deposition of Marilyn Meixner or any California 30(b0(6) witness relating to the sampling methodology.

16. On April 30, 2019, Rite Aid emailed a deposition subpoena purportedly for David Poulson of the USAO.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 14th day of June 2019 at Sacramento, California.

*/s/ Emmanuel R. Salazar*
Emmanuel R. Salazar

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled:

**DECLARATION OF EMMANUEL R. SALAZAR**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 6/14/2019, I served the following persons and/or entities by the Court's CM/ECF service:

| | |
|---|---|
| Eric W. Sitarchuk<br>Kelly A. Moore<br>Benjamin P. Smith<br>Michael Q. Eagan<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | Michael L. Armitage<br>Wm. Paul Lawrence<br>Charles S. Segal<br>c/o Waters & Kraus<br>37163 Mountville Road<br>Middleburg, VA 20117 |
| Catherine J. Swann<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | Jennifer L. Bartlett<br>Brian P. Barrow<br>Bartlett Barrow LLP<br>225 S. Lake Avenue, Suite 300<br>Pasadena, CA 91101 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/14/2019 | Sharon Brecht | /s/ Sharon Brecht |
| *Date* | *Printed Name* | *Signature* |

3

DECLARATION OF EMMANUEL R. SALAZAR (2:12-CV-1699 KJM EFB)