XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiffs,<br><br>**v.**<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | 2:12-CV-1699 KJM EFB<br><br>**EXHIBIT B TO DECLARATION OF EMMANUEL R. SALAZAR** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | |

| | |
|---|---|
| **From:** | Emmanuel Salazar |
| **To:** | tera.heintz@morganlewis.com; michael.eagan@morganlewis.com |
| **Cc:** | Bernice Yew; Paul Lawrence (plawrence@waterskraus.com) |
| **Subject:** | RE: CA ex rel. Schmuckley v. Rite Aid Corp. |
| **Date:** | Monday, August 27, 2018 4:26:00 PM |

Counsel:

While we reserve and do not waive any and all rights with respect to Rite Aid's discovery requests and interrogatories, as explained in our responses and related communications, BMFEA has possession, custody, or control over some but not all potentially responsive documents. In this regard, we have found it prudent to begin an initial meet-and-confer effort involving Rite Aid's planned discovery with DHCS which may have some of potentially responsive documents. We maintain that the purpose of this initial meet and confer is to help Rite Aid narrow its broad demands served on BMFEA. Separately, Rite Aid still also must serve DHCS hopefully with a focused and proportionate third-party subpoena.

In preparing for the initial meet and confer conference, DHCS has requested a copy of Rite Aid's document requests served on BMFEA. DHCS further would like to know which of the requests will Rite Aid plan to propound to DHCS.

==Notably, as we have explained, we do not represent DHCS and DHCS is not a party in this matter. Nor is DHCS privy to matter-related information. Hence, DHCS may not understand the terms that Rite Aid used in its document requests served on BMFEA.== We also do not fully grasp Rite Aid's TAR-based and other defenses, as well as the purpose(s) supporting Rite Aid's broad discovery demands.

Having said that, based on our review of the document requests and our responses thereto, we believe at this juncture the following requests may apply to DHCS: Request Nos. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 41, and 42.

Please inform us at the earliest if we are missing anything from the list.

Thanks,

Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Sharon Brecht
**Sent:** Friday, August 24, 2018 5:19 PM
**To:** tera.heintz@morganlewis.com; michael.eagan@morganlewis.com; Paul Lawrence (plawrence@waterskraus.com)
**Cc:** Emmanuel Salazar ; Bernice Yew
**Subject:** CA ex rel. Schmuckley v. Rite Aid Corp.

Good afternoon,

Attached is a letter from Deputy Attorney General Emmanuel R. Salazar regarding our continued meet-and-confer efforts relating to Rite Aid's Special Interrogatories, Set One, and Request for Production of Documents, Set One. Further attached is a draft Stipulated Modification to HIPAA Protective Order as referenced in the letter.

Let us know if you have any questions or concerns.

Regards,

*Sharon Brecht*
Legal Secretary
California Attorney General's Office
Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
(916) 621-1855