XAVIER BECERRA
Attorney General of California
VINCENT DiCARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiffs,<br><br>     **v.**<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | 2:12-CV-1699 KJM EFB<br><br>**EXHIBIT D TO DECLARATION OF EMMANUEL R. SALAZAR** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | |

| | |
|---|---|
| **From:** | Emmanuel Salazar |
| **To:** | Eagan, Jr., Michael Q.; Paul Lawrence; Heintz, Tera M.; Fenna, Elaine; "Paul Lawrence (plawrence@waterskraus.com)" |
| **Cc:** | Bernice Yew |
| **Subject:** | RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS |
| **Date:** | Friday, September 14, 2018 5:13:00 PM |

Michael:

Please see our responses below in green.

Regards,

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Friday, September 14, 2018 3:42 PM
**To:** Paul Lawrence ; Emmanuel Salazar ; Heintz, Tera M. ; Fenna, Elaine ; 'Paul Lawrence (plawrence@waterskraus.com)'
**Cc:** Bernice Yew
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Emmanuel,

We can agree to the briefing schedule for Rite Aid's Motion to Compel you set forth down below and reproduced here for ease of reference:

- Rite Aid will provide its draft joint statement to the State by Friday 9/21 at 5:00 pm PT;
- The State will provide its positions within the draft by 5 p.m. PT Wednesday 9/26;
- The parties finalize and agree on a final draft by 5 p.m. PT Friday 9/28 and Rite Aid shall file the Joint Statement no later than 6 p.m. PT Friday 9/28.

\*\*\*Per L.R. 131(e), unless we provide written consent, we do not and will not authorize affixing our electronic signature if there would be any change to the draft of the joint statement the parties plan to finalize and approve by 5 p.m., 9/28.\*\*\*

Responding to other issues raised by your 9/13 11:40am email, the notion that the State needs to more time to respond to Rite Aid's discovery responses because it instead needs to oppose Rite Aid's motion to compel those same discovery responses strike us as backwards. The State has had six years to develop and substantiate its claim-by-claim allegations against Rite Aid as to each element under the FCA – falsity, scienter and materiality. And, Rite Aid's discovery requests in question were served in June. The State's responses must be provided now based on information currently available to it.

\*\*\*Rite Aid has not filed an answer and has not completed its production of documents responsive to CA RFPs. Notwithstanding, we have been supplying documents and information currently available to us, as we have explained in our responses and meet-and-confer letters and emails. We will supplement our responses and productions as we receive additional documents and information. As stated, Rite Aid's threats to file a motion to compel has delayed our review of pharmacy and medical records.\*\*\*

Further, if the State is changing its position on any issue regarding which it previously claimed it

would not be producing documents, we obviously need to know that before we file our motion to compel, so that we don't waste the court's time on issues that have been resolved by the parties. We have been meeting and conferring on these issues now for well over a month – the State should not wait until issues are fully briefed on a motion to compel before making its positions clear. Thus, we intend to finalize those issues related to Rite Aid's Motion (including those listed below) for the Court's consideration on Monday.

\*\*\*We have stated all along that Rite Aid's motion to compel is premature. We thus have proposed to schedule the hearing of the parties' (Rite Aid's and CA's) motions to compel on 10/31 to allow the parties sufficient time to assess the status of productions and resolve lingering disputes. We have been producing and will continue to produce and supplement responses as we receive and review additional information and documents. (Rite Aid has not provided us any timeline of completion as to CA RFP Nos. 1-2 and objected to CA RFP Nos. 3-7.) We have been attempting to facilitate a meeting of the parties with DHCS. With the participants' cooperation to achieve a just and expedient resolution we hope to make some headway on Monday.

Moreover, we understand from Rite Aid we can and will continue to meet and confer about discovery disputes despite a party's filing of a motion to compel. If a party believes supplemental responses and productions later still remain insufficient, nothing precludes the requesting party to file an appropriate motion. As Rite Aid seems intent to file a motion to compel, conversely, nothing precludes Rite Aid to withdraw a filed motion without prejudice, if it finds supplemental responses and productions sufficient.\*\*\*

Regarding the organization of Rite Aid's production of documents, each PDF contains prescription documentation for a specific set of claims, i.e. Set A, B, C, D, E, F & S. Within each PDF they are ordered (though not labelled) ascending according to claim number. However, going forward, in future productions we will endeavor to make clearer which records correspond to which claim numbers.

Finally, below is a revised agenda to discuss on Monday:

    A. Introductions
    B. General discussion regarding the terms/duties of MOU/Data Use Agreement

\*\*\*We do not have authority to discuss this proposed item on behalf of BMFEA. We will advise DHCS-OLS relating to this topic and may not know by our meeting time if the attendees will have such authority, as well. Nonetheless, we are open to allowing Rite Aid to notice depositions of PMKs of these separate agencies relating to the MOU/DUA.\*\*\*

    C. Claims Universe
    D. Claims Detail Reports ("CDRs")
    E. Rite Aid's Discovery Requests (DHCS-Related)
        1. Code 1 regulations (RFP No. 41)
        2. Drafts of Code 1 regulations (RFP No. 42)
        3. Contract drug lists ("CDL") (RFP Nos. 7-8)
        4. Code 1 audits (RFP Nos. 6, 9, 25-27)
        5. Code 1 reimbursement policies (RFP Nos. 11-13, 20)
        6. DHCS communications with Rite Aid (RFP No. 28)
        7. DHCS communications with other pharmacies (RFP No. 29)
        8. DHCS communications with CMS (RFP No. 35)
        9. TAR-related claim data (RFP Nos. 24, 31, 32, 33, 34)
        10. TAR submission data (RFP Nos. 24, 31, 32, 33, 34)

      11. TAR policies (RFP Nos. 14, 23)

      12. TAR approval and denial rates (RFP Nos. 15-16)

  F. Additional Topics (DHCS Need Not Participate)

      1. ==Third-party subpoena==

      2. ==Rite Aid's contention interrogatories==

      3. State's production of Claim Detail Reports (unfiltered, for entire 1,904 sample)

      4. State's production of all third-party medical records, not just those "supporting" its claims

      5. California's RFP Nos. 1-2 – timeline of Rite Aid's completion

      6. California's RFP Nos. 3-7 – ~~stipulation to validity of sampling methodology~~ (We do not understand to what this refers – there is no such stipulation)

      7. ~~Motions to compel – briefing and hearing schedules~~ Resolved per the above as to Rite Aid's Motion.

Have a good weekend and talk to you Monday.

Regards,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Paul Lawrence <plawrence@waterskraus.net>

**Sent:** Friday, September 14, 2018 1:57 PM

**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>

**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>

**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]

Emmanuel, I have a conflict Monday at 4 p.m. eastern and will not be able to participate in the call, but I feel sure the relator's position will be well-protected by California. Thanks for all of your hard work. Regards, Paul

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>

**Sent:** Friday, September 14, 2018 4:25 PM

**To:** 'Eagan, Jr., Michael Q.' <michael.eagan@morganlewis.com>; 'Heintz, Tera M.' <tera.heintz@morganlewis.com>; 'Fenna, Elaine' <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>

**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>

**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Counsel:

We are continuing our meet-and-confer efforts, without waiver of California's objections, with the hope of a just and expedient resolution of the discovery disputes. For Monday's call, below is our proposed agenda. Please let us know if we need to add any topic.

  A. Introductions

  B. Rite Aid's Discovery Requests (DHCS-Related)

      1. Code 1 regulations (RFP No. 41)

   2. Drafts of Code 1 regulations (RFP No. 42)
   3. Contract drug lists ("CDL") (RFP Nos. 7-8)
   4. Code 1 audits (RFP Nos. 6, 9, 25-27)
   5. Code 1 reimbursement policies (RFP Nos. 11-13, 20)
   6. DHCS communications with Rite Aid (RFP No. 28)
   7. DHCS communications with other pharmacies (RFP No. 29)
   8. DHCS communications with CMS (RFP No. 35)
   9. TAR-related claim data (RFP Nos. 24, 31, 32, 33, 34)
   10. TAR submission data (RFP Nos. 24, 31, 32, 33, 34)
   11. TAR policies (RFP Nos. 14, 23)
   12. TAR approval and denial rates (RFP Nos. 15-16)
 C.  Additional Topics
   1. Third-party subpoena
   2. Rite Aid's contention interrogatories
   3. California's RFP Nos. 1-2 – timeline of Rite Aid's completion
   4. California's RFP Nos. 3-7 – stipulation to validity of sampling methodology
   5. Motions to compel – briefing and hearing schedules

Thanks,
Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Emmanuel Salazar
**Sent:** Thursday, September 13, 2018 11:40 AM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Michael:

We propose the following:
- Rite Aid will provide its draft joint statement to the State by Friday 9/21 at 5:00 pm PT;
- The State will provide its positions within the draft by ~~Noon~~ 5 p.m. PT Wednesday 9/26;
- The parties finalize and agree on a final draft by ~~Noon~~ 5 p.m. PT Friday 9/28 and file the Joint Statement no later than 6 p.m. PT Friday 9/28.

As previously mentioned, because Rite Aid plans to file a motion to compel, we will likely produce some of our supplemental productions and responses later than originally planned. We anticipate that we will still be able to produce CDRs on a rolling basis and complete production thereof by 9/28/18. However, we highly likely will not be able to complete our supplemental responses to contention interrogatories by 9/28/18 because we will need to address the Joint Statement in the week of 9/24/18 and will not have sufficient time to review and evaluate Rite Aid's pharmacy records.

On another note, regarding Rite Aid's 8-31-18 production, we received more than 1,600 pages of

records. As has been the case with Rite Aid's prior productions, Rite Aid did not provide the sample claim numbers and the corresponding Bates stamp numbers. We therefore will again have to identify the sample claim numbers and break the large PDF into the component pharmacy records. This time, however, it appears all the records do not have the NexGen stamp, i.e., they are hard-copy records from the pharmacy stores, which requires us to locate the patient name from the prescriptions themselves to identify the corresponding sample claim number. Note that some of the copies are difficult to decipher.

Do you have a listing of the sample claim numbers and the corresponding Bates stamp for Rite Aid's 8-31-18 production? Without which, our review and evaluation of the pharmacy records will take much longer.

Regards,

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Thursday, September 13, 2018 10:25 AM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Emmanuel,

To accommodate the State's schedule, as well as the fact that I will be unavailable over the weekend of 9/28-9/30, we propose the following revised briefing schedule for the joint statement regarding Rite Aid's motion to compel:

- Rite Aid will provide its draft joint statement to the State by Friday 9/21 at 5:00pm PT;
- The State will provide its positions within the draft by Noon PT Wednesday 9/26;
- The parties finalize and agree on a final draft by Noon PT Friday 9/28.

Thereafter, Rite Aid will file the joint statement on the Parties' behalf. Let us know if this schedule works.

Thanks,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Wednesday, September 12, 2018 3:01 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>

**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]

Michael:

We look forward to continue our meet and confer efforts through our meeting/call with DHCS on Monday.

We need to be able to review and approve for filing the final draft of the Joint Statement by 9/30. If we cannot agree on the timing, we will move the hearing date to 10/31 based on this and other applicable grounds.

Our records show that Fedex delivered the non-anonymized Medi-Cal claims data to your office this morning. See attached.

When can we expect your rebuttal statistical expert report?

Thanks,

Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

---

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Wednesday, September 12, 2018 2:50 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Emmanuel,

As discussed and stated previously, Rite Aid continues to be willing to meet and confer on discovery issues wherever agreement is possible, including after it notices its motion.

As for the briefing schedule you discuss, Local Rule 251 requires the moving party (here, Rite Aid) to file the notice of motion to compel and the joint statement. Of course, we will incorporate the State's positions prior to filing the joint statement on or before 10/3. If the State intends to provide those positions to us by Sunday 9/30 because of its unavailability the following week, that is fine by us.

Given the Court's approval of the Addendum to the HIPAA QPO yesterday [Dkt. 136], when can we expect production of the non-anonymized Medi-Cal claims data? Again, if possible, production via FTP would be very much appreciated.

==Finally, we plan on attending the meeting with your office and DHCS via telephone.==

Thanks,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

---

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Tuesday, September 11, 2018 5:34 PM

**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]

Michael:

Rite Aid plans to notice its motion to compel on 9/19/18 and supply a draft of a Joint Statement on 9/26/18. We hope that the parties prior to the filing of the Joint Statement will be able to meaningfully meet and confer on and minimize the disputes that the Court must hear. Notwithstanding, we ask that the parties agree to finalize and for California to file said Joint Statement by Sunday, 9/30/18, 5 p.m. As noticed, California will be unavailable from 10/1 to 10/5. If Rite Aid does not agree, we will request to move the hearing of your motion to 10/31/18, so that the Court can hear altogether Rite Aid's motion to compel and California's motion to compel.

In addition, please let us know if you and/or Tera plan to attend Monday's meeting with DHCS in person.

Thank you.

Regards,

Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Tuesday, September 11, 2018 4:40 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Emmanuel,

We look forward to speaking with you and the DHCS representatives on Monday. However, we fail to understand the connection you attempt to make between Rite Aid's answer to the complaint and the State's obligation to provide full and complete responses to Rite Aid's discovery (and in particular contention interrogatories), which has been discussed at length in our previous calls and correspondence. The State's full and complete responses are past due, and there is no cause for further delay for the State to provide them. Accordingly, we will move forward with our plan to move to compel these responses according to the briefing schedule previously discussed.

Further, we have been in receipt of various document productions from the State sent via CD. Because this process introduces unnecessary lag time into the process, we reiterate our prior request that all future documents be produced via secure FTP if at all possible, consistent with how we have served our document productions.

Regards,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Monday, September 10, 2018 6:51 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]
Counsel:

==We are set for next Monday's meeting with DHCS. Please be informed that DHCS representatives plan to come to our office. Any attorney is welcome to attend in person as well.==

Moreover, we think discovery in this matter would benefit from the meeting on 9/17 and Rite Aid's answer to the complaint due 9/26. We therefore will furnish our supplemental responses to Rite Aid's discovery requests thereafter.

Thanks,

Emmanuel R. Salazar
*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Friday, September 07, 2018 5:12 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Great thanks, same to you.

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Friday, September 7, 2018 5:12 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]

We'll check with DHCS-OLS and keep you posted. Good weekend. Thanks.

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

---

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Friday, September 07, 2018 4:47 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

Emmanuel,

We would like to participate, unfortunately Tera and I are in hearings Tuesday thru Friday next week. Would Monday 9/17 at 1:00 p.m. work?

Thanks,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

---

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Friday, September 7, 2018 3:48 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Meeting with DHCS

[EXTERNAL EMAIL]

Counsel:

Thanks, Mike. Please note I corrected any reference to "Dkt. 108" to "Dkt. 109" (the 2/8/18 HIPAA QPO), attached.

Also, we plan to meet with DHCS-OLS either on 9/11, Tuesday, 10 a.m. to 12 p.m., or 9/12, Wednesday, 10 a.m. to 12 p.m., regarding Rite Aid's pending document requests. We invite Rite Aid's and relator's counsel to participate. Please let us know which day will work better. If neither works and you would like to participate in the meeting, please let us know your availability.

Regards,

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Friday, September 07, 2018 3:22 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Sharon Brecht <Sharon.Brecht@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Addendum to QPO

Emmanuel,

You have our consent to apply our e-signature and file the draft you forwarded.

Thanks,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Friday, September 7, 2018 1:01 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; 'Paul Lawrence (plawrence@waterskraus.com)' <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Sharon Brecht <Sharon.Brecht@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Addendum to QPO

[EXTERNAL EMAIL]

Mike:

Please review our added revisions in the attached. Overall, DHCS and BMFEA are substantively agreeable to Rite Aid's proposed language.

Please notify us, if possible today, if we have your consent to affix your e-signature.

We spoke with relator's counsel, Paul Lawrence, and he has provided his such consent.

Once we have the order signed, we will immediately produce the non-anonymized Medi-Cal claims data, as requested.

Thanks,

Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

**From:** Emmanuel Salazar
**Sent:** Wednesday, September 05, 2018 3:06 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; Paul Lawrence (plawrence@waterskraus.com) <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Sharon Brecht <Sharon.Brecht@doj.ca.gov>

**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp.

Counsel:

In light of today's court order on Rite Aid's motion to dismiss, please be informed that we plan to serve next week amended/supplemental responses to Rite Aid's RFP, Set One, and Irogs, Set One, where appropriate.

Regards,

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

---

**From:** Eagan, Jr., Michael Q. [mailto:michael.eagan@morganlewis.com]
**Sent:** Tuesday, September 04, 2018 4:17 PM
**To:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; Paul Lawrence (plawrence@waterskraus.com) <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Sharon Brecht <Sharon.Brecht@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp.

Counsel,

This email serves as partial response to your August 31, 2018 correspondence received at 5:44pm PT on Friday evening of a holiday weekend.

As we stated during our call on August 30, Rite Aid remains willing to engage in meet and confer efforts with the State, even after it notices a hearing date for its forthcoming motion to compel. *See* L.R. 251(b) ("Counsel for all interested parties shall confer in advance of the filing of the motion or in advance of the hearing of the motion in a good faith effort to resolve the differences that are the subject of the motion." (emphasis added)). Your responses, however, make clear that there are significant issues about which the parties will not ultimately agree, such as the State's contention that it does not have "custody and control" over DHCS documents. This issue requires prompt resolution by the Court, given the critical importance of such information and documents, and the need for such documents and information even in the first phase of discovery. Thus, Rite Aid intends to file its notice of motion to compel this week so that a hearing date can be reserved and firm deadlines are set.

Further, as discussed, we will notice the hearing on Rite Aid's motion to compel for October 10, 2018, due to our unavailability on September 26 and the State's noticed unavailability during the week of October 1. This allows the parties a full opportunity to further meet and confer efforts during the entire balance of September, with the parties' joint statement being due to Court on October 3. As stated, we will provide our draft of the joint statement to you by September 26, 2018, conditioned on the State's agreement to provide Rite Aid with its responses to include in the joint statement to by October 1. If in the future the State ultimately files its own discovery motion, we would request the same courtesy in return.

Rite Aid rejects the State's unilateral "demands" that Rite Aid produce information to you concerning its document productions and/or the acceptability of the State's by either Tuesday or Wednesday of this week. It is entirely inappropriate to set these types of exploding, unreasonable deadlines, and such demands runs counter to the State's posture that it intends to meet and confer

in good faith regarding any outstanding discovery issues throughout the month of September. Rite Aid continues to reject any and all artificial deadlines the State attempts to impose, and continues to state that it is producing documents, including hard-copy documents located at dozens of different retail locations, in good faith and as quickly as reasonably possible. Indeed, on Friday afternoon, Rite Aid produced over 700 megabytes of such hard copy documents demonstrating Rite Aid's continued efforts to comply with the State's document requests.

Rite Aid also rejects any contention by the State that the parties have yet meaningfully met and conferred regarding any contemplated motion to compel by the State. Indeed, the prospect was only raised for the first time by the State towards the end of our call last week—a call that was scheduled to discuss issues concerning the State's own contentions and document productions as well as the State's refusal to produce DHCS records within its legal control. The raising of a competing motion to compel appears to be merely a "tit-for-tat" tactic to distract from the deficiencies in the State's own discovery responses to date.

The State's similar tactic of offering an accelerated schedule for production of responsive Claim Detail Reports in exchange for the State's preferred, delayed briefing schedule on a motion to compel is also categorically rejected. The State is already obligated to produce all such CDRs in its possession and/or control as being responsive to multiple of Rite Aid's document requests. Holding a responsive, relevant document production "hostage" in order to force a delayed briefing schedule is entirely improper gamesmanship, and will be raised with the Court.

Finally, you represented that you expected to hear from DHCS early this week regarding Rite Aid's proposed amendments to the HIPAA QPO, which fully addresses any concerns for the need for protecting personally identifying information, such as social security numbers. Please inform us immediately upon receipt of DHCS's response, or we will be forced include this issue in our notice of motion to compel this week.

The remainder of your letter raises substantive issues to which Rite Aid will respond in due time.

Regards,

Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

**From:** Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>
**Sent:** Friday, August 31, 2018 5:44 PM
**To:** Heintz, Tera M. <tera.heintz@morganlewis.com>; Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>; Paul Lawrence (plawrence@waterskraus.com) <plawrence@waterskraus.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Sharon Brecht <Sharon.Brecht@doj.ca.gov>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp.

[EXTERNAL EMAIL]

Counsel:

Please see attached correspondence regarding our continued meet-and-confer efforts relating to Rite Aid's Special Interrogatories, Set One, and Request for Production of Documents, Set One.

Regards,

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the

intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.