XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>         Plaintiffs,<br><br>    **v.**<br><br>RITE AID CORPORATION,<br><br>         Defendant. | 2:12-CV-1699 KJM EFB<br><br>**EXHIBIT E TO DECLARATION OF EMMANUEL R. SALAZAR** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>         Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION,<br><br>         Defendant. | |

**From:** Emmanuel Salazar
**To:** Eagan, Jr., Michael Q.; Heintz, Tera M.; Fenna, Elaine
**Cc:** Bernice Yew; plawrence@waterskraus.com; Moreland, Donnata (EXEC-OLS)@DHCS
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Issuance of Subpoena to DHCS (Courtesy Copy)
**Date:** Wednesday, September 19, 2018 4:46:00 PM

Dear Rite Aid Counsel:

==As discussed last Monday, with the goal of reasonably tailoring the broad document requests, BMFEA is open and DHCS has said it will cooperate to depositions of non-party DHCS PMKs with respect to particular subject matters, e.g., pharmacy audits, TAR approval processes, etc.  What dates are we targeting?  Anticipating upcoming holidays, we'd like to clear participants' schedules well in advance.==

==BMFEA also opines that conducting these PMK depositions first (before serving document subpoenas) would be a cost-effective, targeted, and expedient means to facilitate additional and necessary discovery.==

Thanks and regards,

Emmanuel R. Salazar
*Deputy Attorney General*
California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252
Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov

---

**From:** Moreland, Donnata (EXEC-OLS)@DHCS [mailto:Donnata.Moreland@dhcs.ca.gov]
**Sent:** Wednesday, September 19, 2018 4:38 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>
**Cc:** Bernice Yew <Bernice.Yew@doj.ca.gov>; Emmanuel Salazar <Emmanuel.Salazar@doj.ca.gov>; plawrence@waterskraus.com; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Issuance of Subpoena to DHCS (Courtesy Copy)

Hello Mike,

I just learned the same thing when I asked to be brought the originals.  I would like to accommodate your request below but unfortunately I do not have the authority to waive the requirement of personal service.

Donnata

**From:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>
**Sent:** Wednesday, September 19, 2018 4:32 PM
**To:** Moreland, Donnata (EXEC-OLS)@DHCS <Donnata.Moreland@dhcs.ca.gov>
**Cc:** Bernice.Yew@doj.ca.gov; Emmanuel.Salazar@doj.ca.gov; plawrence@waterskraus.com; Heintz,

Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Issuance of Subpoena to DHCS (Courtesy Copy)

Donnata,

You are very welcome. Unfortunately, we just received word that the personal service was rejected (see attached), which is just the result we had hoped to avoid when we talked through these issues on Monday. Can we agree that DHCS waives the personal service and other technical requirements and that the subpoena be deemed served today?

Thank you for your assistance,
Mike

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

---

**From:** Moreland, Donnata (EXEC-OLS)@DHCS <Donnata.Moreland@dhcs.ca.gov>
**Sent:** Wednesday, September 19, 2018 4:20 PM
**To:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>
**Cc:** Bernice.Yew@doj.ca.gov; Emmanuel.Salazar@doj.ca.gov; plawrence@waterskraus.com; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>
**Subject:** RE: CA ex rel. Schmuckley v. Rite Aid Corp. - Issuance of Subpoena to DHCS (Courtesy Copy)

[EXTERNAL EMAIL]
Hello and thank you for the courtesy copies attached in your email note.

Sincerely,
*Donnata Moreland*
*Assistant Chief Counsel*
*Health Care Benefits and Eligibility*
*Department of Health Care Services*
*916-440-7760*
*Donnata.Moreland@dhcs.ca.gov*

---

**From:** Eagan, Jr., Michael Q. <michael.eagan@morganlewis.com>
**Sent:** Wednesday, September 19, 2018 3:55 PM
**To:** Moreland, Donnata (EXEC-OLS)@DHCS <Donnata.Moreland@dhcs.ca.gov>
**Cc:** Bernice.Yew@doj.ca.gov; Emmanuel.Salazar@doj.ca.gov; plawrence@waterskraus.com; Heintz, Tera M. <tera.heintz@morganlewis.com>; Fenna, Elaine <elaine.fenna@morganlewis.com>
**Subject:** CA ex rel. Schmuckley v. Rite Aid Corp. - Issuance of Subpoena to DHCS (Courtesy Copy)

Dear Counsel,

Please find the attached courtesy copies of the following documents, each of which were personally served on the California Department of Health Care Services today:

- Cover Letter from Michael Eagan to DHCS;
- Subpoena to Produce Documents in a Civil Action and Attachment A thereto;
- HIPAA Qualified Protective Order, dated Feb. 8, 2018;
- Addendum to HIPAA Qualified Protective Order, dated Sept. 11, 2018.

Please do not hesitate to contact me if you have any questions.

Regards,

**Michael Q. Eagan, Jr.**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1428 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
michael.eagan@morganlewis.com | www.morganlewis.com
Assistant: Paula Lesure | +1.415.442.1752 | paula.lesure@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.