1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
7   Telephone: (916) 621-1835
    Fax: (916) 274-2929
8
   *Attorneys for State of California*
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,  | 2:12-CV-1699 KJM EFB

15                      Plaintiffs,  | **EXHIBIT F TO DECLARATION OF EMMANUEL R. SALAZAR**

16      v.

17

18  RITE AID CORPORATION,

19                      Defendant.

20  STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,

21

22                      Plaintiff,

23      v.

24  RITE AID CORPORATION,

25                      Defendant.

26

27

28

EXHIBIT F TO DECLARATION OF EMMANUEL R. SALAZAR (2:12-CV-1699 KJM EFB)

| | |
|---|---|
| From: | Emmanuel Salazar |
| To: | Heintz, Tera M.; Eagan, Jr., Michael O.; Fenna, Elaine (elaine.fenna@morganlewis.com); Paul Lawrence (plawrence@waterskraus.com); Jennifer Bartlett; Brian Barrow |
| Cc: | Bernice Yew |
| Subject: | California ex rel. Schmuckley v. Rite Aid Corp.: Third-Party Discovery with DHCS |
| Date: | Tuesday, October 09, 2018 3:58:00 PM |
| Attachments: | 2018-02-05 Prop Stipulation re Stay.pdf |

Counsel:

With respect to California's and relator's joint request to be included in any communications with DHCS or its retained counsel, please see for comparison attached stipulation between Rite Aid and California where the parties agreed to meet and confer when discussing the scope of the medical records subpoena with nonparties. *See* at 3:17-18. We had subsequent communications detailing the agreed-upon process where all party counsel would be included in any communications with nonparties and their counsel regarding any discussion as to the scope of a discovery request. Let me know if you would like us to forward any such email(s).

This is also to confirm from our call this afternoon that Rite Aid or its counsel has no objection, or grounds therefor, with any party counsel communicating with nonparty DHCS or its retained counsel with respect to Rite Aid's nonparty discovery.

Thanks,

Emmanuel

Emmanuel R. Salazar

*Deputy Attorney General*

California Department of Justice · Office of the Attorney General · Bureau of Medi-Cal Fraud & Elder Abuse

2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4252

Office: (916) 621-1835 · Fax: (916) 274-2929 · Emmanuel.Salazar@doj.ca.gov