1    MORGAN, LEWIS & BOCKIUS LLP
     ERIC W. SITARCHUK, Admitted *pro hac vice*
2    eric.sitarchuk@morganlewis.com
     KELLY A. MOORE, Admitted *pro hac vice*
3    kelly.moore@morganlewis.com
     BENJAMIN P. SMITH, Bar No. 197551
4    benjamin.smith@morganlewis.com
     MICHAEL Q. EAGAN, Jr., Bar No. 275823
5    michael.eagan@morganlewis.com
     One Market, Spear Street Tower
6    San Francisco, CA  94105-1596
     Tel: +1.415.442.1000; Fax: +1.415.442.1001
7

     Attorneys for Defendant
8    RITE AID CORPORATION

9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13    UNITED STATES OF AMERICA, and the      Case No. 2:12-cv-01699-KJM-EFB
     STATES OF CALIFORNIA, et al., *ex rel.*
14    LOYD F. SCHMUCKLEY, JR.,            **DECLARATION OF BENJAMIN P.**
                                     **SMITH IN SUPPORT OF DEFENDANT**
15                Plaintiffs,          **RITE AID CORPORATION'S**
                                     **OPPOSITION TO PLAINTIFF'S MOTION**
16               vs.                **TO EXCLUDE PORTIONS OF EXPERT**
                                     **REPORT AND TESTIMONY OF EXPERT**
17    RITE AID CORPORATION,             **ROY EPSTEIN, PH.D.**

18                Defendant.        Date:              June 28, 2019

19    STATE OF CALIFORNIA, *ex rel.* LOYD     Time:            10:00 a.m.
     F. SCHMUCKLEY, JR.,
20                                    Dept.:           Courtroom 3
21               Plaintiffs,

22              vs.

23    RITE AID CORPORATION,

24                Defendant.

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SMITH DECL. ISO DEF.'S OPP. TO MTN. TO
EXCLUDE PORTIONS OF EXPERT REPORT
AND TESTIMONY OF DEF.'S EXPERT
Case No. 2:12-cv-01699-KJM-EFB

1    **<u>DECLARATION OF BENJAMIN P. SMITH</u>**

2         I, Benjamin P. Smith, declare as follows:

3         1.     I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for

4    Defendant Rite Aid Corporation ("Rite Aid" or "Defendant").  I am licensed to practice law in all

5    courts in the State of California.  I submit this declaration in support of DEFENDANT RITE AID

6    CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF

7    EXPERT REPORT AND TESTIMONY OF EXPERT ROY EPSTEIN, PH.D. ("Opposition").

8         2.     Attached hereto as **<u>Exhibit 1</u>** are true and correct copies of relevant excerpts from

9    the deposition transcript of Dr. Roy J. Epstein, Ph.D taken in this matter on April 10, 2019.

10        I declare under penalty of perjury under the laws of the State of California and the United

11   States of America that the foregoing is true and correct.  Executed this 14th day of June, 2019 at

12   San Francisco, California.

13                                              */s/ Benjamin P. Smith*
                                              Benjamin P. Smith

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SMITH DECL. ISO DEF.'S OPP. TO MTN. TO
EXCLUDE PORTIONS OF EXPERT REPORT
AND TESTIMONY OF DEF.'S EXPERT
Case No. 2:12-cv-01699-KJM-EFB