1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
7   Telephone: (916) 621-1835
    Fax: (916) 274-2929
8
*Attorneys for State of California*
9
*(Additional counsel listed on signature page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. | 2:12-CV-1699 KJM EFB <br><br> **JOINT MOTION TO AMEND SCHEDULING ORDER; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. | |

# JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff-Intervenor State of California ("California"), Relator Loyd F. Schmuckley, Jr., and Defendant Rite Aid Corporation[1] ("Rite Aid") (collectively, "the Parties") jointly hereby move the Court for an order amending the currently effective scheduling order.

On May 29, 2018, the Court adopted phased discovery in this matter. ECF No. 128. The first phase of discovery would address, among other things, relevant here, "all of Rite Aid's prescription records and all relevant third-party medical records concerning the statistical sample of 1,904 claims." *Id.* at 5. The second phase of discovery would address all remaining discovery, including depositions of the Parties 30(b)6 witnesses. Per the current effective scheduling orders, the first phase of discovery was to be completed by June 26, 2019, and the second phase of discovery would be completed by October 23, 2019. ECF No. 176.

On July 2, 2019, upon hearing, the Magistrate Judge granted California's motion to compel regarding Rite Aid's prescription records and ordered Rite Aid to produce all responsive documents, including copies of scanned prescriptions, hard copy prescriptions, and "patient medication profiles" related to the 1,904 sample claims, no later than October 23, 2019. ECF No. 225 at 2. The Magistrate Judge also granted California's motion to compel relating to California's Requests for Production of Documents Nos. 15 and 16 and ordered Rite Aid to produce all responsive documents as soon as practical, with all documents produced no later than October 23, 2019.[2] *Id.*

Given the Court's July 2, 2019 order, and the Parties' anticipation of considerable discovery necessary during Phase 2 of this matter, the Parties have met and conferred regarding modifications of current Phase 2 deadlines in this matter. To allow Rite Aid sufficient time to produce responsive records by October 23, 2019, and to also allow Plaintiffs sufficient time to review all responsive records before proceeding with depositions of Rite Aid's 30(b)(6) witnesses, a subject that falls within the second phase of discovery, the Parties have mutually agreed to extend case deadlines as set forth below.

---

[1] Rite Aid contends that it is an improper defendant to this action. *See* ECF Nos. 188, 227.
[2] The Magistrate Judge denied California's motion for evidentiary sanctions. *Id.*

2

The Parties, therefore, jointly move the Court to amend its prior scheduling orders, ECF Nos. 176 and 184, as follows:

| Event | Current Date | Requested Modified Date |
|---|---|---|
| Second Phase of Discovery Completed[3] | October 23, 2019 | February 21, 2020 |
| Expert Disclosures (other than sampling methodology/design) | November 22, 2019 | April 10, 2020 |
| Rebuttal expert disclosures (other than sampling methodology/design) | January 20, 2020 | May 22, 2020 |
| Expert Discovery Completed | February 19, 2020 | June 26, 2020 |
| Last Day to Hear Dispositive Motions | June 12, 2020 at 10:00 A.M. in Courtroom No. 3 | October 23, 2020 at 10:00 A.M. in Courtroom No. 3 |

Dated: 7/30/2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Emmanuel R. Salazar*
EMMANUEL R. SALAZAR
Deputy Attorney General
*Attorneys for Plaintiff-Intervenor State of California*

Dated: 7/30/2019

WATERS & KRAUS LLP

*/s/ Wm. Paul Lawrence II* (authorized on 7/30/2019)
WM. PAUL LAWRENCE II
*Attorneys for Relator Loyd F. Schmuckley, Jr.*

Dated: 7/29/2019

MORGAN, LEWIS & BOCKIUS, LLP

*/s/ Michael Q. Eagan, Jr.* (authorized on 7/29/2019)
BENJAMIN P. SMITH
MICHAEL Q. EAGAN, JR.
*Attorneys for Defendant Rite Aid Corporation*

---

[3] The Parties are continuing to meet and confer about discovery relating to pharmacy associates whose testimony Rite Aid may rely upon in this matter. The Parties will notify the Court as soon as possible if the Parties consider it necessary to further amend the scheduling order.

**ORDER**

After reviewing the Parties' joint motion to amend the scheduling order, the Court finds good cause and grants the motion.

IT IS ORDERED that the scheduling orders, ECF Nos. 176 and 184, are amended as follows:

| Event | Current Date | Requested Modified Date |
|---|---|---|
| Second Phase of Discovery Completed | October 23, 2019 | February 21, 2020 |
| Expert Disclosures (other than sampling methodology/design) | November 22, 2019 | April 10, 2020 |
| Rebuttal expert disclosures (other than sampling methodology/design) | January 20, 2020 | May 22, 2020 |
| Expert Discovery Completed | February 19, 2020 | June 26, 2020 |
| Last Day to Hear Dispositive Motions | June 12, 2020 at 10:00 A.M. in Courtroom No. 3 | October 23, 2020 at 10:00 A.M. in Courtroom No. 3 |

IT IS SO ORDERED.

DATED: August 5, 2019.

UNITED STATES DISTRICT JUDGE