MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
  eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
  kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
  benjamin.smith@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**PARTIES' JOINT MOTION TO EXTEND TIME FOR PARTIES TO MEET AND CONFER RE: DEFENDANT'S 11TH AFFIRMATIVE DEFENSE (IMPROPER DEFENDANT) AND JOINT MOTION TO AMEND SCHEDULING ORDER; ORDER**<br><br>**Related to ECF No. 187, 188, 239, 241, 242** |
| STATE OF CALIFORNIA, *ex rel*. LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

DB1/ 107497020.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PARTIES' JOINT MOTION TO EXTEND TIME FOR PARTIES TO MEET AND CONFER RE: DEFENDANT'S 11TH AFFIRMATIVE DEFENSE (IMPROPER DEFENDANT) AND JOINT MOTION TO AMEND SCHEDULING ORDER**

**TO THE HONORABLE COURT:**

Plaintiff-Intervenor State of California ("California"), *Qui Tam* Plaintiff Loyd F. Schmuckley, Jr. ("Relator," together with California, "Plaintiffs"), and Defendant Rite Aid Corporation ("Defendant" or "Rite Aid," together with Plaintiffs, the "Parties"), by and through their respective counsel of record, for good cause shown, hereby request this Court to extend the time for the Parties to further meet and confer regarding Rite Aid's Eleventh Affirmative Defense (Improper Defendant) set forth in Rite Aid's First Amended Answer to Relator's First Amended Complaint [ECF NO. 146].[1]

On January 25, 2019, the Court ordered the Parties to submit a joint statement concerning Rite Aid's Eleventh Affirmative Defense (Improper Defendant). ECF No. 187. On February 8, 2019, the Parties filed a joint statement setting forth their agreement that more time is warranted to continue to address, and hopefully resolve, the issues and present them to the Court at a more appropriate time. ECF No. 188 ("Joint Statement"). In the Joint Statement, the Parties proposed to the Court that the Plaintiffs should have until July 15, 2019 to either stipulate with Rite Aid for an agreed-upon amendment to correct the naming of Rite Aid in this matter, or to otherwise seek leave of the Court to amend their pleadings to do so. *Id.* at 1.

Plaintiffs further agreed that they would not file a motion to add a new defendant during this time until July 15, 2019, or earlier upon exhaustion of good-faith discussions. The Parties noted that the proposed timeline factored in the scheduling relating to Rite Aid's motion challenging Plaintiffs' sampling methodology and design, hearing of which the Court originally set for June 28, 2019. *Id.* at 1, n.2.

On June 28, 2019, due to the continuance of the hearing on Defendant's motion regarding the sampling methodology and to allow the Parties adequate time to meet and confer, the Parties

---

[1] The same affirmative defense is set forth by Defendant as the Thirteenth Affirmative Defense in its First Amended Answer to the State's Complaint-in-Intervention [ECF No. 147].

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 107497020.1

jointly moved for an order allowing Plaintiffs until August 26, 2019 to either stipulate with Defendant for an agreed-upon amendment to correct the naming of Defendant in this matter, or to otherwise seek leave of the Court to amend their pleadings. ECF No. 224. The Court, finding good cause, granted the motion. ECF No. 227.

Thereafter, the parties continued to meet and confer in an attempt to come to an agreement on the identity of the correct defendant for this case without further discovery or law and motion practice, and exchanged a draft and final declaration of a Rite Aid Hdqtrs. Corp. officer in this regard.

On or about August 20, 2019, the parties jointly moved for an order allowing Plaintiffs until October 18, 2019 to either stipulate with Defendant for an agreed-upon amendment to correct the naming of Defendant in this matter, or to otherwise seek leave of the Court to amend their pleadings. ECF No. 241. This Court granted the motion on August 26, 2019. ECF No. 242.

After filing their joint motion on August 20, 2019, the Parties continued to meet and confer regarding the issues involved with Rite Aid's Eleventh Affirmative Defense (Improper Defendant), including California's issuance of related document requests and a 30(b)(6) deposition notice. To date, the parties have been unable to reach an agreement, and Plaintiffs seek discovery from Defendant. Additional meet and confer efforts are ongoing regarding:

- whether the Parties will agree that pleadings in the case will be amended pursuant to Federal Rule of Civil Procedure ("Rule") 15(c) to substitute or add Thrifty Payless, Inc. d/b/a Rite Aid, a California Corporation, and/or Rite Aid Hdqtrs Corp, a Delaware corporation, as the defendants in this action in the place of, or in addition to, Rite Aid Corporation, a Delaware Corporation;
- whether all of Rite Aid's prior discovery responses, representations, and stipulations would bind any newly named defendant as if it had originally appeared as the defendant in this action from the outset;
- whether the amendment shall relate back to the original pleadings for all purposes, including applicable statutes of limitation; and

DB1/ 107497020.1

2

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

- how discovery requests to Rite Aid and/or any newly named defendant(s) would be addressed.

Due to the ongoing meet and confer and discovery efforts, the recent departure of Michael Q. Eagan from Morgan Lewis, and the involvement of Benjamin Smith in a Delaware Chancery Court trial in September 2019, the Parties jointly submit that good cause exists to extend deadlines for the Parties to complete the above meet-and-confer process, as follows:

| Event | Current Deadline [ECF No. 242] | Proposed Modified Date |
|---|---|---|
| Rite Aid Corporation's declaration under oath regarding relationship with/among subsidiaries and Written Responses/Objections to California's Requests for Production ("RFP") Set No. 7 | Served by August 30, 2019 | N/A – completed |
| Rite Aid's service of Written Responses/Objections to California's Requests for Production ("RFP") Set No. 7 and Rite Aid's service of Written Responses/Objections to Relator's RFP Set No. 2. | N/A | Served by October 2, 2019 |
| Rite Aid Corporation's production of documents responsive to RFP Set No. 7 | Completed by September 27, 2019 | Completed by October 25, 2019 |
| Parties' stipulation, if agreed upon, to amend the named defendant with relation back (including removal of Rite Aid Corporation from pleadings) | Filed by October 18, 2019 | Filed by November 12, 2019 |
| Plaintiffs' motion to amend the pleadings (if necessary following Parties' inability to stipulate) | Filed by November 1, 2019 | Filed by December 2, 2019 |
| Defendant's opposition to motion to amend | Filed by December 6, 2019 | Filed by January 10, 2020 |
| Plaintiffs' reply re motion to amend | Filed by December 20, 2019 | Filed by January 24, 2020 |
| Hearing on Plaintiffs' motion to amend the pleadings | January 17, 2020, 10:00 a.m., Courtroom 3 | TBD |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 107497020.1

3

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

The Parties maintain their respective positions and reservations of rights as set forth in the Joint Statement while these discussions continue. ECF No. 188 at 3-4. The Parties also maintain that no Party may claim prejudice based on the extended discussions in connection with a motion to amend the pleadings under Rule 15(c).

Further, in light of the above, the Parties jointly move the Court to amend its prior scheduling order, ECF No. 239, by moving the current dates by 5 weeks to accommodate the proposed changes above, as follows:

| Event | Current Date | Requested Modified Date |
|---|---|---|
| Second Phase of Discovery Completed | February 21, 2020 | March 27, 2020 |
| Expert Disclosures (other than sampling methodology/design) | April 10, 2020 | May 15, 2020 |
| Rebuttal expert disclosures (other than sampling methodology/design) | May 22, 2020 | June 26, 2020 |
| Expert Discovery Completed | June 26, 2020 | July 31, 2020 |
| Last Day to Hear Dispositive Motions | October 23, 2020 at 10:00 A.M. in Courtroom No. 3 | December 4, 2020 at 10:00 A.M. in Courtroom No. 3 |

Respectfully Submitted,

Dated: September 26, 2019

XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel R. Salazar* (authorized on 9/26/2019)

Emmanuel R. Salazar
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Tel: (916) 621-1835; Fax: (916) 621-1835
Email: Emmanuel.Salazar@doj.ca.gov
Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 107497020.1

4

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

| | | |
|---|---|---|
| 1 | Dated: September 26, 2019 | WATERS & KRAUS LLP |
| 2 | | |
| 3 | | */s/ Wm. Paul Lawrence II* (authorized on 9/26/2019)<br>Wm. Paul Lawrence II (*Pro Hac Vice*) |
| 4 | | Washington D.C. Metro Office<br>37163 Mountville Road |
| 5 | | Middleburg, VA  20117<br>Tel: (540) 687-6999; Fax: (540) 687-5457 |
| 6 | | Email: plawrence@waterskraus.com<br>Attorneys for *Qui Tam* Plaintiff |
| 7 | | LOYD F. SCHMUCKLEY, JR. |
| 8 | Dated: September 26, 2019 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | */s/ Benjamin P. Smith* |
| 10 | | Benjamin P. Smith<br>Attorneys for Defendant |
| 11 | | RITE AID CORPORATION |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 107497020.1

5

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

# **ORDER**

The Court, having considered the Parties' Joint Motion to Extend Time for Parties to Meet and Confer re: Defendant's 11th Affirmative Defense (Improper Defendant) and Joint Motion to Amend Scheduling Order, finds good cause and ORDERS that the schedule for the Parties as follows:

| Event | Current Deadline [ECF No. 242] | Requested Modified Date |
|---|---|---|
| Rite Aid Corporation's declaration under oath regarding relationship with/among subsidiaries and Written Responses/Objections to California's Requests for Production ("RFP") Set No. 7 | Served by August 30, 2019 | N/A – completed |
| Rite Aid's service of Written Responses/Objections to California's Requests for Production ("RFP") Set No. 7 and Rite Aid's service of Written Responses/Objections to Relator's RFP Set No. 2. | N/A | Served by October 2, 2019 |
| Rite Aid Corporation's production of documents responsive to RFP Set No. 7 | Completed by September 27, 2019 | Completed by October 25, 2019 |
| Parties' stipulation, if agreed upon, to amend the named defendant with relation back (including removal of Rite Aid Corporation from pleadings) | Filed by October 18, 2019 | Filed by November 12, 2019 |
| Plaintiffs' motion to amend the pleadings (if necessary following Parties' inability to stipulate) | Filed by November 1, 2019 | Filed by December 2, 2019 |
| Defendant's opposition to motion to amend | Filed by December 6, 2019 | Filed by January 10, 2020 |
| Plaintiffs' reply re motion to amend | Filed by December 20, 2019 | Filed by January 24, 2020 |
| Hearing on Plaintiffs' motion to amend the pleadings | January 17, 2020, 10:00 a.m., Courtroom 3 | TBD |
| Second Phase of Discovery | February 21, 2020 | March 27, 2020 |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB1/ 107497020.1

6

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

| Event | Current Deadline [ECF No. 242] | Requested Modified Date |
|---|---|---|
| Completed | | |
| Expert Disclosures (other than sampling methodology/design) | April 10, 2020 | May 15, 2020 |
| Rebuttal expert disclosures (other than sampling methodology/design) | May 22, 2020 | June 26, 2020 |
| Expert Discovery Completed | June 26, 2020 | July 31, 2020 |
| Last Day to Hear Dispositive Motions | October 23, 2020 at 10:00 A.M. in Courtroom No. 3 | December 11, 2020 at 10:00 A.M. in Courtroom No. 3 |

**IT IS SO ORDERED.**

DATED: September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE

7

PARTIES' JOINT MOT TO EXT TIME TO M&C
RE DEFT'S 11TH AFFIRMATIVE DEFENSE
AND AMEND SCHEDULING ORDER
CASE NO. 2:12-CV-01699-KJM-EFB

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 107497020.1