XAVIER BECERRA
Attorney General
VINCENT DiCARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW
Deputy Attorney General
EMMANUEL R. SALAZAR (SBN 240794)
Deputy Attorney General
Emmanuel.Salazar@doj.ca.gov
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833
Tel.: (916) 621-1835

Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**PARTIES' AMENDED JOINT MOTION TO EXTEND TIME FOR PARTIES TO CONDUCT DISCOVERY AND MEET AND CONFER RE: DEFENDANT'S 11TH AFFIRMATIVE DEFENSE (IMPROPER DEFENDANT); ORDER**<br><br>**Related to ECF No. 187, 188, 241, 242, 244, 258** |
| STATE OF CALIFORNIA, *ex rel*. LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

**PARTIES' AMENDED JOINT MOTION TO EXTEND TIME FOR PARTIES TO CONDUCT DISCOVERY AND MEET AND CONFER RE: DEFENDANT'S 11TH AFFIRMATIVE DEFENSE (IMPROPER DEFENDANT)**

**TO THE HONORABLE COURT:**

Plaintiff-Intervenor State of California ("California"), *Qui Tam* Plaintiff Loyd F. Schmuckley, Jr. ("Relator," together with California, "Plaintiffs"), and Defendant Rite Aid Corporation ("Defendant" or "Rite Aid," together with Plaintiffs, the "Parties"), by and through their respective counsel of record, for good cause shown, hereby request this Court to extend time for Parties to conduct discovery and further meet and confer regarding Rite Aid's Eleventh Affirmative Defense (Improper Defendant) set forth in Rite Aid's First Amended Answer to Relator's First Amended Complaint [ECF NO. 146].[1]

On January 25, 2019, the Court ordered the Parties to submit a joint statement concerning Rite Aid's Eleventh Affirmative Defense (Improper Defendant). ECF No. 187. On February 8, 2019, the Parties filed a joint statement setting forth their agreement that more time is warranted to continue to address, and hopefully resolve, the issues and present them to the Court at a more appropriate time. ECF No. 188 ("Joint Statement"). In the Joint Statement, the Parties proposed to the Court that the Plaintiffs should have until July 15, 2019 to either stipulate with Rite Aid for an agreed-upon amendment to correct the naming of Rite Aid in this matter, or to otherwise seek leave of the Court to amend their pleadings to do so. *Id.* at 1.

Plaintiffs further agreed that they would not file a motion to add a new defendant during this time until July 15, 2019, or earlier upon exhaustion of good-faith discussions. The Parties noted that the proposed timeline factored in the scheduling relating to Rite Aid's motion challenging Plaintiffs' sampling methodology and design, hearing of which the Court originally set for June 28, 2019. *Id.* at 1, n.2.

On June 28, 2019, due to the continuance of the hearing on Defendant's motion regarding the sampling methodology and to allow the Parties adequate time to meet and confer, the Parties

---

[1] The same affirmative defense is set forth by Defendant as the Thirteenth Affirmative Defense in its First Amended Answer to the State's Complaint-in-Intervention [ECF No. 147].

jointly moved for an order allowing Plaintiffs until August 26, 2019 to either stipulate with Defendant for an agreed-upon amendment to correct the naming of Defendant in this matter, or to otherwise seek leave of the Court to amend their pleadings. ECF No. 224. The Court, finding good cause, granted the motion. ECF No. 227.

In July 2019, California propounded Request for Production of Documents, Set No. 7, and Relator propounded Request for Production of Documents, Set No. 2, both of which seek documents relevant to Rite Aid's purported "improper defendant" defense.

The parties continued to meet and confer in an attempt to come to an agreement on the identity of the correct defendants for this case without further discovery or law and motion practice, and exchanged a draft and final declaration of a Rite Aid officer in this regard.

On or about August 20, 2019, the parties jointly moved for an order allowing Plaintiffs until October 18, 2019 to either stipulate with Defendant for an agreed-upon amendment to correct the naming of Defendant in this matter, or to otherwise seek leave of the Court to amend their pleadings. ECF No. 241. This Court granted the motion on August 26, 2019. ECF No. 242.

The Parties continued to meet and confer regarding the issues involved with Rite Aid's Eleventh Affirmative Defense (Improper Defendant), including Plaintiffs' pending document requests and California's 30(b)(6) deposition notice.

On September 20, 2019, due to the ongoing meet and confer and discovery efforts, the recent departure of Michael Q. Eagan from Morgan Lewis, and the involvement of Benjamin Smith in a Delaware Chancery Court trial in September 2019, the Parties jointly moved to extend deadlines for the Parties to complete the above meet-and-confer process. The Court granted the motion. ECF No. 244.

On October 9, 2019, California filed a motion to compel Rite Aid to designate the documents responsive to each of its pending requests for production of documents. On October 23, 2019, Rite Aid Corporation filed a motion to extend the deadline for Rite Aid Corporation to produce documents responsive to California's Request for Production of Documents, Nos. 1, 2, 15, 16, and 17-38. The Court granted both motions, extending the deadline for Rite Aid

2

PARTIES' AMND JOINT MOT TO EXT TIME TO CONDUCT DISCOVERY AND M&C RE DEFT'S 11TH AFFIRMATIVE DEFENSE
CASE NO. 2:12-CV-01699-KJM-EFB

1 | Corporation to so produce until November 25, 2019.  ECF No. 258.

2 | Relevant to this subject matter, still pending is Rite Aid Corporation's production of documents responsive to Relator's Request for Production of Documents Set No. 2.  After good-faith meet-and-confer efforts, to date, the parties have been unable to reach an agreement, and Plaintiffs seek discovery from Defendant.  Additional meet and confer efforts are ongoing regarding:

- whether the Parties will agree that pleadings in the case will be amended pursuant to Federal Rule of Civil Procedure ("Rule") 15(c) to substitute Thrifty Payless, Inc. d/b/a Rite Aid, a California Corporation, as the defendant in this action in the place of Rite Aid Corporation, a Delaware Corporation;

- whether all of Rite Aid's prior discovery responses, representations, and stipulations would bind any newly named defendant as if it had originally appeared as the defendant in this action from the outset;

- whether the amendment shall relate back to the original pleadings for all purposes, including applicable statutes of limitation; and

- how discovery requests to Rite Aid and/or any newly named defendant would be addressed.

The Parties therefore submit this joint motion requesting this Court to find good cause and approve the below proposed schedule, as follows:

| Event | Current Deadline [ECF Nos. 244 and 258] | Proposed Modified Date |
|---|---|---|
| Rite Aid Corporation's production of privilege logs relating to California's RFP Set No. 7 | N/A | Complete by December 20, 2019 |
| Rite Aid Corporation's production of documents responsive to Relator's RFP Set No. 2 and service of amended written responses/objection to Relator's RFP Set No. 2, with designation of documents responsive to each RFP, and verification | N/A | Complete by January 10, 2020 |
| Deposition(s) of Rite Aid 30(b)(6) | N/A | Complete by January 31, |

3

| | | |
|---|---|---|
| witness(es) relating to Rite Aid's "improper defendant" defense[2] | | 2020 |
| Parties' stipulation, if agreed upon, to amend the named defendant with relation back (including removal of Rite Aid Corporation from pleadings) | File by December 13, 2019 | File by February 28, 2020 |
| Plaintiffs' motion to amend the pleadings (if necessary following Parties' inability to stipulate) | File by January 2, 2020 | File by April 3, 2020 |
| Defendant's opposition to motion to amend | File by February 10, 2020 | File by May 1, 2020 |
| Plaintiffs' reply re motion to amend | File by February 24, 2020 | File by May 15, 2020 |
| Hearing on Plaintiffs' motion to amend the pleadings | TBD | TBD |
| Second Phase of Discovery Completed | March 27, 2020 | August 7, 2020 |
| Expert Disclosures (other than sampling methodology/design) | May 15, 2020 | October 2, 2020 |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 26, 2020 | November 13, 2020 |
| Expert Discovery Completed | July 31, 2020 | December 18, 2020 |
| Last Day to Hear Dispositive Motions | December 4, 2020 at 10:00 A.M. in Courtroom No. 3 | May 28, 2021 at 10:00 A.M. in Courtroom No. 3 |

The Parties maintain their respective positions and reservations of rights as set forth in the Joint Statement while these discussions and discovery efforts continue. ECF No. 188 at 3-4. The Parties also maintain that no Party may claim prejudice based on the extended discussions in connection with a motion to amend the pleadings under Rule 15(c).

Dated: November 6, 2019

Respectfully Submitted,
XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel R. Salazar*

―――――――――――――――――――――
Emmanuel R. Salazar
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200

---

[2] The Parties understand that Rite Aid's 30(b)(6) witness(es) relating to other relevant topics may be the same 30(b)(6) witness(es) designated for the "improper defendant" defense. In such a case, Rite Aid agrees the same 30(b)(6) witnesses on different date(s) may again be deposed for topics other than the "improper defendant" defense.

4

PARTIES' AMND JOINT MOT TO EXT TIME TO CONDUCT DISCOVERY AND M&C RE DEFT'S 11TH AFFIRMATIVE DEFENSE
CASE NO. 2:12-CV-01699-KJM-EFB

| | |
|---|---|
| | Sacramento, CA  95833-4252 |
| | Tel: (916) 621-1835; Fax: (916) 621-1835 |
| | Email: Emmanuel.Salazar@doj.ca.gov |
| | Attorneys for Plaintiff-Intervenor |
| | STATE OF CALIFORNIA |

Dated: November 6, 2019                    WATERS & KRAUS LLP

/s/ *Wm. Paul Lawrence II* (authorized on 11/6/2019)
_____
Wm. Paul Lawrence II (*Pro Hac Vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA  20117
Tel: (540) 687-6999; Fax: (540) 687-5457
Email: plawrence@waterskraus.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: November 6, 2019                    MORGAN, LEWIS & BOCKIUS LLP

/s/ *Benjamin P. Smith* (authorized on 11/6/2019)
_____
Benjamin P. Smith
Attorneys for Defendant
RITE AID CORPORATION

5

PARTIES' AMND JOINT MOT TO EXT TIME TO CONDUCT DISCOVERY AND M&C RE DEFT'S 11TH AFFIRMATIVE DEFENSE
CASE NO. 2:12-CV-01699-KJM-EFB

# **ORDER**

The Court, having considered the Parties' Joint Motion to Extend Time for Parties to Conduct Discovery and Meet and Confer re: Defendant's 11th Affirmative Defense (Improper Defendant), finds good cause and ORDERS that the schedule for the Parties as follows:

| Event | Current Deadline [ECF Nos. 244 and 258] | Proposed Modified Date |
| --- | --- | --- |
| Rite Aid Corporation's production of privilege logs relating to California's RFP Set No. 7 | N/A | Complete by December 20, 2019 |
| Rite Aid Corporation's production of documents responsive to Relator's RFP Set No. 2 and service of amended written responses/objection to Relator's RFP Set No. 2, with designation of documents responsive to each RFP, and verification | N/A | Complete by January 10, 2020 |
| Deposition(s) of Rite Aid 30(b)(6) witness(es) relating to Rite Aid's "improper defendant" defense[3] | N/A | Complete by January 31, 2020 |
| Parties' stipulation, if agreed upon, to amend the named defendant with relation back (including removal of Rite Aid Corporation from pleadings) | File by December 13, 2019 | File by February 28, 2020 |
| Plaintiffs' motion to amend the pleadings (if necessary following Parties' inability to stipulate) | File by January 2, 2020 | File by April 3, 2020 |
| Defendant's opposition to motion to amend | File by February 10, 2020 | File by May 1, 2020 |
| Plaintiffs' reply re motion to amend | File by February 24, 2020 | File by May 15, 2020 |
| Hearing on Plaintiffs' motion to amend the pleadings | TBD | TBD |
| Second Phase of Discovery Completed | March 27, 2020 | August 7, 2020 |

---

[3] The Parties understand that Rite Aid's 30(b)(6) witness(es) relating to other relevant topics may be the same 30(b)(6) witness(es) designated for the "improper defendant" defense. In such a case, Rite Aid agrees the same 30(b)(6) witnesses on different date(s) may again be deposed for topics other than the "improper defendant" defense.

6

PARTIES' AMND JOINT MOT TO EXT TIME TO CONDUCT DISCOVERY AND M&C RE DEFT'S 11TH AFFIRMATIVE DEFENSE
CASE NO. 2:12-CV-01699-KJM-EFB

| Expert Disclosures (other than sampling methodology/design) | May 15, 2020 | October 2, 2020 |
| --- | --- | --- |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 26, 2020 | November 13, 2020 |
| Expert Discovery Completed | July 31, 2020 | December 18, 2020 |
| Last Day to Hear Dispositive Motions | December 4, 2020 at 10:00 A.M. in Courtroom No. 3 | May 28, 2021 at 10:00 A.M. in Courtroom No. 3 |

**IT IS SO ORDERED.**

DATED: November 8, 2019.

_____
UNITED STATES DISTRICT JUDGE