1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  E-mail: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6   2329 Gateway Oaks Drive, Suite 200
    Sacramento, CA 95833-4252
7   Telephone: (916) 621-1835
    Fax: (916) 274-2929
8
   *Attorneys for State of California*
9
   *(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant.<br><br>STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No.: 2:12-cv-1699 KJM EFB<br><br>**JOINT MOTION TO RESCHEDULE HEARING OF MOTION FOR SANCTIONS, ECF NO. 275, AND EXTEND RELATED DEADLINES; [PROPOSED ORDER]**<br><br>Current Hearing Date: January 22, 2020<br>*Proposed* Hearing Date: February 26, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8, 13th Floor |

1 || **JOINT MOTION TO RESCHEDULE HEARING OF MOTION FOR SANCTIONS, ECF**
2 || **NO. 275, AND EXTEND RELATED DEADLINES**

3   Plaintiff State of California ("California"), *qui tam* relator Loyd F. Schmuckley, Jr.
4 ("Relator"), and defendant Rite Aid Corporation ("Defendant," and jointly with California and
5 Relator, the "Parties") hereby move to reschedule the hearing of California's Motion for
6 Sanctions for Failure to Comply with Court Order ECF No. 258 relating to Production of
7 Documents Responsive to Request for Production of Documents ("RPD") Nos. 23-26 (Board
8 Meeting Agendas and Minutes, ECF No. 275 ("Motion") from January 22, 2020 to February 26,
9 2020; move the deadline for Rite Aid to file its opposition to the Motion from January 15, 2020 to
10 February 12, 2020, and move the deadline for California to file its reply to the opposition to the
11 Motion from January 17, 2020 to February 19, 2020.  This is to allow the Parties additional time
12 to analyze the latest status of Rite Aid's discovery responses and document production and
13 informally resolve any pending and further discovery disputes.

14   On January 8, 2020, California filed its Motion against Rite Aid.  Per Local Rules, Rite
15 Aid's opposition to the Motion is due on January 15, 2020, California's reply to the opposition is
16 due on January 17, 2020, and the hearing of the Motion is scheduled for January 22, 2020;

17   On January 10, 2020, Rite Aid produced additional documents and an additional privilege
18 log purportedly responsive to RPD Nos. 23-26.  On January 10, 2020, Rite Aid produced
19 additional documents responsive to other RPD's, including documents responsive to California's
20 RPD Set No. 7, and Relator's RPD Set Nos. 2-3.  As a result of Rite Aid's additional productions,
21 California and Relator need more time to analyze Rite Aid's additional responses and documents;

22   The Parties agree for the purposes of efficiency and judicial economy that good cause
23 exists to move the hearing of California's Motion and related filing dates to later dates to allow
24 the Parties additional time to informally resolve any pending and further discovery disputes.  The
25 Parties therefore jointly move for an Order extending the deadline for Rite Aid to file its
26 opposition to the Motion to February 12, 2020, the deadline for California to file its reply to the

1  Case No.: 2:12-cv-1699 KJM EFB

JOINT MOTION TO RESCHEDULE HEARING OF MOTION FOR SANCTIONS, ECF NO. 275, AND EXTEND RELATED
DEADLINES; ~~PROPOSED~~ ORDER

opposition to the Motion to February 19, 2020, and the hearing date of the Motion to February 26, 2020.[1]

Respectfully submitted,

Dated: 1/15/2020  XAVIER BECERRA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: 1/15/2020

WATERS & KRAUS, LLP

By  */s/ Wm. Paul Lawrence, II (authorized on 1/15/2020)*
Wm. Paul Lawrence, II (*Pro hac vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
Fax: (540) 687-5457
E-mail: plawrence@waterskraus.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: 1/15/2020  MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kevin M. Papay (authorized on 1/15/2020)*
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: Kevin.Papay@morganlewis.com
Attorneys for Defendant
RITE AID CORPORATION

---

[1] None of the Parties is waiving any defense, right or claim by filing this joint motion.

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion to Reschedule Hearing of Motion for Sanctions, ECF No. 275, and Extend Related Deadlines, finds good cause and ORDERS THAT the deadline for Rite Aid Corporation to file its opposition to the Motion for Sanctions (ECF No. 275) is extended to February 12, 2020, the deadline for the State of California to file its reply to the opposition to the Motion for Sanctions (ECF No. 275) is extended to February 19, 2020, and the hearing date of the Motion for Sanctions (ECF No. 275) is moved to February 26, 2020, 10:00 A.M. in Courtroom 8.

**IT IS SO ORDERED.**

DATED: January 16, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE