MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
 eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
 kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
 benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
 kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. <br><br> STATE OF CALIFORNIA, *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> RITE AID CORPORATION, <br><br> Defendant. | Case No. 2:12-cv-01699-KJM-EFB <br><br> **PARTIES' JOINT MOTION TO AMEND DEADLINES RELATED TO IN CAMERA REVIEW OF RITE AID BOARD MATERIALS; [~~PROPOSED~~] ORDER** <br><br> **RELATED TO ECF NO. 294, 295** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

**PARTIES' JOINT MOTION TO AMEND DEADLINES RELATED TO IN CAMERA**

**REVIEW OF RITE AID BOARD MATERIALS**

**TO THE HONORABLE COURT:**

Plaintiff-Intervenor State of California ("California"), *Qui Tam* Plaintiff Loyd F.
Schmuckley, Jr. ("Relator," together with California, "Plaintiffs"), and Defendant Rite Aid
Corporation ("Defendant" or "Rite Aid," together with Plaintiffs, the "Parties"), by and through
their respective counsel of record, for good cause shown, hereby request this Court to extend the
deadlines for (1) Rite Aid to submit for *in camera* review Rite Aid board agendas, minutes,
presentations, tabs, binders, and appendices ("Board Materials") claimed to contain privileged
information, along with a supporting declaration, (2) Rite Aid to produce any Board Materials
determined by Rite Aid to not contain privileged information; and (3) California to file a response
to Rite Aid's declaration, all as ordered by this Court on March 16, 2020 (ECF No. 295).

On March 11, 2020, the Parties filed a joint request for instructions regarding the *in
camera* review of Rite Aid's Board Materials. ECF No. 294. The Parties' joint request sought
clarification regarding the scope of Rite Aid's *in camera* submission, as well as an extension until
April 8, 2020 for Rite Aid to conduct its privilege review of Board Materials that Rite Aid
contended were not within the scope of California's Requests for Production and therefore had
not previously been reviewed for privilege or produced.

On March 16, 2020, the Court ordered Rite Aid to (1) submit for *in camera* review all
documents identified in Rite Aid's December 20, 2019, January 10, 2020, and February 18, 2020
privilege logs; (2) submit for *in camera* review all Board Materials—including the tabs, binders,
and appendices referenced in the parties' March 11, 2020 joint request—claimed to contain
privileged information; (3) submit supporting declarations explaining the basis for each assertion
of attorney-client privilege; (4) serve redacted versions of the supporting declarations on
California; and (5) produce Board Materials determined to not contain privileged information, all
by April 8, 2020. ECF No. 295. The Court also ordered California to file a response to Rite
Aid's declaration(s) by April 29, 2020. ECF No. 295.

On or about March 17, 2020, Rite Aid's headquarters closed for at least two weeks due to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

the coronavirus (COVID-19) pandemic. On March 19, Rite Aid informed California that as a result of this closure, Rite Aid cannot access—and therefore cannot review for privilege or collect for potential production—a subset of Board Materials that are stored in hard-copy format at Rite Aid's headquarters (the "Inaccessible Board Materials"). The Inaccessible Board Materials include, but are not limited to, Board Materials that correspond to five board meetings that are the subject of Rite Aid's ordered *in camera* submission: April 2007, January 2010, April 2010, April 2011, and June 2011. Rite Aid therefore asked California to stipulate to extend the deadline for Rite Aid to review and/or produce Board Materials for those five meetings by two weeks to April 22, 2020, with the potential for a further extension if Rite Aid's office closure continues beyond two weeks. On March 20, California agreed to Rite Aid's requested extension.[1]

Rite Aid does not believe that its current office closure will interfere with Rite Aid's ability to complete its review, submission, and/or production of the majority of Board Materials at issue, only those corresponding to the five meetings identified above.

In light of these significant, unanticipated developments, the Parties jointly request the following modification of the deadlines in the Court's March 16, 2020 order:

| Event | Current Date (ECF No. 295) | Proposed Date |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information, *except* for those corresponding to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 8, 2020 (same) |

---

[1] Because of Rite Aid corporate headquarters' closure due to the COVID-19 pandemic, California learned on March 20, 2020, that Rite Aid's pre-September 2011 board materials were not electronically stored but rather were kept in hard copies, which Rite Aid's Morgan Lewis attorney manually reviewed to determine the board materials responsive to RPD Nos. 23-26 (which sought documents relating to pharmacy business in California). The Parties are continuing meet-and-confer discussions to resolve California's concerns regarding this issue. Without waiving any right or claim, in light of Rite Aid corporate headquarters' closure, California agrees to Rite Aid's limited extension request herein.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

| | | |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 22, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information, ***except*** for those corresponding to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 8, 2020 (same) |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 22, 2020 |
| California to file a reply to Rite Aid's declarations | April 29, 2020 | May 20, 2020 |

Respectfully Submitted,

Dated: March 26, 2020

XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel R. Salazar* (authorized on 3/24/2020)

Emmanuel R. Salazar
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Tel: (916) 621-1835; Fax: (916) 621-1835
Email: Emmanuel.Salazar@doj.ca.gov
Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

Dated: March 26, 2020

WATERS & KRAUS LLP

*/s/ Wm. Paul Lawrence II* (authorized on 3/24/2020)
Wm. Paul Lawrence II (*Pro Hac Vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA 20117
Tel: (540) 687-6999; Fax: (540) 687-5457
Email: plawrence@waterskraus.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

Dated: March 26, 2020                    MORGAN, LEWIS & BOCKIUS LLP

*/s/ Benjamin P. Smith*
Benjamin P. Smith
Attorneys for Defendant
RITE AID CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion To Amend Deadlines Related to In Camera Review of Rite Aid Board Materials, finds good cause and ORDERS that the schedule for the Parties as follows:

| Event | Current Date (ECF No. 295) | Modified Date |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information, ***except*** for those corresponding to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 8, 2020 |
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 22, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information, ***except*** for those corresponding to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 8, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | April 8, 2020 | April 22, 2020 |
| California to file a reply to Rite Aid's declarations | April 29, 2020 | May 20, 2020 |

**IT IS SO ORDERED.**

Dated: March 27, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO