MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
 eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
 kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
 benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
 kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, California  94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**PARTIES' JOINT MOTION TO FURTHER AMEND DEADLINES RELATED TO IN CAMERA REVIEW OF RITE AID BOARD MATERIALS; [PROPOSED] ORDER**<br><br>**RELATED TO ECF NO. 311** |
| STATE OF CALIFORNIA, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

DB1/ 114085394.1

**PARTIES' JOINT MOTION TO FURTHER AMEND DEADLINES RELATED TO IN CAMERA REVIEW OF RITE AID BOARD MATERIALS**

**TO THE HONORABLE COURT:**

Plaintiff-Intervenor State of California ("California"), *Qui Tam* Plaintiff Loyd F. Schmuckley, Jr. ("Relator," together with California, "Plaintiffs"), and Defendant Rite Aid Corporation ("Defendant" or "Rite Aid," together with Plaintiffs, the "Parties"), by and through their respective counsel of record, for good cause shown, hereby request this Court to extend the deadlines for (1) Rite Aid to submit for *in camera* review Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices ("Board Materials") claimed to contain privileged information, along with a supporting declaration, (2) Rite Aid to produce any Board Materials determined by Rite Aid to not contain privileged information; and (3) California to file a response to Rite Aid's declaration, all as ordered by this Court on April 22, 2020 (ECF No. 311).

The Parties presume that the Court is familiar with the relevant background relating to Rite Aid's deadlines to submit document for *in camera* review and will not discuss it at length here.  In pertinent part, because of the ongoing closure of Rite Aid's headquarters due to the COVID-19 pandemic and Pennsylvania's "stay-at-home" orders,[1] Rite Aid still cannot access—and therefore cannot review for privilege or collect for potential production—a subset of Board Materials that are subject to the Court's April 22, 2020 order and stored in hard-copy format at Rite Aid's headquarters (the "Inaccessible Board Materials").  The Inaccessible Board Materials include, but are not limited to, Board Materials that correspond to five board meetings that are the subject of Rite Aid's ordered *in camera* submission:  April 2007, January 2010, April 2010, April 2011, and June 2011.

On May 7, 2020, Pennsylvania's governor extended the "stay-at-home" orders for most counties, including Cumberland County where Rite Aid's headquarters is located, through June 4, 2020.[2]  Moreover, Rite Aid's counsel learned on May 15, 2020 that Cumberland County will be

---

[1] Rite Aid's headquarters are located in Camp Hill, PA.
[2] https://www.governor.pa.gov/wp-content/uploads/2020/05/20200507-TWW-Stay-at-Home-Order-Amendment.pdf

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

DB1/ 114085394.1

modifying its shelter-in-place guidelines to the "yellow" phase, effective May 22, 2020. *See*, *e.g.*, https://cumberlink.com/news/local/ap-exclusive-lockdown-to-lift-in-12-pennsylvania-counties-including-cumberland-county/article_6d287f8e-27ed-5b27-9984-f07bb734c805.html. Based on this development and discussions between Rite Aid and its counsel, Rite Aid believes it will be able to send someone to Rite Aid's headquarters to retrieve the documents shortly after that modification takes effect and thereafter allow Rite Aid's counsel to collect, review, and prepare the documents for submission/production. Assuming Rite Aid will be able to retrieve the documents from its headquarters, Rite Aid does not anticipate needing any further extension beyond the June 22 date proposed below. In light of the foregoing developments, the Parties jointly request the following modification of the deadlines in the Court's April 22, 2020 order:

| Event | Current Date (ECF No. 311) | Proposed Date |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| The State to file a reply to Rite Aid's declarations served on April 8, 2020 and June 22, 2020 | June 20, 2020 | July 20, 2020 |

Respectfully Submitted,

Dated: May 18, 2020

XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel R. Salazar (authorized on 5/15/2020)*

Emmanuel R. Salazar
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 114085394.1

2

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

|   |   |   |
|---|---|---|
| 1 | | Sacramento, CA  95833-4252 |
| 2 | | Tel: (916) 621-1835; Fax: (916) 621-1835 |
|   | | Email: Emmanuel.Salazar@doj.ca.gov |
| 3 | | Attorneys for Plaintiff-Intervenor |
|   | | STATE OF CALIFORNIA |

Dated: May 18, 2020    WATERS & KRAUS LLP

*/s/ Paul Lawrence II (authorized on 5/16/2020)*

Wm. Paul Lawrence II (*Pro Hac Vice*)
Washington D.C. Metro Office
37163 Mountville Road
Middleburg, VA  20117
Tel: (540) 687-6999; Fax: (540) 687-5457
Email: plawrence@waterskraus.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: May 18, 2020    MORGAN, LEWIS & BOCKIUS LLP

*/s/ Benjamin P. Smith*
Benjamin P. Smith
Attorneys for Defendant
RITE AID CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 114085394.1

3

PARTIES' JOINT MOTION TO AMEND
DEADLINES RE: IN CAMERA REVIEW
Case No. 2:12-cv-01699-KJM-EFB

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion To Further Amend Deadlines Related to In Camera Review of Rite Aid Board Materials, finds good cause and ORDERS that the schedule for the Parties as follows:

| Event | Current Date (ECF No. 311) | Proposed Date |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| The State to file a reply to Rite Aid's declarations served on April 8, 2020 and June 22, 2020 | June 20, 2020 | July 20, 2020 |

**IT IS SO ORDERED.**

Dated:

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

[PROPOSED] ORDER
Case No. 2:12-cv-01699-KJM-EFB

DB1/ 114085394.1