MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
 eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
 kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
 benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
 kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO FURTHER AMEND DEADLINES RELATED TO IN CAMERA REVIEW OF RITE AID BOARD MATERIALS**<br><br>**RELATED TO ECF NO. 312** |
| STATE OF CALIFORNIA, *ex rel*. LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion To Further Amend Deadlines Related to In Camera Review of Rite Aid Board Materials, finds good cause and ORDERS that the schedule for the Parties as follows:

| Event | Current Date (ECF No. 311) | Proposed Date |
|---|---|---|
| Rite Aid to submit for *in camera* review (with a supporting declaration) Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices claimed to contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| Rite Aid to produce any Rite Aid board agendas, minutes, presentations, tabs, binders, and appendices determined by Rite Aid to not contain privileged information that correspond to the April 2007, January 2010, April 2010, April 2011, and June 2011 board meetings | May 22, 2020 | June 22, 2020 |
| The State to file a reply to Rite Aid's declarations served on April 8, 2020 and June 22, 2020 | June 20, 2020 | July 20, 2020 |

**IT IS SO ORDERED.**

Dated:  May 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE