XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail:  Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail:  Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone:  (916) 621-1835
 Fax:  (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | 2:12-CV-1699 KJM EFB<br><br>**JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE OF CERTAIN DISCOVERY MOTIONS; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: June 26, 2012<br>Complaint-in-Intervention Filed: September 21, 2017 |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | |

1

**RECITALS**

**WHEREAS**, on August 12, 2020, Defendant Rite Aid Corporation ("Rite Aid") filed its Motion to Compel Further Responses to Interrogatories, Nos. 3-5, 7-9, 13, originally set for hearing on September 2, 2020.

**WHEREAS**, on August 18, 2020, Plaintiff-Intervenor State of California ("California") filed its Motion to Compel Further Responses and Production of Documents Responsive to Requests for Production of Documents ("RPD") Set No. 8, originally set for hearing on September 9, 2020.

**WHEREAS**, on August 19, 2020, the Court moved the hearing regarding Rite Aid's and California's Motions to Compel to September 9, 2020 and ordered the parties to file one joint statement that addresses both motions no later than September 2, 2020.

**WHEREAS**, on August 19, 2020, California filed its Motion for Order to Show Cause and Sanctions for Defendant Rite Aid Corporation's Disobedience of the Court's Order to Produce Documents Responsive to Request for Production of Documents Nos. 1, 2, 15 and 16 (Records Related to Sample Claim Prescriptions), set for hearing on September 9, 2020.

**WHEREAS**, California and Relator Loyd F. Schmuckley, Jr. (together, "Plaintiffs") intend to file jointly by August 26, 2020, a motion for an order regarding electronically stored information and communications ("ESI"), hearing thereof will be set for September 16, 2020.

**WHEREAS**, the parties recognize the need to have the discovery motions be heard in one hearing and the need for judicial economy.

**STIPULATION**

The parties stipulate and agree, therefore, to the following briefing and hearing schedule:

| Date | Event |
|---|---|
| 9/2/2020 | Parties to exchange initial joint statements on California's motion to compel re RPD Set No. 8 and Rite Aid's motion to compel re: interrogatories; Plaintiffs to provide Rite Aid with a separate initial joint statement regarding Plaintiffs' motion for an order re: ESI.[1] |

---

[1] Because the motion re: ESI will cover many of Plaintiffs' document requests and involve issues that are applicable only to ESI, the parties believe it will serve the parties and the Court to have a joint statement re: ESI issues separate from other pending discovery disputes.

| | |
|---|---|
| No later than 5 p.m. on 9/8/2020 | Parties to exchange inserts on joint statements on Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, and Plaintiffs' motion for an order re: ESI. |
| 9/9/2020 | Last day for Rite Aid to file opposition to California's motion for order to show cause and sanctions. |
| 9/9/2020 | Last day for the parties to file joint statements on Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, and Plaintiffs' motion for an order re: ESI. |
| 9/14/2020 | Last day for Plaintiffs to file reply to Rite Aid's opposition to California's motion for order to show cause and sanctions. |
| 9/16/2020, 10:00 a.m. | Hearing of Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, Plaintiffs' motion for an order re: ESI, and California's motion for an order to show cause and sanctions. |

It is so stipulated.

Respectfully submitted,

Dated: 8/24/2020          XAVIER BECERRA
                          Attorney General of the State of California

                          By */s/ Emmanuel R. Salazar*
                          Emmanuel R. Salazar
                          Deputy Attorney General
                          Attorneys for STATE OF CALIFORNIA

Dated: 8/24/2020          WATERS & KRAUS, LLP

                          By */s/ Wm. Paul Lawrence (authorized on 8/24/2020)*
                          Wm. Paul Lawrence, II (Pro hac vice)
                          Washington D.C. Metro Office
                          37163 Mountville Road
                          Middleburg, VA 20117
                          Telephone: (540) 687-6999
                          E-mail: plawrence@waterskraus.com
                          Attorneys for Qui Tam Plaintiff
                          LOYD F. SCHMUCKLEY, JR.

Dated: 8/25/2020          MORGAN, LEWIS & BOCKIUS LLP

                          By */s/ Kevin M. Papay (authorized on 8/25/2020)*
                          Kevin M. Papay
                          One Market, Spear Street Tower
                          San Francisco, CA 94105-1596
                          Telephone: +1.415.442.1000
                          E-mail: Kevin.Papay@morganlewis.com
                          Attorneys for Defendant
                          RITE AID CORPORATION

3

# [PROPOSED] ORDER

Finding good cause, IT IS ORDERED THAT the above stipulation is approved.

THEREFORE, IT IS ORDERED THAT the parties follow the agreed upon briefing and hearing schedule, as follows:

| Date | Event |
|---|---|
| 9/2/2020 | Parties to exchange initial joint statements on California's motion to compel re RPD Set No. 8 and Rite Aid's motion to compel re: interrogatories; Plaintiffs to provide Rite Aid with a separate initial joint statement regarding Plaintiffs' motion for an order re: ESI. |
| No later than 5 p.m. on 9/8/2020 | Parties to exchange inserts on joint statements on Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, and Plaintiffs' motion for an order re: ESI. |
| 9/9/2020 | Last day for Rite Aid to file opposition to California's motion for order to show cause and sanctions. |
| 9/9/2020 | Last day for the parties to file joint statements on Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, and Plaintiffs' motion for an order re: ESI. |
| 9/14/2020 | Last day for Plaintiffs to file reply to Rite Aid's opposition to California's motion for order to show cause and sanctions. |
| 9/16/2020, 10:00 a.m. | Hearing of Rite Aid's motion to compel re: interrogatories, California's motion to compel re: RPD Set No. 8, Plaintiffs' motion for an order re: ESI, and California's motion for an order to show cause and sanctions. |

IT IS SO ORDERED.

DATED:  August 26, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4

JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE OF CERTAIN DISCOVERY MOTIONS; [PROPOSED] ORDER THEREON (2:12-CV-1699 KJM EFB)

| | |
|---|---|
| 1 | **PROOF OF SERVICE OF DOCUMENT** |
| 2 | I am over the age of 18 and not a party to this action.  My business address is:  2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833. |
| 3 | |
| | A true and correct copy of the foregoing document entitled (*specify*): |
| 4 | |
| 5 | **JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE OF CERTAIN DISCOVERY MOTIONS; [PROPOSED] ORDER THEREON** |
| 6 | was served in the manner stated below: |
| 7 | **SERVED BY CM/ECF SERVICE**:  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 8/26/2020, I served the following persons and/or entities by the Court's CM/ECF service: |
| 8 | |
| 9 | Eric W. Sitarchuk |
| | Kelly A. Moore |
| 10 | Benjamin P. Smith |
| | Kevin Papay |
| 11 | Morgan, Lewis & Bockius, LLP |
| | One Market, Spear Street Tower |
| 12 | San Francisco, CA 94105-1596 |
| 13 | Catherine J. Swann |
| | United States Attorney's Office |
| 14 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 15 | |
| | Michael L. Armitage |
| 16 | Wm. Paul Lawrence |
| | Charles S. Segal |
| 17 | c/o Waters & Kraus |
| | 3141 Hood Street, Suite 700 |
| 18 | Dallas, TX 75219 |
| 19 | Jennifer L. Bartlett |
| | Brian P. Barrow |
| 20 | Bartlett Barrow LLP |
| | 225 S. Lake Avenue, Suite 300 |
| 21 | Pasadena, CA 91101 |
| 22 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. |
| 23 | |
| 24 | 8/26/2020                    Sharon Brecht                    */s/ Sharon Brecht* |
| 25 |    *Date*                    *Printed Name*                   *Signature* |
| 26 | |
| 27 | |
| 28 | |

7