XAVIER BECERRA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | 2:12-CV-1699 KJM EFB<br><br>**JOINT MOTION TO AMEND DEADLINES RE: RITE AID CORPORATION'S PRODUCTION OF PHARMACY RECORD SCREENSHOTS AND STATE OF CALIFORNIA'S SUPPLEMENTAL RESPONSES TO CONTENTION INTERROGATORIES**<br><br>ECF No. 365 |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | |

**JOINT MOTION TO AMEND DEADLINES RE: RITE AID CORPORATION'S PRODUCTION OF PHARMACY RECORD SCREENSHOTS AND STATE OF CALIFORNIA'S SUPPLEMENTAL RESPONSES TO CONTENTION INTERROGATORIES**

Plaintiff-Intervenor State of California ("California") and Defendant Rite Aid Corporation ("Rite Aid") hereby jointly move the Court to extend by approximately two weeks the deadlines regarding Rite Aid's production of pharmacy record screenshots and California's supplemental responses to contention interrogatories. *See* ECF No. 365 at 2.

On October 16, 2020, the Court ordered California by October 19, 2020 to provide Rite Aid a list specifically identifying each of the prescription records for the approximately 65 percent of sample claims that are illegible or difficult to read. The estimate was based on California's calculation in connection with Rite Aid's motion for supplemental responses to contention interrogatories (ECF No. 328) and California's motion for sanctions (ECF No. 333). While California was finalizing the list, it found it made a calculation error which increased the number of affected sample claims to 85 percent. California informed Rite Aid about the error and the resulting increase when it provided the list of affected sample claims on October 19, 2020.

Due to the increase, Rite Aid believes it will need two additional weeks to produce the requested prescription records. In turn, California believes it will need two additional weeks to provide supplemental responses to Rite Aid's Interrogatories 3-5, 7-9, and 13.

Therefore, California and Rite Aid jointly move to amend the court order, ECF No. 365, as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Rite Aid shall produce the prescription records, in the format providing the best available clarity, for each of the sample claims identified on California's list | November 16, 2020 | November 30, 2020 |
| California shall provide supplemental responses to Rite Aid's Interrogatories 3-5, 7-9, and 13 | December 31, 2020 | January 15, 2021 |

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: 10/26/2020 | | XAVIER BECERRA |
| | | Attorney General of California |
| | | */s/ Emmanuel R. Salazar* |
| | | _____ |
| | | EMMANUEL R. SALAZAR |
| | | Deputy Attorney General |
| | | *Attorneys for Plaintiff State of California* |
| Dated: 10/26/2020 | | MORGAN, LEWIS & BOCKIUS, LLP |
| | | */s/ Kevin M. Papay* (as authorized on 10/26/2020) |
| | | _____ |
| | | BENJAMIN P. SMITH |
| | | benjamin.smith@morganlewis.com |
| | | KEVIN M. PAPAY, Bar No. 274161 |
| | | kevin.papay@morganlewis.com |
| | | One Market, Spear Street Tower |
| | | San Francisco, CA  94105-1596 |
| | | *Attorneys for Rite Aid Corporation* |

# [~~PROPOSED~~] ORDER

Upon consideration of the Joint Motion to Amend Deadlines re: Rite Aid Corporation's Production of Pharmacy Record Screenshots and the State of California's Supplemental Responses to Contention Interrogatories, finding good cause, IT IS ORDERED that ECF No. 365 is amended as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Rite Aid shall produce the prescription records, in the format providing the best available clarity, for each of the sample claims identified on California's list | November 16, 2020 | November 30, 2020 |
| California shall provide supplemental responses to Rite Aid's Interrogatories 3-5, 7-9, and 13 | December 31, 2020 | January 15, 2021 |

IT IS SO ORDERED.

Date: October 28, 2020.

_____
United States Magistrate Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this action.  My business address is:  2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled:

**JOINT MOTION TO AMEND DEADLINES RE: RITE AID CORPORATION'S PRODUCTION OF PHARMACY RECORD SCREENSHOTS AND STATE OF CALIFORNIA'S SUPPLEMENTAL RESPONSES TO CONTENTION INTERROGATORIES**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**:  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 10/28/2020, I served the following persons and/or entities by the Court's CM/ECF service:

Eric W. Sitarchuk
Kelly A. Moore
Benjamin P. Smith
Kevin Papay
Ryan McCarthy
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596

Catherine J. Swann
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

Michael L. Armitage
Wm. Paul Lawrence
Charles S. Segal
c/o Waters & Kraus
3141 Hood Street, Suite 700
Dallas, TX 75219

Jennifer L. Bartlett
Brian P. Barrow
Bartlett Barrow LLP
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2020 | Sharon Brecht | /s/ Sharon Brecht |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |