MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**JOINT MOTION TO AMEND DEADLINES RE: RITE AID CORPORATION'S PRODUCTION OF DOCUMENTS RESPONSIVE TO CALIFORNIA RPD NOS. 69, 72, 75, 84, 88, AND 121-123**<br><br>**[ECF NO. 365]** |
| STATE OF CALIFORNIA, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 365
Case No. 2:12-cv-01699-KJM-EFB

Plaintiff-Intervenor State of California ("California") and Defendant Rite Aid Corporation ("Rite Aid") jointly move for an order amending the deadline for Rite Aid to comply with the part of the Court's October 16, 2020 order (ECF No. 365) requiring Rite Aid to produce all documents responsive to California's Request for Production ("RPD") Nos. 69, 72, 75, 84, 88, and 121-123 by November 16, 2020. The parties request that the foregoing deadline be extended by three weeks, to December 7, 2020.

This joint motion is made on the grounds that unanticipated events at Rite Aid's corporate headquarters have significantly delayed the search, collection, and review of documents maintained at Rite Aid's corporate headquarters that are potentially responsive to the above requests. On October 22, 2020, Rite Aid's corporate headquarters office unexpectedly lost power. To date, power at Rite Aid's corporate headquarters still has not been restored. Efforts to restore power are ongoing, but are expected to last approximately a week. Rite Aid did not anticipate this lengthy power outage when the parties discussed with the Court at the October 14, 2020 hearing how much time Rite Aid anticipated it would need to complete its production of documents responsive to RPD Nos. 69, 72, 75, 84, 88, and 121-123.

Therefore, Rite Aid moves to amend the court order, ECF No. 365, as follows:

| Event | Original Deadline | Amended Deadline |
| --- | --- | --- |
| Rite Aid shall produce all documents responsive to California RPD Nos. 69, 72, 75, 84, 88, and 121-123, subject to California's qualification that RPD Nos. 69, 72, 75, 84 seek only documents that "actually discuss, reflect, or documents" delegations or authorizations. | November 16, 2020 | December 7, 2020 |

Relying, in good faith, on Rite Aid's representations, California joins the motion.

//

//

//

//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 365
Case No. 2:12-cv-01699-KJM-EFB

Respectfully Submitted,

Dated: November 9, 2020

XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel R. Salazar (as authorized on 11/9/20)*
_____
Emmanuel R. Salazar
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA  95833-4252
Tel: (916) 621-1835; Fax: (916) 621-1835
Email: Emmanuel.Salazar@doj.ca.gov
Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

Dated: November 9, 2020

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Kevin M. Papay*
_____
Kevin M. Papay
Attorneys for Defendant
RITE AID CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 365
Case No. 2:12-cv-01699-KJM-EFB

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiff-Intervenor State of California ("California") and Defendant Rite Aid Corporation's ("Rite Aid") Joint Motion To Amend Deadlines Re: Rite Aid Production of Documents Responsive to California's RPD Nos. 69, 72, 75, 84, 88, and 121-123, and finding good cause, IT IS ORDERED that ECF No. 365 is amended as follows:

| Event | Original Deadline | Revised Deadline |
| --- | --- | --- |
| Rite Aid shall produce all documents responsive to California RPD Nos. 69, 72, 75, 84, 88, and 121-123, subject to California's qualification that RPD Nos. 69, 72, 75, 84 seek only documents that "actually discuss, reflect, or documents" delegations or authorizations. | November 16, 2020 | December 7, 2020 |

IT IS SO ORDERED.

Dated:  November 13, 2020

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE