MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**JOINT MOTION TO AMEND DEADLINES RE: RITE AID CORPORATION'S PRODUCTION OF DOCUMENTS RESPONSIVE TO CALIFORNIA RPD NOS. 69, 72, 75, 84, 88, AND 121-123**<br><br>**[ECF NOS. 365, 376]** |
| STATE OF CALIFORNIA, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 376
Case No. 2:12-cv-01699-KJM-EFB

Plaintiff-Intervenor State of California ("California") and Defendant Rite Aid Corporation ("Rite Aid") (together, the "Parties") jointly move for an order amending the deadline for Rite Aid to comply with the part of the Court's November 13, 2020 order (ECF No. 376) requiring Rite Aid to produce all documents responsive to California's Request for Production ("RPD") Nos. 69, 72, 75, 84, 88, and 121-123 by December 7, 2020.  The parties request that the foregoing deadline be extended to December 31, 2020.

On November 9, 2020, the Parties jointly moved for a three-week extension to the original deadline for Rite Aid to produce the above-referenced documents.  ECF No. 375 (requesting an extension of deadlines set in ECF No. 365).  That request was based on an unanticipated power outage at Rite Aid's corporate headquarters, which impeded the search for and collection of hard-copy documents maintained at Rite Aid's corporate headquarters that may be responsive to the above-referenced document requests.  *See* ECF No. 375.  The Court granted that motion and set December 7, 2020 as the new deadline for Rite Aid to produce responsive documents.  ECF No. 376.

The present motion is made on the following grounds.  At the time of the Parties' November 9, 2020 motion, Rite Aid believed that the power outage at its corporate headquarters would be resolved with sufficient time to locate, collect, review, and produce any responsive documents covered by the Court's order by December 7, 2020.  *See* accompanying Declaration of Ron S. Chima ¶¶ 4-5.  Subsequent efforts to locate and collect these documents, however, have been unsuccessful due to the continuing power outage.  *Id.* ¶ 6.  To date, power at Rite Aid's corporate headquarters still has not been restored.  *Id.* ¶ 7.  Efforts to restore power are ongoing, and power is expected to be fully restored on or about December 11, 2020.  *Id.* ¶ 8.  Rite Aid believes that if power is restored on or shortly after December 11, 2020, it will be able to complete to search, collection, review, and production of documents responsive to RPD Nos. 69, 72, 75, 84, 88, and 121-123 by December 31, 2020.

//

//

//

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 376
Case No. 2:12-cv-01699-KJM-EFB

1   Therefore, Rite Aid moves to amend the court order, ECF No. 365, as follows:

| Event | Current Deadline (ECF No. 376) | Amended Deadline |
|---|---|---|
| Rite Aid shall produce all documents responsive to California RPD Nos. 69, 72, 75, 84, 88, and 121-123, subject to California's qualification that RPD Nos. 69, 72, 75, 84 seek only documents that "actually discuss, reflect, or documents" delegations or authorizations. | December 7, 2020 | December 31, 2020 |

Relying, in good faith, on Rite Aid's representations and accompanying declaration, California joins the motion.

Respectfully Submitted,

Dated: December 3, 2020         XAVIER BECERRA
                                Attorney General of the State of California

                                */s/ Emmanuel R. Salazar (as authorized on 12/3/20)*
                                _____
                                Emmanuel R. Salazar
                                Deputy Attorney General
                                2329 Gateway Oaks Drive, Suite 200
                                Sacramento, CA  95833-4252
                                Tel: (916) 621-1835; Fax: (916) 621-1835
                                Email: Emmanuel.Salazar@doj.ca.gov
                                Attorneys for Plaintiff-Intervenor
                                STATE OF CALIFORNIA

Dated: December 3, 2020         MORGAN, LEWIS & BOCKIUS LLP

                                */s/ Kevin M. Papay*
                                _____
                                Kevin M. Papay
                                Attorneys for Defendant
                                RITE AID CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOT. TO AMEND
DEADLINES RE: ECF NO. 376
Case No. 2:12-cv-01699-KJM-EFB

# [~~PROPOSED~~] ORDER

Upon consideration of Plaintiff-Intervenor State of California ("California") and Defendant Rite Aid Corporation's ("Rite Aid") Joint Motion To Amend Deadlines Re: Rite Aid Production of Documents Responsive to California's RPD Nos. 69, 72, 75, 84, 88, and 121-123, and finding good cause, IT IS ORDERED that ECF No. 376 is amended as follows:

| Event | Current Deadline (ECF No. 376) | Amended Deadline |
| --- | --- | --- |
| Rite Aid shall produce all documents responsive to California RPD Nos. 69, 72, 75, 84, 88, and 121-123, subject to California's qualification that RPD Nos. 69, 72, 75, 84 seek only documents that "actually discuss, reflect, or documents" delegations or authorizations. | December 7, 2020 | December 31, 2020 |

IT IS SO ORDERED.

Dated: December 9, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE