XAVIER BECERRA
Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW (SBN 114601)
Deputy Attorney General
EMMANUEL R. SALAZAR (SBN 240794)
Deputy Attorney General
KEVIN C. DAVIS (SBN 253425)
Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833
Tel.: (916) 621-1835
Bernice.Yew@doj.ca.gov
Emmanuel.Salazar@doj.ca.gov
Kevin.Davis@doj.ca.gov

Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-01699-KJM-EFB<br><br>**STIPULATION TO CONTINUE HEARING DATE RE: ECF NO. 379; [PROPOSED] ORDER**<br><br>Related to ECF Nos. 379, 380 |
| STATE OF CALIFORNIA, *ex rel*. LOYD F. SCHMUCKLEY, JR.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | |

**STIPULATION**

WHEREAS, on December 14, 2020 Plaintiff-Intervenor State of California ("California") filed a Motion to Compel Further Responses to Interrogatories, Set One (ECF No. 379) against Defendant Rite Aid Corporation ("Rite Aid") to be heard on January 6, 2021 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan;

WHEREAS, on December 16, 2020, the Court on its own motion (ECF No. 380) vacated the January 6, 2021 hearing date and reset it for January 20, 2021 at 10:00 a.m. in Courtroom 8 before Judge Brennan;

WHEREAS, California and Rite Aid (together, the "Parties") wish to continue the January 20, 2021 hearing date to Wednesday, February 3, 2021 at 10:00 a.m. in Courtroom 8 before Judge Brennan; and

WHEREAS, the Parties intend to use the additional time before the hearing to further meet and confer in an attempt to either resolve the matter or narrow the issues in dispute.

NOW, THEREFORE, IT IS STIPULATED by and between the Parties through their respective counsel that the hearing date for California's Motion to Compel Further Responses to Interrogatories, Set One (ECF No. 379) be continued to Wednesday, February 3, 2021 at 10:00 a.m. in Courtroom 8 before Judge Brennan.

Respectfully Submitted,

Dated: December 31, 2020

XAVIER BECERRA
Attorney General of the State of California

*/s/ Emmanuel Salazar*

———————————————————
Emmanuel Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor
STATE OF CALIFORNIA

///

///

///

STIPULATION TO CONTINUE HEARING DATE;
[~~PROPOSED~~] ORDER
Case No. 2:12-cv-01699-KJM-EFB

Dated: December 31, 2020                MORGAN, LEWIS & BOCKIUS LLP

*/s/ Kevin Papay* (auth. December 31, 2020)

_____
Kevin M. Papay
Attorneys for Defendant
RITE AID CORPORATION

### [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the January 20, 2021 hearing date for California's Motion to Compel Further Responses to Interrogatories, Set One (ECF No. 379) is VACATED and RESET for February 3, 2021 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan.

DATED: January 5, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE