UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LOYD F. SCHMUCKLEY, JR., | No. 2:12-cv-1699-KJM-EFB |
| Plaintiffs, | ORDER AFTER HEARING |
| v. | |
| RITE AID CORPORATION, | |
| Defendant. | |

This case was before the court on February 3, 2021, for hearing on plaintiff-intervenor State of California's motion to compel defendant Rite Aid Corporation to provide further responses to interrogatories. ECF No. 379. California Deputy Attorneys General Kevin Davis, Emmanuel Salazar, Bernice Yew, and Vincent DiCarlo appeared on behalf of California. Attorneys Jennifer Bartlett and Paul Lawrence appeared on behalf of relator, and attorney Kevin Papay appeared on behalf of Rite Aid.

For the reasons stated on the record, it is hereby ORDERED that:

1. California's motion to compel Rite Aid to provide further responses to interrogatories (ECF No. 379) is granted;

2. Rite Aid shall serve further responses to California's Interrogatory No. 1 by no later than March 5, 2021; and

1

   3. Rite Aid shall serve further responses to California's Interrogatories Nos. 2-5 by no later than April 26, 2021.

DATED: February 4, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE