ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**STIPULATION REGARDING ADMISSIBILITY AND AUTHENTICITY OF CERTAIN RITE AID PHARMACY RECORDS AND COMMUNICATIONS; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

**RECITALS**

WHEREAS, Plaintiff-Intervenor State of California ("California") served Rule 36 Requests for Admission, Set No. 3 on Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp. and Thrifty Payless, Inc. (collectively, "Rite Aid");

WHEREAS, California's Requests for Admission, Set No. 3 included Requests for Admission Nos. 59-65, which asked Rite Aid to admit that certain documents defined in California's Requests for Admission as "Pharmacy Records"—which Rite Aid previously produced in this action, and which correspond to the 1,904 sample claim transactions at issue in this action—fall within the scope of Federal Rule of Evidence 803(6);

WHEREAS, California's Requests for Admission, Set No. 3 included Request for Admission No. 66, which asked Rite Aid to admit that each Pharmacy Record is authentic within the meaning of Federal Rule of Evidence 901;

WHEREAS, the Pharmacy Records that are subject to this Stipulation ("Pharmacy Records") are listed separately by Bates number in Exhibit "A" to this Stipulation;

WHEREAS, California's Requests for Admission, Set No. 3 included Request for Admission Nos. 73-87, which asked Rite Aid to admit that certain internal communications produced by Rite Aid in this action—which Rite Aid produced with Bates numbers RAID0000413-RAID0000414, RAID0001404-RAID0001405, RAID0001439-RAID0001440, RAID0000716-RAID0000718 and RAID0001192-RAID0001193 (collectively, the "Code 1 Communications")—are admissible and authentic within the meaning of the Federal Rules of Evidence;

WHEREAS, in response to the Requests for Admission specified above, Rite Aid asserted various objections, but proposed that it was willing to enter into a stipulation regarding the subject matter of these Requests; and

WHEREAS, Rite Aid, California, and Relator Loyd F. Schmuckley, Jr. (collectively, the "Parties") enter into this Stipulation to relieve the Parties and the Court from having to devote resources to an evidentiary dispute regarding the authenticity and admissibility of the Pharmacy Records and the Code 1 Communications.

1

**STIPULATION**

2      NOW THEREFORE, the Parties, by and through their respective counsel, stipulate and

3  agree as follows:

4      1.  The Parties waive any objection(s) to the admissibility of the Pharmacy Records on the

5          grounds that they do not meet the requirements of Federal Rule of Evidence 901.

6      2.  The Parties waive any objections to the admissibility of the Pharmacy Records on the

7          grounds that they do not meet the requirements of Federal Rule of Evidence 803(6).

8      3.  The Parties waive any objections to the admissibility of the Code 1 Communications

9          under the Federal Rules of Evidence.

10     **IT IS SO STIPULATED**.

11

12                              Respectfully submitted,

13                              ROB BONTA
                               Attorney General of the State of California
14

15  Dated: August 23, 2021      By  */s/ Kevin Davis*
                               Kevin C. Davis
16                              Deputy Attorney General
                               Attorneys for Plaintiff-Intervenor STATE OF
17                              CALIFORNIA

18

19                              WATERS & KRAUS, LLP

20

21  Dated: August 23, 2021      By  */s/ Paul Lawrence (authorized on 8-20-21)*
                               Wm. Paul Lawrence, II (*Pro hac vice*)
22                              Washington D.C. Metro Office
                               37163 Mountville Road
23                              Middleburg, VA 20117
                               Telephone: (540) 687-6999
24                              Fax: (540) 687-5457
                               E-mail: plawrence@waterskraus.com
25                              Attorneys for *Qui Tam* Plaintiff
                               LOYD F. SCHMUCKLEY, JR.
26

27

28

1

2

3   Dated: August 23, 2021

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Kevin Papay (authorized on 8-23-21)*
Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: Kevin.Papay@morganlewis.com
Attorneys for Defendants
RITE AID CORPORATION, RITE AID
HDQTRS. CORP., THRIFTY PAYLESS, INC.


**IT IS SO ORDERED.**

DATED:  August 30, 2021.


CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING ADMISSIBILITY AND AUTHENTICITY OF CERTAIN RITE AID PHARMACY RECORDS AND
COMMUNICATIONS; ORDER