ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., and THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION AND ORDER REGARDING MEDIATION; [PROPOSED ORDER]** |
| STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., and THRIFTY PAYLESS, INC.<br><br>Defendants. | |

**RECITALS**

WHEREAS, the parties recognize the time and costs associated with litigation and the possibility of resolving the Government's False Claims Act causes of action by way of private mediation;

WHEREAS, the parties have met and conferred, and on October 25, 2021, the parties agreed to contract with Barbara Reeves ("Ms. Reeves") of JAMS to conduct mediation in this matter;

WHEREAS, the parties and Ms. Reeves have indicated their availability to conduct a mediation of this matter December 21, 2021; and

WHEREAS, the parties are entering into this Stipulation in good faith.

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to enter into mediation of this case before Ms. Reeves on December 21, 2021, or any other days that the parties may agree upon.

The parties agree that any party may use a statistical expert in connection with the mediation and as a disclosed expert in this matter. However, the parties agree that all work and communications, in any form whatsoever, by or with their respective statistical expert in connection with the mediation are not discoverable. The parties agree that all documents, communications, and other work, in any form whatsoever, by the party and the party's statistical expert in connection with the mediation are confidential and will not be used by any party in any way other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it. The parties agree that, by use of a statistical expert in connection with mediation efforts, no party waives any privilege whatsoever in connection with any documents, communications, or other work, in any form whatsoever, by or with the party's statistical expert.

The parties agree that except as otherwise required by law or as stipulated in writing by all parties, all communications made in connection with the mediation shall be privileged and

confidential and will not be used other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it.

The parties agree that Plaintiffs will pay 50% and Defendants will pay 50% of any and all of the mediator's fees including any case management fees.

The parties agree to apprise the Court as soon as practicable if the mediation leads to any resolution.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: 11/4/2021

ROB BONTA
Attorney General of the State of California

By  /s/ Emmanuel R. Salazar
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: 11/4/2021

WATERS & KRAUS, LLP

By  /s/ Jennifer L. Bartlett (authorized on 11/4/2021)
Jennifer L. Bartlett
jennifer@bartlettbarrow.com
Bartlett Barrow LLP
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 432-7234-mail:
jennifer@bartlettbarrow.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: 11/4/2021

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Benjamin P. Smith (authorized on 11/4/2021)
Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
E-mail: Kevin.Papay@morganlewis.com
Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation regarding Mediation, finds good cause and ORDERS THAT the Joint Stipulation is approved and FURTHER ORDERS THAT

1. The parties shall attend the mediation on December 21, 2021 and any other additional days that the parties may agree upon.

2. All work and communications, in any form whatsoever, by or with a party's statistical expert in connection with the mediation are not discoverable. All documents, communications, and other work, in any form whatsoever, by the party and the party's statistical expert in connection with the mediation are confidential and will not be used by any party in any way other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it. By use of a statistical expert in connection with mediation efforts, no party waives any privilege whatsoever in connection with any documents, communications, or other work, in any form whatsoever, by or with the party's statistical expert.

3. Except as otherwise required by law or as stipulated in writing by all parties, all communications made in connection with the mediation shall be privileged and confidential and will not be used other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it.

4. Plaintiffs shall pay 50% and Defendants shall pay 50% of any and all of the mediator's fees including any case management fees.

5. The parties shall apprise the Court as soon as practicable if the mediation leads to any resolution.

**IT IS SO ORDERED.**

DATED:

_____
United States District Judge

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled:

**JOINT STIPULATION RE: MEDIATION; PROPOSED ORDER**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 11/4/2021, I served the following persons and/or entities by the Court's CM/ECF service:

| | |
|---|---|
| Benjamin P. Smith<br>Benjamin.Smith@morganlewis.com<br>Kevin Papay<br>Kevin.Papay@morganlewis.com<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | Eric W. Sitarchuk<br>eric.sitarchuk@morganlewis.com<br>Ryan McCarthy<br>Ryan.Mccarthy@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |
| Wm. Paul Lawrence, II<br>plawrence@waterskraus.com<br>Waters & Kraus<br>37163 Mountville Road<br>Middleburg, VA 20117 | Kelly A. Moore<br>kelly.moore@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 |
| Michael L. Armitage<br>armitage@waterskraus.com<br>Waters and Kraus LLP<br>300 Continental Blvd., Suite 500<br>El Segundo, CA 90245 | Jennifer L. Bartlett<br>jennifer@bartlettbarrow.com<br>Brian Barrow<br>brian@bartlettbarrow.com<br>Bartlett Barrow LLP<br>225 S. Lake Avenue, Suite 300<br>Pasadena, CA 91101 |
| Charles S. Siegel<br>siegel@waterskraus.com<br>Waters & Kraus, LLP<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219 | Catherine J. Swann<br>catherine.swann@usdoj.gov<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/2021 | Sharon Brecht | /s/ Sharon Brecht |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |