ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., and THRIFTY PAYLESS, INC.<br><br>Defendants.<br><br>STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., and THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION AND ORDER REGARDING MEDIATION; ORDER** |

Case No.: 2:12-cv-1699 KJM JDP

**RECITALS**

WHEREAS, the parties recognize the time and costs associated with litigation and the possibility of resolving the Government's False Claims Act causes of action by way of private mediation;

WHEREAS, the parties have met and conferred, and on October 25, 2021, the parties agreed to contract with Barbara Reeves ("Ms. Reeves") of JAMS to conduct mediation in this matter;

WHEREAS, the parties and Ms. Reeves have indicated their availability to conduct a mediation of this matter December 21, 2021; and

WHEREAS, the parties are entering into this Stipulation in good faith.

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to enter into mediation of this case before Ms. Reeves on December 21, 2021, or any other days that the parties may agree upon.

The parties agree that any party may use a statistical expert in connection with the mediation and as a disclosed expert in this matter.  However, the parties agree that all work and communications, in any form whatsoever, by or with their respective statistical expert in connection with the mediation are not discoverable.  The parties agree that all documents, communications, and other work, in any form whatsoever, by the party and the party's statistical expert in connection with the mediation are confidential and will not be used by any party in any way other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it.  The parties agree that, by use of a statistical expert in connection with mediation efforts, no party waives any privilege whatsoever in connection with any documents, communications, or other work, in any form whatsoever, by or with the party's statistical expert.

The parties agree that except as otherwise required by law or as stipulated in writing by all parties, all communications made in connection with the mediation shall be privileged and

1    confidential and will not be used other than in furtherance of the mediation or in connection with

2    the enforcement of any settlement agreement that may result from it.

3         The parties agree that Plaintiffs will pay 50% and Defendants will pay 50% of any and all

4    of the mediator's fees including any case management fees.

5         The parties agree to apprise the Court as soon as practicable if the mediation leads to any

6    resolution.

7         IT IS SO STIPULATED.

8                               Respectfully submitted,

9    Dated: 11/4/2021            ROB BONTA

10                             Attorney General of the State of California

11                             By  */s/ Emmanuel R. Salazar*

12                                   Emmanuel R. Salazar

13                                   Deputy Attorney General
     Attorneys for Plaintiff-Intervenor STATE OF
     CALIFORNIA

14   Dated: 11/4/2021

15                             WATERS & KRAUS, LLP

16                             By  */s/ Jennifer L. Bartlett* (authorized on 11/4/2021)

17                                   Jennifer L. Bartlett
     jennifer@bartlettbarrow.com

18                                   Bartlett Barrow LLP
     225 S. Lake Avenue, Suite 300

19                                   Pasadena, CA 91101
     Telephone: (626) 432-7234-mail:

20                                   jennifer@bartlettbarrow.com
     Attorneys for *Qui Tam* Plaintiff

21                                   LOYD F. SCHMUCKLEY, JR.

22   Dated: 11/4/2021            MORGAN, LEWIS & BOCKIUS LLP

23                             By  */s/ Benjamin P. Smith* (authorized on 11/4/2021)

24                                   Benjamin P. Smith
     Kevin M. Papay

25                                   One Market, Spear Street Tower
     San Francisco, CA 94105-1596

26                                   Telephone: +1.415.442.1000

27                                   E-mail: Kevin.Papay@morganlewis.com
     Attorneys for Defendants

28                                   RITE AID CORPORATION, RITE AID
     HDQTRS. CORP., THRIFTY PAYLESS, INC.

## <u>ORDER</u>

The Court, having considered the Joint Stipulation regarding Mediation, finds good cause and ORDERS THAT the Joint Stipulation is approved and FURTHER ORDERS THAT

1.      The parties shall attend the mediation on December 21, 2021 and any other additional days that the parties may agree upon.

2.      All work and communications, in any form whatsoever, by or with a party's statistical expert in connection with the mediation are not discoverable.  All documents, communications, and other work, in any form whatsoever, by the party and the party's statistical expert in connection with the mediation are confidential and will not be used by any party in any way other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it.  By use of a statistical expert in connection with mediation efforts, no party waives any privilege whatsoever in connection with any documents, communications, or other work, in any form whatsoever, by or with the party's statistical expert.

3.      Except as otherwise required by law or as stipulated in writing by all parties, all communications made in connection with the mediation shall be privileged and confidential and will not be used other than in furtherance of the mediation or in connection with the enforcement of any settlement agreement that may result from it.

4.      Plaintiffs shall pay 50% and Defendants shall pay 50% of any and all of the mediator's fees including any case management fees.

5.      The parties shall apprise the Court as soon as practicable if the mediation leads to any resolution.

**IT IS SO ORDERED.**

DATED:  November 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE