1  ROB BONTA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  Email: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6  KEVIN C. DAVIS, State Bar No. 253425
   Deputy Attorney General
7  E-mail: Kevin.Davis@doj.ca.gov
     2329 Gateway Oaks Drive, Suite 200
8    Sacramento, CA 95833-4252
     Telephone: (916) 621-1835
9    Fax: (916) 274-2929

10 *Attorneys for State of California*

11 *(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

# RECITALS

WHEREAS, the parties agreed to enter into mediation which was originally scheduled for December 21, 2021 before Barbara Reeves of JAMS;

WHEREAS, on November 18, 2021, the Court approved the parties' stipulation to enter into mediation (ECF No. 429);

WHEREAS, the parties mutually agreed to move the mediation date to January 5, 2021;

WHEREAS, the parties agreed that Plaintiff State of California ("California") would provide certain additional information regarding the nature and scope of its claimed damages to Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. ("Defendants") to facilitate the mediation, which California provided on December 23, 2021;

WHEREAS, due to unforeseen personal circumstances, Defendants' statistical expert became unavailable to analyze the above-referenced materials provided by California and prepare for the January 5, 2021 mediation;

WHEREAS, pursuant to the October 29, 2021 stipulated order entered in this action (ECF No. 427), Defendants identified additional pharmacy associates on December 15, 2021 whom Defendants may potentially call as witnesses in this matter and whom Plaintiff State of California ("California") intends to depose;

WHEREAS, the parties have continued to schedule and conduct depositions of current and former pharmacy associates on a rolling basis;

WHEREAS, California intends to depose approximately 16 additional current and former pharmacy associates;

WHEREAS, California has issued a 30(b)(6) deposition notice on Defendants and has expressed its intent to depose around 13 corporate fact witnesses;

WHEREAS, Defendants have issued a deposition subpoena on the Department of Health Care Services and a 30(b)(6) deposition notice on the Division of Medi-Cal Fraud and Elder Abuse;

WHEREAS, Defendants expect that at least 2 persons would testify on behalf of Defendants regarding the listed subject matters in California's 30(b)(6) deposition notice;

WHEREAS, the Department of Health Care Services identified at least 8 persons who would testify regarding the subject matters in Defendants' deposition subpoena;

WHEREAS, the parties and the Department of Health Care Services are continuing to meet and confer regarding pending discovery;

WHEREAS, the parties recognize the remaining time and pending discovery tasks in order to comply with the current scheduling order; and

WHEREAS, the parties recognize the time and costs associated with litigation and the possibility of resolving the Government's False Claims Act causes of action by way of private mediation.

## STIPULATION

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to conduct the mediation on February 8, 2022 and any other additional day as needed, if the parties in good faith believe resolution is still possible.

The parties agree that other than the mediation date, the provisions in ECF No. 429 apply;

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Date |
|---|---|---|
| Close of Fact Discovery | March 4, 2022 | June 3, 2022 |
| Expert Disclosures (other than sampling methodology/design) | May 6, 2022 | August 5, 2022 |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 10, 2022 | September 2, 2022 |
| Expert discovery completed | July 15, 2022 | October 14, 2022 |
| Last day to hear dispositive motion | January 13, 2023 | April 14, 2023 |

IT IS SO STIPULATED.

//

//

//

2                                           Case No.: 2:12-cv-1699 KJM JDP

Respectfully submitted,

Dated: January 5, 2022

ROB BONTA
Attorney General of the State of California

By */s/ Emmanuel R. Salazar*
    Emmanuel R. Salazar
    Deputy Attorney General
    Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: January 5, 2022

WATERS & KRAUS, LLP

By */s/ Jennifer L. Bartlett* (authorized on 1/5/22)
    Jennifer L. Bartlett
    jennifer@bartlettbarrow.com
    Bartlett Barrow LLP
    225 S. Lake Avenue, Suite 300
    Pasadena, CA 91101
    Telephone: (626) 432-7234
    E-mail: jennifer@bartlettbarrow.com
    Attorneys for *Qui Tam* Plaintiff
    LOYD F. SCHMUCKLEY, JR.

Dated: January 5, 2022

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Kevin M. Papay* (authorized on 1/5/22)
    Benjamin P. Smith
    Kevin M. Papay
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Telephone: +1.415.442.1000
    Fax: +1.415.442.1001
    E-mail: Kevin.Papay@morganlewis.com
    Attorneys for Defendants
    RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.

**ORDER**

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT

1. The parties shall attend the mediation on February 8, 2022 and any other additional day as needed.

2. Other than the mediation date the provisions in ECF No. 429 continue to apply.

3. The scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Date |
|---|---|---|
| Close of Fact Discovery | March 4, 2022 | June 3, 2022 |
| Expert Disclosures (other than sampling methodology/design) | May 6, 2022 | August 5, 2022 |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 10, 2022 | September 2, 2022 |
| Expert discovery completed | July 15, 2022 | October 14, 2022 |
| Last day to hear dispositive motion | January 13, 2023 | April 21, 2023 |

IT IS SO ORDERED.

DATED:  January 13, 2022.

CHIEF UNITED STATES DISTRICT JUDGE