ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO CONTINUE THE DATE OF THE FEBRUARY 10, 2022 STATUS CONFERENCE; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

## RECITALS

WHEREAS, the parties entering into this Stipulation are Plaintiff-in-Intervention State of California, Plaintiff Relator Lloyd F. Schmuckley Jr., and Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. (collectively, the "Parties");

WHEREAS, on September 30, 2021 the Court ordered the Parties to appear for a Status Conference on February 10, 2022 and to file a joint status report fourteen days prior to the Status Conference (ECF No. 422);

WHEREAS, on January 14, 2022, per the Parties' Stipulation (ECF No. 431), the Court ordered the parties to attend a private mediation on February 8, 2022 (ECF No. 433);

WHEREAS, on January 14, 2022, per the Parties' Stipulation (ECF No. 431), the Court amended the scheduling order and extended each of its dates by three months as follows: "Close of Fact Discovery: 6/3/22; Expert Disclosures: 8/5/22; Rebuttal expert disclosures: 9/2/22; Expert discovery completed: 10/14/22; Last day to hear dispositive motion: 4/21/23" (ECF No. 433);

WHEREAS, the Parties now request a short continuance of the February 10, 2022 Status Conference date and the corresponding deadline to file their joint status report;

WHEREAS, the Parties believe that this continuance will allow them to focus their efforts and energy on having a productive mediation;

WHEREAS, on January 25, 2022, the Courtroom Deputy communicated to the Parties that the Court is available for a Status Conference on March 10, 2022.

## STIPULATION

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE STIPULATE AND AGREE TO THE FOLLOWING:

1. The parties agree that the February 10, 2022 Status Conference (ECF No. 422) shall be moved to March 10, 2022 or, if that date is no longer available, then to the Court's next available date thereafter;

2. The Parties agree that they shall file a joint status report fourteen days prior to the Status Conference;

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 26, 2022

ROB BONTA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*
    Emmanuel R. Salazar
    Deputy Attorney General
    Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: January 26, 2022

WATERS & KRAUS, LLP

By  */s/ Jennifer L. Bartlett* (authorized on 1/6/22)
    Jennifer L. Bartlett
    jennifer@bartlettbarrow.com
    Bartlett Barrow LLP
    225 S. Lake Avenue, Suite 300
    Pasadena, CA 91101
    Telephone: (626) 432-7234
    E-mail: jennifer@bartlettbarrow.com
    Attorneys for *Qui Tam* Plaintiff
    LOYD F. SCHMUCKLEY, JR.

Dated: January 26, 2022

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kevin M. Papay* (authorized on 1/6/22)
    Benjamin P. Smith
    Kevin M. Papay
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Telephone: +1.415.442.1000
    Fax: +1.415.442.1001
    E-mail: Kevin.Papay@morganlewis.com
    Attorneys for Defendants
    RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.

**ORDER**

The court, having considered the Joint Stipulation to Continue the February 10, 2022 Status Conference, finds good cause and ORDERS that the Joint Stipulation is approved and further ORDERS that the Status Conference set for February 10, 2022 is moved to March 10, 2022 with a joint status report due fourteen days prior to the continued date.

**IT IS SO ORDERED.**

DATED:   February 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE