UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01699-KJM-JDP<br><br>ORDER GRANTING CALIFORNIA'S MOTION FOR *IN CAMERA* REVIEW<br><br>ECF No. 442 |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, *et al.*,<br><br>Defendants. | |

This case was before the court on May 5, 2022, for hearing on plaintiff-intervenor State of California's motion for *in camera* review. ECF No. 442. California Deputy Attorney General Jeanette Calinksy appeared on behalf of California, and attorney Jeffrey Masters appeared on behalf of defendants.

1

For the reasons stated on the record, it is hereby ORDERED that:

1. California's motion for *in camera* review, ECF No. 442, is granted.

2. By no later than May 12, 2022, defendants shall submit for *in camera* review the nine documents identified in their March 29, 2022 privilege log. *See* ECF No. 442-3 at 2-3.

3. Defendants' submission shall be accompanied by supporting declarations explaining the basis for each assertion of the attorney-client privilege.

4. Defendants shall serve California with copies of each declaration. Defendants may redact all privileged information contained in the copies served on California.

5. California is granted until May 19, 2022, to file a response to defendants' declarations.

IT IS SO ORDERED.

Dated:   May 5, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2