ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

# RECITALS

WHEREAS, Plaintiff State of California ("California") has issued a 30(b)(6) deposition notice on Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. (together, "Defendants") and has expressed its intent to depose around 13 corporate fact witnesses;

WHEREAS, Defendants assert that at least 3 persons would testify on behalf of Defendants regarding the listed subject matters in California's 30(b)(6) deposition notice;

WHEREAS, the parties at the time of this filing have conducted at least 2 depositions of Defendants' corporate fact witnesses;

WHEREAS, the parties have met and conferred and need to resolve Defendants' privilege assertions regarding certain documents that involved several of Defendants' corporate fact witnesses and 30(b)(6) witnesses;

WHEREAS, California moved for in camera review of said documents and on May 5, 2022, the Court granted California's motion and ordered Defendants to produce said documents in camera on May 12, 2022 with supporting declarations and California to file a response to the declarations on May 19, 2022;

WHEREAS, for efficiency with respect to the corporate fact witnesses involved with said documents, the parties believe that depositions of these corporate fact witnesses should be conducted after the Court has resolved the disputes concerning Defendants' asserted privileges, i.e., whether to find said documents privileged or order Defendants to produce said documents;

WHEREAS, Defendants have issued a deposition subpoena on the Department of Health Care Services;

WHEREAS, the Department of Health Care Services identified at least 8 persons who would testify regarding the subject matters in Defendants' deposition subpoena;

WHEREAS, the parties and the Department of Health Care Services are continuing to meet and confer regarding pending discovery;

WHEREAS, Defendants have issued a 30(b)(6) deposition notice on the Division of Medi-Cal Fraud and Elder Abuse ("DMFEA");

1  WHEREAS, California has objected to Defendants' 30(b)(6) deposition notice on
2  DMFEA and the parties are continuing to meet and confer regarding California's objections; and
3  WHEREAS, the parties recognize the remaining time and pending discovery tasks in
4  order to comply with the current scheduling order.

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Date |
|---|---|---|
| Close of Fact Discovery | June 3, 2022 | September 2, 2022 |
| Expert Disclosures (other than sampling methodology/design) | August 5, 2022 | November 4, 2022 |
| Rebuttal expert disclosures (other than sampling methodology/design) | September 2, 2022 | December 2, 2022 |
| Expert discovery completed | October 14, 2022 | January 13, 2023 |
| Last day to hear dispositive motion | April 21, 2023 | July 21, 2023 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 12, 2022        ROB BONTA
                          Attorney General of the State of California

                          By  /s/ Emmanuel R. Salazar
                              Emmanuel R. Salazar
                              Deputy Attorney General
                              Attorneys for Plaintiff-Intervenor STATE OF
                              CALIFORNIA

Dated: May 12, 2022        BARTLETT BARROW LLP

                          By  /s/ Jennifer L. Bartlett (authorized on 5/12/2022)
                              Jennifer L. Bartlett
                              jennifer@bartlettbarrow.com
                              Bartlett Barrow LLP
                              225 S. Lake Avenue, Suite 300

2                                                                Case No.: 2:12-cv-1699 KJM JDP

|   |   |   |
|---|---|---|
| 1 |  | Pasadena, CA 91101 |
| 2 |  | Telephone: (626) 432-7234-mail: jennifer@bartlettbarrow.com |
| 3 |  | Attorneys for *Qui Tam* Plaintiff LOYD F. SCHMUCKLEY, JR. |
| 4 |  |  |
| 5 | Dated: May 12, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 |  | By  */s/ Kevin M. Papay (authorized on 5/12/2022)* Benjamin P. Smith |
| 7 |  | Kevin M. Papay One Market, Spear Street Tower |
| 8 |  | San Francisco, CA 94105-1596 Telephone: +1.415.442.1000 |
| 9 |  | Fax: +1.415.442.1001 E-mail: Kevin.Papay@morganlewis.com |
| 10 |  | Attorneys for Defendants RITE AID CORPORATION, RITE AID |
| 11 |  | HDQTRS. CORP., THRIFTY PAYLESS, INC. |

# **ORDER**

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Date |
|---|---|---|
| Close of Fact Discovery | June 3, 2022 | September 2, 2022 |
| Expert Disclosures (other than sampling methodology/design) | August 5, 2022 | November 4, 2022 |
| Rebuttal expert disclosures (other than sampling methodology/design) | September 2, 2022 | December 2, 2022 |
| Expert discovery completed | October 14, 2022 | January 13, 2023 |
| Last day to hear dispositive motion | April 21, 2023 | July 14, 2023 |

**IT IS SO ORDERED.**

DATED: May 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE