Rob Bonta
Attorney General of California
Vincent DiCarlo
Supervising Deputy Attorney General
Bernice L. Louie Yew, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
Emmanuel R. Salazar, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
Kevin C. Davis, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED ORDER]** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

# RECITALS

WHEREAS, Plaintiff State of California as represented in this action by the Division of Medi-Cal Fraud and Elder Abuse ("DMFEA") has issued a 30(b)(6) deposition notice on Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. (together, "Defendants") and has expressed its intent to depose around 13 corporate fact witnesses;

WHEREAS, Defendants assert that at least 2 of Defendants' corporate fact witnesses would testify on behalf of Defendants regarding the listed subject matters in DMFEA's 30(b)(6) deposition notice;

WHEREAS, the parties at the time of this filing have conducted at least 4 depositions of Defendants' corporate fact witnesses;

WHEREAS, the Court is reviewing in camera certain documents that Defendants asserted privilege therefor and these documents involved several of Defendants' corporate fact witnesses and 30(b)(6) witnesses (ECF No. 450);

WHEREAS, for efficiency with respect to the corporate fact witnesses involved with said documents, the parties believe that depositions of these corporate fact witnesses should be conducted after the Court has issued an order resolving the disputes concerning Defendants' asserted privileges;

WHEREAS, DMFEA has propounded on Defendants Requests for Production of Documents related to Medi-Cal Code 1 audits (e.g., DMFEA's Request for Production of Documents Nos. 9, 33, 130);

WHEREAS, DMFEA and Defendants are continuing to meet and confer regarding whether Defendants have complied with DMFEA's Requests for Production of Documents related to Medi-Cal Code 1 audits (including whether Defendants diligently conducted electronically stored information ("ESI") and non-ESI searches, as well as Defendants' purported "custodial" and "non-custodial" searches);

WHEREAS, Defendant Rite Aid Corporation propounded on DMFEA Requests for Production of Documents (e.g., Rite Aid Corporation's Requests for Production of Documents

Nos. 6, 25, 26, 27, 55, and 56) and Interrogatories (e.g., Interrogatory Nos. 19, 21, 22, and 23), related to Medi-Cal Code 1 audits;

WHEREAS, DMFEA and Defendants are continuing to meet and confer regarding whether DMFEA has substantially complied with Rite Aid Corporation's Requests for Production of Documents and Interrogatories, related to Medi-Cal Code 1 audits (i.e., whether DMFEA is obligated to search for responsive documents in the possession, custody, or control of another state agency);

WHEREAS, Defendant Rite Aid Corporation issued a documents subpoena on the Department of Health Care Services ("DHCS") requesting Medi-Cal Code 1 audits;

WHEREAS, the parties and DHCS are continuing to meet and confer regarding Rite Aid Corporation's document subpoena related to Medi-Cal Code 1 audits (i.e., whether third-party DHCS must conduct more comprehensive searches in light of stated objections including proportionality);

WHEREAS, Defendant Rite Aid Corporation issued a deposition subpoena on DHCS covering several subject matters;

WHEREAS, DHCS identified at least 8 persons who would testify regarding the subject matters in Rite Aid Corporation's deposition subpoena;

WHEREAS, the parties and DHCS are continuing to meet and confer about Rite Aid Corporation's deposition subpoena on DHCS, including the scope of the topics included in the deposition subpoena;

WHEREAS, Defendants have issued a 30(b)(6) deposition notice on DMFEA;

WHEREAS, DMFEA has objected to Defendants' 30(b)(6) deposition notice on DMFEA and the parties are continuing to meet and confer regarding DMFEA's objections;

WHEREAS, Defendant Thrifty Payless, Inc. has propounded on DMFEA Requests for Admissions Set One and Interrogatories Set One, related to Medi-Cal managed care;

WHEREAS, DMFEA and Defendants are continuing to meet and confer regarding Thrifty Payless, Inc. Requests for Admissions Set One and Interrogatories Set One; and

WHEREAS, the parties recognize the remaining time and pending discovery tasks in light of the current scheduling order.

## STIPULATION

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Meet and Confer Hearing with the magistrate judge on any and all discovery disputes related to<br>• Rite Aid Corporation's Requests for Production of Documents Nos. 6, 25, 26, 27, 55, and 56;<br>• Rite Aid Corporation's documents subpoena on the Department of Health Care Services ("DHCS") requesting Medi-Cal Code 1 audits;<br>• Rite Aid Corporation's Interrogatory Nos. 19, 20, 21, and 23;<br>• Thrifty Payless, Inc.'s Request for Admissions Set One; and<br>• Thrifty Payless, Inc.'s Interrogatories Set One | N/A | No later than October 7, 2022 |
| Close of Fact Discovery | September 2, 2022 | March 2, 2023 |
| Expert Disclosures (other than sampling methodology/design) | November 4, 2022 | May 5, 2023 |

| Rebuttal expert disclosures (other than sampling methodology/design) | December 2, 2022 | June 2, 2023 |
|---|---|---|
| Expert discovery completed | January 13, 2023 | July 7, 2023 |
| Last day to hear dispositive motion | July 14, 2023 | January 12, 2024 |

The parties agree that in this context, the term "complete" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 12, 2022

ROB BONTA
Attorney General of the State of California

By  /s/ Emmanuel R. Salazar
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: August 8, 2022

WATERS & KRAUS, LLP

By  /s/ Jennifer L. Bartlett (authorized on 8/8/2022)
Jennifer L. Bartlett
jennifer@bartlettbarrow.com
Bartlett Barrow LLP
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 432-7234-mail: jennifer@bartlettbarrow.com
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: August 12, 2022

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Benjamin P. Smith (authorized on 8/12/2022)
Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: Benjamin.Smith@morganlewis.com

Attorneys for Defendants
RITE AID CORPORATION, RITE AID
HDQTRS. CORP., THRIFTY PAYLESS, INC.

### [PROPOSED] ORDER

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Meet and Confer Hearing with the magistrate judge on any and all discovery disputes related to<br>• Rite Aid Corporation's Requests for Production of Documents Nos. 6, 25, 26, 27, 55, and 56;<br>• Rite Aid Corporation's documents subpoena on the Department of Health Care Services ("DHCS") requesting Medi-Cal Code 1 audits;<br>• Rite Aid Corporation's Interrogatory Nos. 19, 20, 21, and 23;<br>• Thrifty Payless, Inc.'s Request for Admissions Set One; and<br>• Thrifty Payless, Inc.'s Interrogatories Set One | N/A | No later than October 7, 2022 |
| Close of Fact Discovery | September 2, 2022 | March 2, 2023 |
| Expert Disclosures (other than sampling methodology/design) | November 4, 2022 | May 5, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | December 2, 2022 | June 2, 2023 |
| Expert discovery completed | January 13, 2023 | July 7, 2023 |
| Last day to hear dispositive motion | July 14, 2023 | January 12, 2024 |

**IT IS SO ORDERED.**

DATED: _____

_____
United States District Judge

5

Case No.: 2:12-cv-1699 KJM JDP

JOINT STIPULATION TO AMEND SCHEDULING ORDER; PROPOSED ORDER

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled:

**JOINT STIPULATION TO AMEND SCHEDULING ORDER; PROPOSED ORDER**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 8/12/2022, I served the following persons and/or entities by the Court's CM/ECF service:

Benjamin P. Smith
Benjamin.Smith@morganlewis.com
Kevin Papay
Kevin.Papay@morganlewis.com
Louis Lee
louis.lee@morganlewis.com
Cole Pfeiffer
cole.pfeiffer@morganlewis.com
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596

Wm. Paul Lawrence, II
plawrence@waterskraus.com
Waters & Kraus
37163 Mountville Road
Middleburg, VA 20117

Michael L. Armitage
armitage@waterskraus.com
Waters and Kraus LLP
300 Continental Blvd., Suite 500
El Segundo, CA 90245

Charles S. Siegel
siegel@waterskraus.com
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219

Eric W. Sitarchuk
eric.sitarchuk@morganlewis.com
Ryan McCarthy
Ryan.Mccarthy@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Jennifer L. Bartlett
jennifer@bartlettbarrow.com
Brian Barrow
brian@bartlettbarrow.com
Bartlett Barrow LLP
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101

Catherine J. Swann
catherine.swann@usdoj.gov
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/12/2022 | Sharon Brecht | /s/ Sharon Brecht |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |