1  ROB BONTA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
4  Email: Bernice.Yew@doj.ca.gov
   EMMANUEL R. SALAZAR, State Bar No. 240794
5  Deputy Attorney General
   E-mail: Emmanuel.Salazar@doj.ca.gov
6  KEVIN C. DAVIS, State Bar No. 253425
   Deputy Attorney General
7  E-mail: Kevin.Davis@doj.ca.gov
    2329 Gateway Oaks Drive, Suite 200
8   Sacramento, CA 95833-4252
    Telephone: (916) 621-1835
9   Fax: (916) 274-2929

10  *Attorneys for State of California*

11  *(Additional counsel listed on signature page)*

12                    UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA, and the        Case No.: 2:12-cv-1699 KJM JDP
    STATE OF CALIFORNIA, et al., ex rel. LLOYD
16  F. SCHMUCKLEY, JR.                         **JOINT STIPULATION TO AMEND
                                               SCHEDULING ORDER; ORDER**
17              Plaintiffs,

18         vs.

19  RITE AID CORPORATION, RITE AID
    HDQTRS. CORP., THRIFTY PAYLESS, INC.
20
                Defendants.
21  
    STATE OF CALIFORNIA *ex rel*. LLOYD F.
22  SCHMUCKLEY, JR.,

23              Plaintiffs,

24         Vs.

25  RITE AID CORPORATION, RITE AID
    HDQTRS. CORP., THRIFTY PAYLESS, INC.
26
                Defendants.
27

28

DB1/ 135822678.1

1

**RECITALS**

2      WHEREAS, Plaintiff State of California as represented in this action by the Division of

3   Medi-Cal Fraud and Elder Abuse ("DMFEA") under the Office of the Attorney General and

4   Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. (together,

5   "Defendants") (collectively, "Parties") have met and conferred and have identified sixteen

6   remaining witnesses who the Parties plan to depose prior to the close of fact discovery;

7      WHEREAS, due to the locations of the witnesses, California plans to conduct in-person

8   depositions of six additional witnesses employed or previously employed by Defendants within

9   the allowable distance from the witnesses' residences: one witness in southern California, three

10  witnesses around Harrisburg, Pennsylvania, one witness in Cincinnati, Ohio, one witness in

11  Tampa, Florida; and to conduct a remote continued deposition of one Rite Aid witness;

12     WHEREAS, Defendants plan to conduct remote video depositions of around eight

13  witnesses employed or contracted by third-party California Department of Health Care Services

14  ("DHCS") related to a deposition subpoena Rite Aid served on January 26, 2023, and one witness

15  employed by DMFEA related to topics 16-18 of a deposition notice served on December 7, 2021;

16     WHEREAS, the current deadline to complete fact discovery per the Court's August 25,

17  2022 amendment to the Scheduling Order is March 2, 2023 (ECF 460);

18     WHEREAS, due to numerous factors including the availability of the parties' counsel, the

19  availability of third-party witnesses, the availability of counsel for third-party witnesses, travel

20  logistics, and the number of depositions to be taken, the Parties have coordinated and agreed upon

21  a schedule to complete all sixteen depositions by no later than March 31, 2023;

22     WHEREAS, in order to complete the remaining depositions per the schedule agreed to by

23  the Parties, the Parties require and hereby request that the Court amend the Scheduling Order to

24  permit a short, four-week extension of the fact discovery cutoff to March 31, 2023 for the purpose

25  of completing the remaining agreed-upon depositions of 7 Rite Aid witnesses, 1 DMFEA witness,

26  and around 8 DHCS witnesses, as well as a corresponding extension of case deadlines following

27  the close of fact discovery;

28

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of Fact Discovery | March 2, 2023 | Remains the Same |
| Close of Fact Discovery for Purposes of Completing Remaining Depositions of Agreed Upon Fact Witnesses | March 2, 2023 | March 31, 2023 |
| Last day to hear any motion related to depositions | N/A | May 5, 2023 |
| Expert Disclosures (other than sampling methodology/design) | May 5, 2023 | June 5, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 2, 2023 | July 7, 2023 |
| Expert discovery completed | July 7, 2023 | August 9, 2023 |
| Last day to hear dispositive motion | January 12, 2024 | February 13, 2024 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 6, 2023

ROB BONTA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*
  Emmanuel R. Salazar
  Deputy Attorney General
  Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: February 6, 2023

WATERS & KRAUS, LLP

By  */s/ Jennifer L. Bartlett* (authorized on 2/5/2023)
  Jennifer L. Bartlett
  jennifer@bartlettbarrow.com
  Bartlett Barrow LLP
  225 S. Lake Avenue, Suite 300
  Pasadena, CA 91101
  Telephone: (626) 432-7234

2

1                                              Email: jennifer@bartlettbarrow.com

Attorneys for *Qui Tam* Plaintiff

2                                              LOYD F. SCHMUCKLEY, JR.

Dated: February 6, 2023            MORGAN, LEWIS & BOCKIUS LLP

By  */s/  Benjamin P. Smith* (authorized on 2/6/2023)
      Benjamin P. Smith
      Kevin M. Papay
      One Market, Spear Street Tower
      San Francisco, CA 94105-1596
      Telephone: +1.415.442.1000
      Fax: +1.415.442.1001
      E-mail: Kevin.Papay@morganlewis.com
      Attorneys for Defendants
      RITE AID CORPORATION, RITE AID
      HDQTRS. CORP., THRIFTY PAYLESS, INC.

## ORDER

The court, having considered the Joint Stipulation to Amend Scheduling Order and good cause appearing, **grants** the stipulated request to amend the scheduling and amends the scheduling order as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Close of Fact Discovery | March 2, 2023 | Remains the same |
| Close of Fact Discovery for Purposes of Completing Depositions of 16 Agreed Upon Fact Witnesses | March 2, 2023 | March 31, 2023 |
| Last day to hear any motion related to depositions | N/A | May 19, 2023[1] |
| Expert Disclosures (other than sampling methodology/design) | May 5, 2023 | June 5, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | June 2, 2023 | July 7, 2023 |
| Expert discovery completed | July 7, 2023 | August 9, 2023 |
| Last day to hear dispositive motion | January 12, 2024 | February 16, 2024[2] |

**IT IS SO ORDERED.**

DATED:  February 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[1] The parties' identified date of May 5, 2023, is not a viable hearing date.

[2] The parties' identified date of February 13, 2024, is not a viable hearing date.

Case No.: 2:12-cv-1699 KJM JDP

DB1/ 135822678.1                JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER