ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants.<br><br>STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

**RECITALS**

WHEREAS, the Parties, Plaintiff State of California as represented in this action by the Division of Medi-Cal Fraud and Elder Abuse ("DMFEA") under the Office of the Attorney General, Relator Loyd F. Schmuckley, Jr., and Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. conducted several depositions of Defendants' corporate witnesses and designated witnesses of the Department of Health Care Services from February to April 2023;

WHEREAS, the Parties are still receiving the final transcripts and verifications from these depositions;

WHEREAS, DMFEA's pharmacy expert needs to review some of the final transcripts in conjunction with the review of pharmacy records in connection with 1,904 sample claims;

WHEREAS, DMFEA's medical expert needs additional time to finish the review of medical records in connection with 885 sample claims;

WHEREAS, DMFEA's statistical expert needs to receive the findings from DMFEA's pharmacy expert and medical expert to complete the statistical analysis;

WHEREAS, on April 26, 2023, DMFEA asked the Parties for a short two-week extension of all related deadlines in the scheduling order as outlined below;

WHEREAS, Defendants requested additional time to respond to DMFEA's expert witness designations; and

WHEREAS, the Parties in good faith have met and conferred;

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert disclosures (other than sampling methodology/design) | June 5, 2023 | June 19, 2023 |

| Rebuttal expert disclosures (other than sampling methodology/design) | July 7, 2023 | August 4, 2023 |
|---|---|---|
| Expert discovery completed | August 9, 2023 | September 15, 2023 |
| Last day to hear dispositive motion | February 16, 2024 | March 29, 2024 |

The parties agree that in this context, the term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 27, 2023     ROB BONTA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: April 27, 2023

WATERS & KRAUS, LLP

By  */s/ Wm. Paul Lawrence, II* (authorized on 4/27/23)
Wm. Paul Lawrence, II
plawrence@waterskraus.com
Waters & Kraus
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
E-mail: plawrence@waterskraus.net
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: April 27, 2023     MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Benjamin P. Smith* (authorized on 4/27/23)
Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: Kevin.Papay@morganlewis.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          Attorneys for Defendants
          RITE AID CORPORATION, RITE AID
          HDQTRS. CORP., THRIFTY PAYLESS, INC.

**ORDER**

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert Disclosures (other than sampling methodology/design) | June 5, 2023 | June 19, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | July 7, 2023 | August 4, 2023 |
| Expert discovery completed | August 9, 2023 | September 15, 2023 |
| Last day to hear dispositive motion | February 16, 2024 | March 15, 2024 |

The term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

**IT IS SO ORDERED.**

DATED:  May 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE