ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

# RECITALS

WHEREAS, the medical expert of the Plaintiff State of California as represented in this action by the Division of Medi-Cal Fraud and Elder Abuse (DMFEA) needs additional time to finish the review of medical records in connection with 885 sample claims;

WHEREAS, DMFEA's statistical expert needs to receive the findings from DMFEA's pharmacy expert and medical expert to complete the statistical analysis;

WHEREAS, on June 7, 2023, DMFEA asked the Parties for a short 4-day extension of the deadline to serve expert disclosures;

WHEREAS, the Parties in good faith have met and conferred;

# STIPULATION

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert disclosures (other than sampling methodology/design) | June 19, 2023 | June 23, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | August 4, 2023 | August 10, 2023 |
| Expert discovery completed | September 15, 2023 | September 21, 2023 |
| Last day to hear dispositive motion | March 15, 2024 | March 21, 2024 |

The parties agree that in this context, the term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 8, 2023

ROB BONTA
Attorney General of the State of California

By  /s/ Emmanuel R. Salazar

Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: June 8, 2023

WATERS & KRAUS, LLP

By  /s/ Wm. Paul Lawrence, II (authorized on 6/8/23)
Wm. Paul Lawrence, II
plawrence@waterskraus.com
Waters & Kraus
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
E-mail: plawrence@waterskraus.net
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: June 8, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Benjamin P. Smith (authorized on 6/8/23)
Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: Kevin.Papay@morganlewis.com
Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.

# ORDER

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert Disclosures (other than sampling methodology/design) | June 19, 2023 | June 23, 2023 |
| Rebuttal expert disclosures (other than sampling methodology/design) | August 4, 2023 | August 10, 2023 |
| Expert discovery completed | September 15, 2023 | September 21, 2023 |
| Last day to hear dispositive motion | March 15, 2024 | March 29, 2024[1] |

The term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

**IT IS SO ORDERED.**

DATED:  June 12, 2023

Chief United States District Judge

---

[1] The parties' identified date of March 21, 2024 is not a viable hearing date.