1  MORGAN, LEWIS & BOCKIUS LLP
2  ERIC W. SITARCHUK, Admitted *pro hac vice*
   eric.sitarchuk@morganlewis.com
   KELLY A. MOORE, Admitted *pro hac vice*
3  kelly.moore@morganlewis.com
   BENJAMIN P. SMITH, Bar No. 197551
4  benjamin.smith@morganlewis.com
   KEVIN M. PAPAY, Bar No. 274161
5  kevin.papay@morganlewis.com
   One Market, Spear Street Tower
6  San Francisco, CA  94105-1596
   Tel: +1.415.442.1000
7  Fax: +1.415.442.1001

8  Attorneys for Defendants
   RITE AID CORPORATION, RITE AID HDQTRS.
9  CORP, AND THRIFTY PAYLESS, INC.

10  *(Additional counsel listed on signature page)*

11

12                    UNITED STATES DISTRICT COURT

13               FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR. | Case No.: 2:12-cv-1699 KJM JDP |
| Plaintiffs, | **JOINT STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED ORDER]** |
| vs. | |
| RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC. | |
| Defendants. | |
| STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR., | |
| Plaintiffs, | |
| Vs. | |
| RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC. | |
| Defendants. | |

27

28

**RECITALS**

WHEREAS, Defendants' rebuttal experts need additional time to finish their review of the 1,000+ pharmacy records and medical records cited and analyzed in the three expert disclosures submitted by Plaintiff State of California as represented in this action by the Division of Medi-Cal Fraud and Elder Abuse ("DMFEA");

WHEREAS, one of Defendants' rebuttal experts has an upcoming medical surgery that limits his availability to review the above-referenced records and perform supporting analysis;

WHEREAS, one of Defendants' rebuttal experts has upcoming travel that limits his availability to review the above-referenced records and perform supporting analysis;

WHEREAS, the parties agree that DMFEA will benefit from additional time to analyze Defendants' forthcoming rebuttal expert disclosures and supporting evidence;

WHEREAS, on July 18, 2023, Defendants asked the Parties for an approximate three-week extension of the deadline to serve rebuttal expert disclosures;

WHEREAS, counsel for DMFEA is unavailable from September 19 to October 2, 2023;

WHEREAS, the Parties in good faith have met and conferred;

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Rebuttal expert disclosures (other than sampling methodology/design) | August 10, 2023 | August 29, 2023 |
| Expert discovery completed | September 21, 2023 | November 3, 2023 |
| Last day to hear dispositive motion | March 29, 2024 | May 10, 2024 |

The parties agree that in this context, the term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

1                                    Respectfully submitted,

2     Dated: July 21, 2023            ROB BONTA
                                      Attorney General of the State of California
3

4                             By     */s/ Emmanuel R. Salazar (authorized on 7/21/23)*
                                      Emmanuel R. Salazar
5                                     Deputy Attorney General
                                      Attorneys for Plaintiff-Intervenor STATE OF
6                                     CALIFORNIA

7     Dated: July 21, 2023
                                      WATERS & KRAUS, LLP
8

9                             By     */s/ Wm. Paul Lawrence, II (authorized on 7/21/23)*
                                      Wm. Paul Lawrence, II
10                                    plawrence@waterskraus.com
                                      Waters & Kraus
11                                    37163 Mountville Road
                                      Middleburg, VA 20117
12                                    Telephone: (540) 687-6999
                                      E-mail: plawrence@waterskraus.net
13                                    Attorneys for *Qui Tam* Plaintiff
                                      LOYD F. SCHMUCKLEY, JR.
14

15    Dated: July 21, 2023            MORGAN, LEWIS & BOCKIUS LLP

16                            By     */s/  Kevin M. Papay*
                                      Benjamin P. Smith
17                                    Kevin M. Papay
                                      One Market, Spear Street Tower
18                                    San Francisco, CA 94105-1596
                                      Telephone: +1.415.442.1000
19                                    Fax: +1.415.442.1001
                                      E-mail: Kevin.Papay@morganlewis.com
20                                    Attorneys for Defendants
                                      RITE AID CORPORATION, RITE AID
21                                    HDQTRS. CORP., THRIFTY PAYLESS, INC.

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Rebuttal expert disclosures (other than sampling methodology/design) | August 10, 2023 | August 29, 2023 |
| Expert discovery completed | September 21, 2023 | November 3, 2023 |
| Last day to hear dispositive motion | March 29, 2024 | May 10, 2024 |

The term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

**IT IS SO ORDERED.**

DATED:                                    _____

United States District Judge