MORGAN, LEWIS & BOCKIUS LLP
ERIC W. SITARCHUK, Admitted *pro hac vice*
eric.sitarchuk@morganlewis.com
KELLY A. MOORE, Admitted *pro hac vice*
kelly.moore@morganlewis.com
BENJAMIN P. SMITH, Bar No. 197551
benjamin.smith@morganlewis.com
KEVIN M. PAPAY, Bar No. 274161
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS.
CORP, AND THRIFTY PAYLESS, INC.

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants.<br><br>STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

## RECITALS

WHEREAS, Defendants' rebuttal experts need additional time to finish their review of the 1,000+ pharmacy records and medical records cited and analyzed in the three expert disclosures submitted by Plaintiff State of California as represented in this action by the Division of Medi-Cal Fraud and Elder Abuse ("DMFEA");

WHEREAS, one of Defendants' rebuttal experts has an upcoming medical surgery that limits his availability to review the above-referenced records and perform supporting analysis;

WHEREAS, one of Defendants' rebuttal experts has upcoming travel that limits his availability to review the above-referenced records and perform supporting analysis;

WHEREAS, the parties agree that DMFEA will benefit from additional time to analyze Defendants' forthcoming rebuttal expert disclosures and supporting evidence;

WHEREAS, on July 18, 2023, Defendants asked the Parties for an approximate three-week extension of the deadline to serve rebuttal expert disclosures;

WHEREAS, counsel for DMFEA is unavailable from September 19 to October 2, 2023;

WHEREAS, the Parties in good faith have met and conferred;

## STIPULATION

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Rebuttal expert disclosures (other than sampling methodology/design) | August 10, 2023 | August 29, 2023 |
| Expert discovery completed | September 21, 2023 | November 3, 2023 |
| Last day to hear dispositive motion | March 29, 2024 | May 10, 2024 |

The parties agree that in this context, the term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: July 21, 2023 | ROB BONTA |
| 3 |   | Attorney General of the State of California |
| 4 |   | By */s/ Emmanuel R. Salazar (authorized on 7/21/23)* |
|   |   | Emmanuel R. Salazar |
| 5 |   | Deputy Attorney General |
|   |   | Attorneys for Plaintiff-Intervenor STATE OF |
| 6 |   | CALIFORNIA |
| 7 | Dated: July 21, 2023 |   |
|   |   | WATERS & KRAUS, LLP |

Dated: July 21, 2023                    WATERS & KRAUS, LLP

By  */s/ Wm. Paul Lawrence, II (authorized on 7/21/23)*
    Wm. Paul Lawrence, II
    plawrence@waterskraus.com
    Waters & Kraus
    37163 Mountville Road
    Middleburg, VA 20117
    Telephone: (540) 687-6999
    E-mail: plawrence@waterskraus.net
    Attorneys for *Qui Tam* Plaintiff
    LOYD F. SCHMUCKLEY, JR.

Dated: July 21, 2023                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/  Kevin M. Papay*
    Benjamin P. Smith
    Kevin M. Papay
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Telephone: +1.415.442.1000
    Fax: +1.415.442.1001
    E-mail: Kevin.Papay@morganlewis.com
    Attorneys for Defendants
    RITE AID CORPORATION, RITE AID
    HDQTRS. CORP., THRIFTY PAYLESS, INC.

/////
/////
/////
/////
/////
/////

2                                           Case No.: 2:12-cv-1699 KJM JDP

JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER

# ORDER

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and orders the Joint Stipulation to Amend Scheduling Order is approved. The court notes this is the parties' seventh request to amend the scheduling order since October 2021. As such, the court will not grant any further requests for extensions save for extraordinary circumstances. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (discussing a district court's "inherent authority to manage its docket"). The court **orders the scheduling order is amended as follows**:

| Event | Current Deadline | Proposed Modified Deadline |
| --- | --- | --- |
| Rebuttal expert disclosures (other than sampling methodology/design) | August 10, 2023 | August 29, 2023 |
| Expert discovery completed | September 21, 2023 | November 3, 2023 |
| Last day to hear dispositive motion | March 29, 2024 | May 10, 2024 |

The term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

**IT IS SO ORDERED.**

DATED:  July 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE