ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833-4252
  Telephone: (916) 621-1835
  Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

**RECITALS**

WHEREAS, the Parties are continuing mediation with the Honorable Jeremy D. Peterson;

WHEREAS, the Parties therefore agree to 60 days to extend all deadlines in the effective scheduling order, including the deadline to complete expert discovery;

WHEREAS, the Parties in good faith have met and conferred;

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

The parties agree to amend the scheduling order as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Expert discovery completed | November 3, 2023 | January 3, 2024 |
| Last day to hear dispositive motion | May 10, 2024 | July 12, 2024 |

The parties agree that in this context, the term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 4, 2023

ROB BONTA
Attorney General of the State of California

By  /s/ Emmanuel R. Salazar
    Emmanuel R. Salazar
    Deputy Attorney General
    Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: October 4, 2023

WATERS & KRAUS, LLP

By  /s/ Wm. Paul Lawrence, II (authorized on 10/4/23)
    Wm. Paul Lawrence, II
    plawrence@waterskraus.com
    Waters & Kraus
    37163 Mountville Road
    Middleburg, VA 20117

|     |     |
| --- | --- |
|     | Telephone: (540) 687-6999<br>E-mail: plawrence@waterskraus.net<br>Attorneys for *Qui Tam* Plaintiff<br>LOYD F. SCHMUCKLEY, JR. |
| Dated: October 4, 2023 | MORGAN, LEWIS & BOCKIUS LLP<br><br>By  /s/  *Benjamin P. Smith* (authorized on 10/4/23)<br>Benjamin P. Smith<br>Kevin M. Papay<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: +1.415.442.1000<br>Fax: +1.415.442.1001<br>E-mail: benjamin.smith@morganlewis.com<br>Attorneys for Defendants<br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC. |

## ORDER

The Court, having considered the Joint Stipulation to Amend Scheduling Order, finds good cause and ORDERS THAT the Joint Stipulation to Amend Scheduling Order is approved and FURTHER ORDERS THAT the scheduling order is amended as follows:

| Event | Current Deadline | Proposed Modified Deadline |
| --- | --- | --- |
| Expert discovery completed | November 3, 2023 | January 3, 2024 |
| Last day to hear dispositive motion | May 10, 2024 | July 12, 2024 |

The term "deadline" means to conduct all depositions (where applicable) and resolve any disputes relative to discovery by appropriate order if necessary, and where discovery has been ordered, to obey the order.

**IT IS SO ORDERED.**

DATED:  October 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE