ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants.<br><br>STATE OF CALIFORNIA *ex rel*. LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No. 2:12-cv-1699 KJM JDP<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; [PROPOSED] ORDER** |

**RECITALS**

WHEREAS, on October 13, 2023, through the Court's Voluntary Dispute Resolution Program led by the Honorable Jeremy D. Peterson, Plaintiff-Intervenor State of California ("California"), Relator Loyd F. Schmuckley, Jr. ("Relator"), and Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. ("Defendants," and together with California and Relator, "the Parties") have entered and executed a Settlement Agreement in connection with the above-captioned action entitled *United States*, *et al.*, *ex rel. Loyd F. Schmuckley, Jr.*, *v. Rite Aid Corporation*, *et al*. Case No. 2-12-cv-01699 ("Action"), *see* ECF Nos. 315-1, 400 (California's Amended Complaint-in-Intervention);'

WHEREAS, Paragraph 18 of the Settlement Agreement, provides, in part, relevant here,

> Upon . . . the final allowance of California's unsecured proof of claim (either by a stipulated proof of claim, Bankruptcy Court order granting a Rule 9019 motion, and/or Bankruptcy Court order confirming a chapter 11 plan that incorporates the allowed proof of claim), California and Schmuckley shall file in the Schmuckley Action a Stipulation of Dismissal ("Dismissal") pursuant to Fed. R. Civ. P. 41(a)(1)

WHEREAS, on October 15, 2023, in the United States Bankruptcy Court in the District of New Jersey (Trenton), Defendants filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy, Lead Case No. 23-18993-MBK;

WHEREAS, on October 16, 2023, Defendants filed in the Action a pleading entitled "Suggestion of Bankruptcy for Rite Aid Corporation and Certain of Its Affiliates and Notice of Automatic Stay of Proceedings," ECF No. 489;

WHEREAS, on October 16, 2023, pursuant to Local Rule 160(a), California filed a Notice of Settlement, ECF No. 490;

WHEREAS, Local Rule 160(b) states

> Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 272.

WHEREAS, under the Settlement Agreement, certain actions must occur in the bankruptcy proceedings before the Parties may file dispositional documents in the Action;

WHEREAS, the Parties anticipate that they will likely file dispositional documents within a year from Defendants' bankruptcy filing; and

WHEREAS, on November 1, 2023, Defendants received an order from the Bankruptcy Court for a limited relief from the bankruptcy stay to file this joint motion to extend the deadline to file dispositional documents.

## JOINT MOTION

Based on the foregoing, the Parties, by and through their respective counsel, THEREFORE HEREBY JOINTLY MOVE THIS COURT to find good cause and grant an Order to extend the deadline to file dispositional documents to October 15, 2024.

Respectfully submitted,

Dated: November 1, 2023      ROB BONTA
Attorney General of the State of California

By   */s/ Emmanuel R. Salazar*
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF CALIFORNIA

Dated: November 1, 2023      WATERS & KRAUS, LLP

By   */s/ Wm. Paul Lawrence, II* (authorized on 11/1/2023)
Wm. Paul Lawrence, II
plawrence@waterskraus.com
Waters & Kraus
37163 Mountville Road
Middleburg, VA 20117
Telephone: (540) 687-6999
E-mail: plawrence@waterskraus.net
Attorneys for *Qui Tam* Plaintiff
LOYD F. SCHMUCKLEY, JR.

Dated: November 1, 2023      MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Benjamin P. Smith* (authorized on 10/31/2023)

2

Benjamin P. Smith
Kevin M. Papay
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: benjamin.smith@morganlewis.com
Attorneys for Defendants
RITE AID CORPORATION, RITE AID
HDQTRS. CORP., THRIFTY PAYLESS, INC.

## [PROPOSED] ORDER

The Court, having considered the Joint Motion to Extend the Deadline to File Dispositional Documents, finds good cause and ORDERS that:

1. The deadline to file dispositional documents is extended to October 15, 2024.

2. Upon final allowance of California's unsecured proof of claim in the bankruptcy action, or other change in circumstances warranting dismissal of this case, the parties shall promptly file dispositional documents.

3. The parties shall also file a joint status report apprising the court of the status of the bankruptcy proceedings every ninety days.

IT IS SO ORDERED.

Dated:   November 17, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE