ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
Email: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, et al., ex rel. LLOYD F. SCHMUCKLEY, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | Case No.: 2:12-cv-1699 KJM JDP<br><br>**JOINT STATUS REPORT** |
| STATE OF CALIFORNIA *ex rel.* LLOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>Vs.<br><br>RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC.<br><br>Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on Joint Motion to Extend the Deadline to File Dispositional Documents (ECF 493), Plaintiff-Intervenor State of California ("California"), as represented by the Division of Medi-Cal Fraud and Elder Abuse, Relator Loyd F. Schmuckley, Jr. ("Relator," and together with California, "Plaintiffs"), and Defendants Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and Thrifty Payless, Inc. ("Defendants," and together with California and Relator, "the Parties") file this Joint Status Report.

On October 13, 2023, the Parties executed a Settlement Agreement in connection with the above-captioned action entitled *United States*, *et al.*, *ex rel. Loyd F. Schmuckley*, *Jr.*, *v. Rite Aid Corporation*, *et al.* Case No. 2-12-cv-01699 (the "Settlement Agreement").

Paragraph 18 of the Settlement Agreement, provides, in part, as relevant here,

> Upon . . . the final allowance of California's unsecured proof of claim (either by a stipulated proof of claim, Bankruptcy Court order granting a Rule 9019 motion, and/or Bankruptcy Court order confirming a chapter 11 plan that incorporates the allowed proof of claim), California and Schmuckley shall file in the Schmuckley Action a Stipulation of Dismissal ("Dismissal") pursuant to Fed. R. Civ. P. 41(a)(1).

On October 15, 2023, Defendants and affiliated entities filed a Voluntary Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the District of New Jersey (Trenton), Lead Case No. 23-18993-MBK (the "Bankruptcy Case").

Since the filing of the Bankruptcy Case, Defendants have taken steps to advance their restructuring goals, including closing the sale of its pharmacy benefit manager business, the marketing of Defendants' retail assets, and progressing toward the plan solicitation and confirmation process.

On January 12, 2024, California filed unsecured proofs of claim against Defendants.

In their draft plan, which remains subject to review and objection by parties in interest, Defendants have agreed that California's general unsecured claim in the Chapter 11 plan shall be allowed as such. Defendants also have agreed to include in its Chapter 11 plan a waiver of any

1  avoidance action against California on account of, or relating to, the Settlement Agreement. As
2  part of the broader resolution of the bankruptcy, parties in interest (including Defendants and
3  California) are still negotiating the distribution under the Chapter 11 plan in connection with
4  unsecured claims, including California's.

Defendants presently anticipate that the Bankruptcy Court will schedule a hearing on confirmation of Defendants' plan in late March 2024.

The Parties will update the Court about these bankruptcy-related issues in their Joint Status Report no later than 90 days following this Joint Status Report.

Respectfully submitted,

Dated: February 15, 2024        ROB BONTA
                                Attorney General of the State of California

                                By  /s/ Emmanuel R. Salazar
                                    Emmanuel R. Salazar
                                    Deputy Attorney General
                                    Attorneys for Plaintiff-Intervenor STATE OF
                                    CALIFORNIA

Dated:  February 15, 2024       WATERS & KRAUS, LLP

                                By  /s/ Wm. Paul Lawrence, II (authorized on 2/15/2024)
                                    Wm. Paul Lawrence, II
                                    plawrence@waterskraus.com
                                    Waters & Kraus
                                    37163 Mountville Road
                                    Middleburg, VA 20117
                                    Telephone: (540) 687-6999
                                    E-mail: plawrence@waterskraus.net
                                    Attorneys for *Qui Tam* Plaintiff
                                    LOYD F. SCHMUCKLEY, JR.

Dated:  February 15, 2024       MORGAN, LEWIS & BOCKIUS LLP

                                By  /s/ Benjamin P. Smith (authorized on 2/15/2024)
                                    Benjamin P. Smith
                                    Kevin M. Papay
                                    One Market, Spear Street Tower

San Francisco, CA 94105-1596
Telephone: +1.415.442.1000
Fax: +1.415.442.1001
E-mail: benjamin.smith@morganlewis.com
Attorneys for Defendants
RITE AID CORPORATION, RITE AID
HDQTRS. CORP., THRIFTY PAYLESS, INC.

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 2329 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833.

A true and correct copy of the foregoing document entitled:

**JOINT STATUS REPORT**

was served in the manner stated below:

**SERVED BY CM/ECF SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 135, on 2/15/2024, I served the following persons and/or entities by the Court's CM/ECF service:

Benjamin P. Smith
Benjamin.Smith@morganlewis.com
Kevin Papay
Kevin.Papay@morganlewis.com
Cole Pfeiffer
cole.pfeiffer@morganlewis.com
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596

Wm. Paul Lawrence, II
plawrence@waterskraus.com
Waters & Kraus
37163 Mountville Road
Middleburg, VA 20117

Michael L. Armitage
armitage@waterskraus.com
Waters and Kraus LLP
300 Continental Blvd., Suite 500
El Segundo, CA 90245

Charles S. Siegel
siegel@waterskraus.com
Waters & Kraus, LLP

Eric W. Sitarchuk
Eric W. Sitarchuk
eric.sitarchuk@morganlewis.com
Ryan McCarthy
Ryan.Mccarthy@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Jennifer L. Bartlett
jennifer@bartlettbarrow.com
Brian Barrow
brian@bartlettbarrow.com
Bartlett Barrow LLP
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101

Catherine J. Swann
catherine.swann@usdoj.gov
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2024 | Sharon Brecht | /s/ Sharon Brecht |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |