1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | United States of America, and the State of
California, et al., ex rel. Lloyd F. Schmuckley,
12 | Jr.

CASE NO.  2:12-cv-1699-KJM JDP

ORDER

13 |                                 Plaintiffs,

14 |                      v.

15 | Rite Aid Corporation, et al.,

16 |                                 Defendants.

17

18 | State of California ex rel. Lloyd F. Schmuckley,
Jr.,

19 |                                 Plaintiffs,

20 |                      v.
Rite Aid Corporation, et al.,

21

22 |                                 Defendants.

23

24

25

26

27

28

        The Court has considered the parties' Notice of Withdrawal, ECF No. 497 and Stipulation and Proposed Order for Withdrawal, ECF No. 498.  In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

/////

1

1.  The United States is dismissed without prejudice pursuant to U.S.C. § 3730(b)(1);

2.  All claims asserted in this case are dismissed with prejudice as to Relator, provided the United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction to make an award to the Relator and/or his counsel of reasonable attorney's fees, expenses and costs resulting from this action pursuant to U.S.C. § 3730(d) and Cal. Gov't Code § 12652(g) as provided in a Stipulation and Consent Order in the Bankruptcy Court dated August 28, 2024 as amended on September 25, 2024; and

3.  All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between California, Relator and Defendants are dismissed with prejudice as to California.  All other claims asserted in this action are dismissed without prejudice as to California, and any other named governmental plaintiff.

IT IS SO ORDERED.

DATED:  October 23, 2024.

_____
UNITED STATES DISTRICT JUDGE